**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Northern _____ District of Texas _____
(State)

Case number (*If known*):_____ Chapter 11

❑ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | **Omnicare, LLC** |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |
| **3. Debtor's federal Employer Identification Number** (EIN) | **31-1001351** |

**4. Debtor's address**

**Principal place of business**

**One CVS Drive**
Number        Street

**Mail Code 1160**

**Woonsocket, RI 02895**
City        State        ZIP Code

**Providence**
County

**Mailing address, if different from principal place of business**

Number        Street

P.O. Box

City        State        ZIP Code

**Location of principal assets, if different from principal place of business**

Number Street

City        State        ZIP Code

**5. Debtor's website** (URL)    **www.omnicare.com**

Company Code:

Debtor   <u>Omnicare, LLC</u>                                        Case Number *(if known)* _____

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☒ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

**5122**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No

☐ Yes. District _____ When _____ Case number _____
                                                MM / DD / YYYY

District _____ When _____ Case number _____
                                                MM / DD / YYYY

Debtor   Omnicare, LLC _____          Case Number (if known) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☒ Yes.  Debtor See Schedule 1 _____   Relationship  Affiliates _____

District Northern District of Texas _____   When   Date hereof _____
                                                               MM / DD / YYYY

Case number, if known   _____

---

**11. Why is the case filed in this district?**

Check all that apply:

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number        Street

_____

_____
City                                    State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

## Statistical and administrative information

---

**13. Debtor's estimation of available funds (Consolidated)**

Check one:

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

---

**14. Estimated number of creditors (Consolidated)**

☐ 1-49
☐ 50-99
☐ 100-199
☒ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

---

Debtor    <u>Omnicare, LLC</u>    Case Number (if known) _____

---

| 15. **Estimated assets (Consolidated)** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☒ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
|---|---|---|---|
| 16. **Estimated liabilities (Consolidated)** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☒ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

---

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. **Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  <u>09/22/2025</u>
MM / DD / YYYY

**✗** <u>/s/ Matthew Frank</u>    <u>Matthew Frank</u>
Signature of authorized representative of debtor    Printed name

Title <u>Chief Restructuring Officer</u>

---

18. **Signature of attorney**

**✗** <u>/s/ Ian T. Peck</u>    Date    <u>09/22/2025</u>
Signature of attorney for debtor    MM / DD / YYYY

**Ian T. Peck**
Printed name
**Haynes and Boone, LLP**
Firm name
**2801 N. Harwood Street, Suite 2300**
Number        Street
**Dallas, TX 75201**
City        State        ZIP Code

**214-651-5155**    **ian.peck@haynesboone.com**

Contact phone    Email address

**24013306**    **Texas**

Bar number    State

---

# SCHEDULE 1

## Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

On the date hereof, each of the entities listed below (collectively, the "**Debtors**") filed a petition in the United States Bankruptcy Court for the Northern District of Texas, Dallas Division for relief under chapter 11 of title 11 of the United States Code. The Debtors have moved for joint administration of these cases under the case number assigned to the chapter 11 case of Omnicare, LLC:

| Debtor Name | Federal Tax ID |
|---|---|
| Omnicare Pharmacy of Texas 1, LP | 76-0716554 |
| Omnicare Pharmacy of Texas 2, LP | 11-3657397 |
| Omnicare, LLC | 31-1001351 |
| AMC-Tennessee, LLC | 62-1696813 |
| APS Acquisition LLC | 61-1401116 |
| APS-Summit Care Pharmacy, L.L.C. | 74-2804447 |
| ASCO Healthcare of New England Limited Partnership | 23-2763886 |
| ASCO HealthCare, LLC | 52-0816305 |
| Badger Acquisition LLC | 52-2119866 |
| Badger Acquisition of Kentucky LLC | 52-2119911 |
| Badger Acquisition of Minnesota LLC | 52-2119871 |
| Badger Acquisition of Ohio LLC | 52-2119875 |
| Best Care LTC Acquisition Company LLC | 20-8401946 |
| Campo's Medical Pharmacy, LLC | 72-1039948 |
| Care Pharmaceutical Services, LP | 31-1399042 |
| Care4, L.P. | 22-3245022 |
| CCRx Holdings, LLC | 20-2032406 |
| CCRx of North Carolina Holdings, LLC | 20-5864517 |
| CCRx of North Carolina, LLC | 20-5964894 |
| CHP Acquisition, LLC | 31-1483612 |
| Compass Health Services, LLC | 55-0730048 |
| Compscript, LLC | 65-0506539 |
| Continuing Care Rx, LLC | 23-2952534 |
| CP Acquisition, LLC | 61-1317566 |
| D&R Pharmaceutical Services, LLC | 61-0955886 |
| Enloe Drugs LLC | 31-1362346 |
| Evergreen Pharmaceutical of California, LLC | 61-1321151 |
| Evergreen Pharmaceutical, LLC | 91-0883397 |
| Geneva Woods Health Services, LLC | 82-1356172 |
| Geneva Woods LTC Pharmacy, LLC | 82-1424458 |
| Geneva Woods Pharmacy Alaska, LLC | 82-1367485 |
| Geneva Woods Pharmacy Washington, LLC | 47-2296538 |

1

| Debtor Name | Federal Tax ID |
| --- | --- |
| Geneva Woods Pharmacy Wyoming, LLC | 46-5697998 |
| Geneva Woods Pharmacy, LLC | 92-0074555 |
| Geneva Woods Retail Pharmacy, LLC | 82-1432949 |
| Grandview Healthcare, LLC | 20-0888578 |
| Grandview Pharmacy, LLC | 35-0291610 |
| Home Care Pharmacy, LLC | 31-1255845 |
| Home Pharmacy Services, LLC | 37-0978331 |
| Institutional Health Care Services, LLC | 22-2750964 |
| Interlock Pharmacy Systems, LLC | 43-0951332 |
| JHC Acquisition LLC | 31-1494762 |
| Langsam Health Services, LLC | 73-1391198 |
| LCPS Acquisition LLC | 61-1347084 |
| Lobos Acquisition, LLC | 86-1068024 |
| Lo-Med Prescription Services, LLC | 34-1396063 |
| Main Street Pharmacy, L.L.C. | 52-1925761 |
| Managed Healthcare, LLC | 31-1450845 |
| Martin Health Services, LLC | 20-3100455 |
| Med World Acquisition, LLC | 61-1322120 |
| Medical Arts Health Care, LLC | 58-1640672 |
| Merwin IV & Specialty Pharmacy, LLC | 20-4965954 |
| Merwin Long Term Care, LLC | 41-1877060 |
| Merwin Rx-Compounding Pharmacy, LLC | 47-4940228 |
| MHHP Acquisition Company LLC | 20-0619598 |
| NCS Healthcare of Illinois, LLC | 37-1354510 |
| NCS Healthcare of Iowa, LLC | 31-1509013 |
| NCS Healthcare of Kansas, LLC | 34-1839712 |
| NCS Healthcare of Kentucky, LLC | 31-1521217 |
| NCS Healthcare of Montana, LLC | 34-1851710 |
| NCS Healthcare of New Mexico, LLC | 34-1866493 |
| NCS Healthcare of Ohio, LLC | 31-1257307 |
| NCS Healthcare of South Carolina, LLC | 31-1508225 |
| NCS Healthcare of Tennessee, LLC | 34-1866494 |
| NCS Healthcare of Wisconsin, LLC | 34-1866497 |
| NeighborCare of Indiana, LLC | 95-4482026 |
| NeighborCare of New Hampshire, L.L.C. | 23-2919729 |
| NeighborCare of Virginia, LLC | 95-4480544 |
| NeighborCare Pharmacies, LLC | 52-1465507 |
| NeighborCare Pharmacy of Virginia, LLC | 54-2058778 |
| NeighborCare Pharmacy Services, LLC | 23-2963282 |
| NIV Acquisition, LLC | 31-1501415 |
| North Shore Pharmacy Services LLC | 31-1428484 |

| Debtor Name | Federal Tax ID |
|---|---|
| OCR Services, LLC | 31-1402845 |
| Omnicare Indiana Partnership Holding Company LLC | 16-1653107 |
| Omnicare of Nevada, LLC | 20-0888517 |
| Omnicare of New York, LLC | 95-4450977 |
| Omnicare Pharmacies of Pennsylvania West LLC | 25-1213193 |
| Omnicare Pharmacies of the Great Plains Holding Company, LLC | 61-1386242 |
| Omnicare Pharmacy and Supply Services LLC | 41-1730324 |
| Omnicare Pharmacy of Florida, LLC | 76-0716528 |
| Omnicare Pharmacy of Nebraska, LLC | 61-1386244 |
| Omnicare Pharmacy of North Carolina, LLC | 76-0716543 |
| Omnicare Pharmacy of Pueblo, LLC | 76-0716546 |
| Omnicare Pharmacy of Tennessee, LLC | 61-1347088 |
| Omnicare Pharmacy of the Midwest, LLC | 31-1374275 |
| Omnicare Property Management, LLC | 27-1403681 |
| Omnicare Resources, LLC | 92-0244328 |
| Pharmacy Associates of Glens Falls, LLC | 14-1554120 |
| Pharmacy Consultants, LLC | 57-0640737 |
| Pharmacy Holding #1, LLC | 76-0716538 |
| Pharmacy Holding #2, LLC | 76-0716536 |
| Pharmed Holdings, LLC | 36-4060882 |
| PP Acquisition Company, LLC | 20-2394950 |
| PRN Pharmaceutical Services, LP | 35-1855784 |
| Roeschen's Healthcare LLC | 39-1084787 |
| Shore Pharmaceutical Providers, LLC | 31-1425144 |
| Specialized Pharmacy Services, LLC | 38-2143132 |
| Sterling Healthcare Services, LLC | 36-4031863 |
| Suburban Medical Services, LLC | 23-2014806 |
| Superior Care Pharmacy, LLC | 31-1543728 |
| TCPI Acquisition, LLC | 31-1508476 |
| Three Forks Apothecary, LLC | 61-0995656 |
| UC Acquisition, LLC | 31-1414594 |
| Uni-Care Health Services of Maine, LLC | 02-0468192 |
| Value Health Care Services LLC | 31-1485530 |
| VAPS Acquisition Company, LLC | 20-4849023 |
| Weber Medical Systems LLC | 31-1409572 |
| Westhaven Services Co., LLC | 34-1151322 |
| Williamson Drug Company, LLC | 54-0590067 |
| ZS Acquisition Company, LLC | 20-4763592 |

3

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| OMNICARE, LLC, *et al.*,[1] | ) | Case No. 25-[_____] (XXX) |
|  | ) |  |
| Debtors. | ) | (Joint Administration Requested) |
|  | ) |  |

## CONSOLIDATED STATEMENT OF CORPORATE OWNERSHIP

Pursuant to Rules 1007(a)(1) and 7007.1 of the Federal Rules of Bankruptcy Procedure, Omnicare, LLC and certain of its affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases (collectively, the "**Debtors**"), respectfully represent as follows with respect to the Debtors' direct and indirect corporate ownership:

1.     With respect to Omnicare, LLC, (i) Aetna, LLC owns 00.28% of the membership or equity interests, as applicable, in Omnicare, LLC, (ii) CVS Cabot Holdings Inc. owns 49.86% of the membership or equity interests, as applicable, in Omnicare, LLC, and (iii) CVS Shaw Holdings Inc. owns 49.86% of the membership or equity interests, as applicable, in Omnicare, LLC.  Each of these entities is a wholly-owned indirect subsidiary of CVS Health, the Debtors' ultimate parent corporation.

2.     With respect to all Debtors except Omnicare, LLC, attached hereto is a schedule detailing their consolidated direct and indirect corporate ownership.

---

[1] The last four digits of Omnicare, LLC's federal tax identification number are 1351. There are 111 Debtors in these chapter 11 cases, which are being jointly administered for procedural purposes only. A complete list of the Debtors and the last four digits of their federal tax identification numbers may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Omnicare. The location of Omnicare, LLC's corporate headquarters and the Debtors' service address is One CVS Drive, Mail Code 1160, Woonsocket, RI 02895.

**Schedule of Consolidated Corporate Ownership for all Debtors except Omnicare, LLC**

| Debtor | Owner | Percentage of Total Interests (Membership or Equity, as Applicable) |
|---|---|---|
| AMC-Tennessee, LLC | JHC Acquisition LLC | 100.000000 |
| APS Acquisition LLC | NeighborCare Pharmacy Services, LLC | 100.000000 |
| APS-Summit Care Pharmacy, L.L.C. | APS Acquisition LLC | 100.000000 |
| ASCO Healthcare of New England Limited Partnership | ASCO HealthCare, LLC | 54.500000 |
| ASCO Healthcare of New England Limited Partnership | NeighborCare Pharmacy Services, LLC | 45.500000 |
| ASCO HealthCare, LLC | NeighborCare Pharmacy Services, LLC | 100.000000 |
| Badger Acquisition LLC | NeighborCare Pharmacy Services, LLC | 100.000000 |
| Badger Acquisition of Kentucky LLC | Omnicare, LLC | 100.000000 |
| Badger Acquisition of Minnesota LLC | Badger Acquisition LLC | 100.000000 |
| Badger Acquisition of Ohio LLC | Badger Acquisition LLC | 100.000000 |
| Best Care LTC Acquisition Company LLC | NeighborCare Pharmacy Services, LLC | 100.000000 |
| Campo's Medical Pharmacy, LLC | Compscript, LLC | 100.000000 |
| Care Pharmaceutical Services, LP | NeighborCare Pharmacy Services, LLC | 99.000000 |
| Care Pharmaceutical Services, LP | Omnicare Indiana Partnership Holding Company LLC | 1.000000 |
| Care4, L.P. | ASCO HealthCare, LLC | 99.500000 |
| Care4, L.P. | Institutional Health Care Services, LLC | 0.500000 |
| CCRx Holdings, LLC | NeighborCare Pharmacy Services, LLC | 100.000000 |
| CCRx of North Carolina Holdings, LLC | CCRx Holdings, LLC | 100.000000 |
| CCRx of North Carolina, LLC | CCRx of North Carolina Holdings, LLC | 100.000000 |
| CHP Acquisition, LLC | JHC Acquisition LLC | 100.000000 |
| Compass Health Services, LLC | ASCO HealthCare, LLC | 100.000000 |
| Compscript, LLC | NeighborCare Pharmacy Services, LLC | 100.000000 |

| Debtor | Owner | Percentage of Total Interests (Membership or Equity, as Applicable) |
|---|---|---|
| Continuing Care Rx, LLC | CCRx Holdings, LLC | 100.000000 |
| CP Acquisition, LLC | JHC Acquisition LLC | 100.000000 |
| D&R Pharmaceutical Services, LLC | Omnicare, LLC | 100.000000 |
| Enloe Drugs LLC | NeighborCare Pharmacy Services, LLC | 100.000000 |
| Evergreen Pharmaceutical of California, LLC | Omnicare, LLC | 100.000000 |
| Evergreen Pharmaceutical, LLC | NeighborCare Pharmacy Services, LLC | 100.000000 |
| Geneva Woods Health Services, LLC | Geneva Woods Pharmacy, LLC | 100.000000 |
| Geneva Woods LTC Pharmacy, LLC | Geneva Woods Health Services, LLC | 100.000000 |
| Geneva Woods Pharmacy Alaska, LLC | Geneva Woods LTC Pharmacy, LLC | 100.000000 |
| Geneva Woods Pharmacy Washington, LLC | Geneva Woods LTC Pharmacy, LLC | 100.000000 |
| Geneva Woods Pharmacy Wyoming, LLC | Geneva Woods LTC Pharmacy, LLC | 100.000000 |
| Geneva Woods Pharmacy, LLC | JHC Acquisition LLC | 100.000000 |
| Geneva Woods Retail Pharmacy, LLC | Geneva Woods Health Services, LLC | 100.000000 |
| Grandview Healthcare, LLC | Grandview Pharmacy, LLC | 100.000000 |
| Grandview Pharmacy, LLC | NeighborCare of Indiana, LLC | 100.000000 |
| Home Care Pharmacy, LLC | NeighborCare Pharmacy Services, LLC | 100.000000 |
| Home Pharmacy Services, LLC | CHP Acquisition, LLC | 100.000000 |
| Institutional Health Care Services, LLC | ASCO HealthCare, LLC | 100.000000 |
| Interlock Pharmacy Systems, LLC | NeighborCare Pharmacy Services, LLC | 100.000000 |
| JHC Acquisition LLC | Omnicare, LLC | 100.000000 |
| Langsam Health Services, LLC | NeighborCare Pharmacy Services, LLC | 100.000000 |
| LCPS Acquisition LLC | Langsam Health Services, LLC | 100.000000 |
| Lobos Acquisition, LLC | NeighborCare Pharmacy Services, LLC | 100.000000 |
| Lo-Med Prescription Services, LLC | NeighborCare Pharmacy Services, LLC | 100.000000 |
| Main Street Pharmacy, L.L.C. | NeighborCare Pharmacies, LLC | 1.000000 |
| Main Street Pharmacy, L.L.C. | NeighborCare Pharmacy Services, LLC | 99.000000 |
| Managed Healthcare, LLC | JHC Acquisition LLC | 100.000000 |

2

| Debtor | Owner | Percentage of Total Interests (Membership or Equity, as Applicable) |
|---|---|---|
| Martin Health Services, LLC | NCS Healthcare of Iowa, LLC | 100.000000 |
| Med World Acquisition, LLC | Omnicare, LLC | 100.000000 |
| Medical Arts Health Care, LLC | JHC Acquisition LLC | 100.000000 |
| Merwin IV & Specialty Pharmacy, LLC | Badger Acquisition of Minnesota LLC | 100.000000 |
| Merwin Long Term Care, LLC | Badger Acquisition of Minnesota LLC | 100.000000 |
| Merwin Rx-Compounding Pharmacy, LLC | Badger Acquisition of Minnesota LLC | 100.000000 |
| MHHP Acquisition Company LLC | JHC Acquisition LLC | 100.000000 |
| NCS Healthcare of Illinois, LLC | NeighborCare Pharmacy Services, LLC | 100.000000 |
| NCS Healthcare of Iowa, LLC | NeighborCare Pharmacy Services, LLC | 100.000000 |
| NCS Healthcare of Kansas, LLC | NeighborCare Pharmacy Services, LLC | 100.000000 |
| NCS Healthcare of Kentucky, LLC | NeighborCare Pharmacy Services, LLC | 100.000000 |
| NCS Healthcare of Montana, LLC | NeighborCare Pharmacy Services, LLC | 100.000000 |
| NCS Healthcare of New Mexico, LLC | NeighborCare Pharmacy Services, LLC | 100.000000 |
| NCS Healthcare of Ohio, LLC | NeighborCare Pharmacy Services, LLC | 100.000000 |
| NCS Healthcare of South Carolina, LLC | NeighborCare Pharmacy Services, LLC | 100.000000 |
| NCS Healthcare of Tennessee, LLC | NeighborCare Pharmacy Services, LLC | 100.000000 |
| NCS Healthcare of Wisconsin, LLC | NeighborCare Pharmacy Services, LLC | 100.000000 |
| NeighborCare of Indiana, LLC | Omnicare of New York, LLC | 100.000000 |
| NeighborCare of New Hampshire, L.L.C. | ASCO HealthCare, LLC | 100.000000 |
| NeighborCare of Virginia, LLC | Omnicare of New York, LLC | 100.000000 |
| NeighborCare Pharmacies, LLC | ASCO HealthCare, LLC | 100.000000 |
| NeighborCare Pharmacy of Virginia, LLC | NeighborCare of Virginia, LLC | 100.000000 |
| NeighborCare Pharmacy Services, LLC | Omnicare, LLC | 100.000000 |
| NIV Acquisition, LLC | JHC Acquisition LLC | 100.000000 |
| North Shore Pharmacy Services LLC | NeighborCare Pharmacy Services, LLC | 100.000000 |
| OCR Services, LLC | JHC Acquisition LLC | 100.000000 |
| Omnicare Indiana Partnership Holding | NeighborCare Pharmacy Services, LLC | 100.000000 |

| Debtor | Owner | Percentage of Total Interests (Membership or Equity, as Applicable) |
|---|---|---|
| Company LLC | | |
| Omnicare of Nevada, LLC | JHC Acquisition LLC | 100.000000 |
| Omnicare of New York, LLC | NeighborCare Pharmacy Services, LLC | 100.000000 |
| Omnicare Pharmacies of Pennsylvania West LLC | NeighborCare Pharmacy Services, LLC | 100.000000 |
| Omnicare Pharmacies of the Great Plains Holding Company, LLC | JHC Acquisition LLC | 100.000000 |
| Omnicare Pharmacy and Supply Services LLC | NeighborCare Pharmacy Services, LLC | 100.000000 |
| Omnicare Pharmacy of Florida, LLC | Pharmacy Holding #1, LLC | 99.000000 |
| Omnicare Pharmacy of Florida, LLC | Pharmacy Holding #2, LLC | 1.000000 |
| Omnicare Pharmacy of Nebraska, LLC | Omnicare Pharmacies of the Great Plains Holding Company, LLC | 100.000000 |
| Omnicare Pharmacy of North Carolina, LLC | APS Acquisition LLC | 100.000000 |
| Omnicare Pharmacy of Pueblo, LLC | APS Acquisition LLC | 100.000000 |
| Omnicare Pharmacy of Tennessee, LLC | LCPS Acquisition LLC | 100.000000 |
| Omnicare Pharmacy of Texas 1, LP | Pharmacy Holding #1, LLC | 99.000000 |
| Omnicare Pharmacy of Texas 1, LP | Pharmacy Holding #2, LLC | 1.000000 |
| Omnicare Pharmacy of Texas 2, LP | Pharmacy Holding #1, LLC | 99.000000 |
| Omnicare Pharmacy of Texas 2, LP | Pharmacy Holding #2, LLC | 1.000000 |
| Omnicare Pharmacy of the Midwest, LLC | NeighborCare Pharmacy Services, LLC | 100.000000 |
| Omnicare Property Management, LLC | NeighborCare Pharmacy Services, LLC | 100.000000 |
| Omnicare Resources, LLC | CVS Pharmacy, Inc. | 100.000000 |
| Pharmacy Associates of Glens Falls, LLC | JHC Acquisition LLC | 100.000000 |
| Pharmacy Consultants, LLC | NeighborCare Pharmacy Services, LLC | 100.000000 |
| Pharmacy Holding #1, LLC | APS Acquisition LLC | 100.000000 |
| Pharmacy Holding #2, LLC | APS Acquisition LLC | 100.000000 |
| Pharmed Holdings, LLC | Sterling Healthcare Services, LLC | 100.000000 |

| Debtor | Owner | Percentage of Total Interests (Membership or Equity, as Applicable) |
| --- | --- | --- |
| PP Acquisition Company, LLC | Roeschen's Healthcare LLC | 100.000000 |
| PRN Pharmaceutical Services, LP | NeighborCare Pharmacy Services, LLC | 99.000000 |
| PRN Pharmaceutical Services, LP | Omnicare Indiana Partnership Holding Company LLC | 1.000000 |
| Roeschen's Healthcare LLC | NeighborCare Pharmacy Services, LLC | 100.000000 |
| Shore Pharmaceutical Providers, LLC | OCR Services, LLC | 100.000000 |
| Specialized Pharmacy Services, LLC | NeighborCare Pharmacy Services, LLC | 100.000000 |
| Sterling Healthcare Services, LLC | JHC Acquisition LLC | 100.000000 |
| Suburban Medical Services, LLC | ASCO HealthCare, LLC | 100.000000 |
| Superior Care Pharmacy, LLC | JHC Acquisition LLC | 100.000000 |
| TCPI Acquisition, LLC | JHC Acquisition LLC | 100.000000 |
| Three Forks Apothecary, LLC | Omnicare, LLC | 100.000000 |
| UC Acquisition, LLC | JHC Acquisition LLC | 100.000000 |
| Uni-Care Health Services of Maine, LLC | NeighborCare Pharmacy Services, LLC | 100.000000 |
| Value Health Care Services LLC | NeighborCare Pharmacy Services, LLC | 100.000000 |
| VAPS Acquisition Company, LLC | NeighborCare Pharmacy Services, LLC | 100.000000 |
| Weber Medical Systems LLC | JHC Acquisition LLC | 100.000000 |
| Westhaven Services Co., LLC | NeighborCare Pharmacy Services, LLC | 100.000000 |
| Williamson Drug Company, LLC | JHC Acquisition LLC | 100.000000 |
| ZS Acquisition Company, LLC | Lo-Med Prescription Services, LLC | 100.000000 |

**JOINT UNANIMOUS WRITTEN CONSENT
OF THE BOARD OF MANAGERS OF OMNICARE, LLC
AND THE SOLE MEMBER OR GENERAL PARTNER OF
EACH OF THE SUBSIDIARIES OF OMNICARE, LLC
NAMED ON SCHEDULE A HERETO**

**September 21, 2025**

The undersigned, being the Board of Managers (the "Board") of Omnicare, LLC ("Omnicare"), a Delaware limited liability company, and the sole member or general partner of each of Omnicare's direct and indirect subsidiaries listed on Schedule A (the "Subsidiaries" and together with Omnicare, the "Company"), hereby take the following actions and consent to, approve and adopt the following resolutions without a meeting and waive any notice required to be given in connection herewith:

**WHEREAS**, the Board and the sole member or general partner of each of the Subsidiaries having considered the historical performance and results of the Company, the market in which the Company operates, its financial and operational conditions and strategic alternatives and having reviewed, considered and received the recommendation of senior management to the Company and the advice of the Company's professionals and advisors with respect to the options available to the Company, including, without limitation, a filing under chapter 11 of the United States Code (the "Bankruptcy Code"), have determined that it is desirable and in the best interests of the Company and its creditors, employees and other interested parties that petitions be filed by the Company seeking relief under the provisions of chapter 11 of the Bankruptcy Code (the "Filing").

**NOW THEREFORE, BE IT:**

<u>**Approval of Chapter 11 Cases**</u>

**RESOLVED**, that the Company is hereby authorized, empowered and directed to effect the Filing in the United States Bankruptcy Court for the Northern District of Texas;

**RESOLVED**, that each member, general partner, or officer of the Company, each member of the Board and any other person designated and so authorized to act by a member, general partner, or officer of the Company, or member of the Board, (each an "Authorized Person" and, collectively, the "Authorized Persons") hereby are, and each of them is, authorized, empowered and directed to: (i) execute, verify and file on behalf of the Company all documents necessary or appropriate in connection with the Filing, including, without limitation, all petitions, affidavits, declarations, schedules, statements of financial affairs, lists, motions, applications, pleadings, and other papers or documents in connection with such Filing, including any amendments thereto; (ii) take and perform any and all actions deemed necessary and proper to obtain such relief as authorized herein and in connection with the Filing and resulting case under the Bankruptcy Code; (iii) appear as necessary at all bankruptcy proceedings on behalf of the Company; and (iv) pay all such expenses where necessary or appropriate in order to carry out fully the intent and accomplish the purposes of the resolutions adopted herein;

<u>**Approval of Debtor in Possession Financing**</u>

**RESOLVED**, that the Authorized Persons, and any employees or agents (including counsel) designated by or directed by any such persons be, and each of them hereby is, authorized, empowered, and directed, in the name and on behalf of the Company, to, if the Authorized Persons determine it to be necessary or appropriate, enter into senior, secured, super-priority debtor in possession credit facilities, including the credit facility contemplated by the "Term Sheet", in substantially the form as presented to the Authorized Persons (the "DIP Credit Facility"), and any related documents or instruments, each on terms and conditions agreed to by the Company, the lender and agent and such other terms as are customary for similar debtor-in-possession facilities and to cause the Company to grant a senior security interest in substantially all of its assets in connection therewith, and to undertake any and all related transactions contemplated thereby;

**RESOLVED**, that the Authorized Persons be, and each of them hereby is, authorized, empowered, and directed, in the name and on behalf of the Company, to, if the Authorized Persons determine it to be necessary or appropriate, cause to be prepared, to negotiate, execute, and deliver, and the Company is hereby authorized to perform its obligations and take the actions contemplated under, the DIP Credit Facility and such other documents, agreements, credit or loan agreement, guaranties, instruments, financing statements, notices, undertakings, other loan documents, promissory notes, term sheets, fee letters, control agreements, landlord agreements, pledge agreements, assignments, stock powers, intellectual property filings and recordations, letters of credit, certificates, powers of attorneys, consents, waivers, other security documents and any other necessary or appropriate agreement, instrument, document or certificates related to the DIP Credit Facility (the "DIP Documents") each containing such provisions, terms, conditions, covenants, warranties, and representations as may be deemed necessary or appropriate by the Authorized Persons, and any amendments, restatements, amendments and restatements, supplements, or other modifications thereto, in each case with such changes therein and additions thereto as shall be deemed necessary, appropriate, or advisable by any Authorized Person executing the same in the name and on behalf of the Company, such approval to be evidenced conclusively by such execution;

**RESOLVED**, that the Company, as debtor and debtor in possession under the Bankruptcy Code, be authorized, empowered, and directed to (i) negotiate and obtain the use of postpetition financing, including, without limitation, to enter into any guarantees of, and security interests in, mortgage, pledge and grant liens on and claims against the Company's assets as security or otherwise in connection with the DIP Documents in such amounts as is reasonably necessary for the continuing conduct of the affairs of the Company in the chapter 11 cases and any of the Company's affiliates who may also, concurrently with the Company's petition, file for relief under the Bankruptcy Code and (ii) in the Company's capacity, as member, manager or owner of any other borrower or guarantor, execute and deliver such votes, consents, waivers or other approvals of certifications as are necessary or desirable to cause or permit any such borrower or guarantor to enter into and consummate the foregoing and the other matters contemplated by these Resolutions; and that any Authorized Person of the Company be, and each of them hereby is, authorized and empowered in the name and on behalf of the Company to enter into and perform its obligations under and as set forth in the DIP Documents; and that any Authorized Person of the Company be, and each of them hereby is, authorized and empowered in the name and on behalf of the Company, to execute (manually or by electronic signature) and deliver such DIP Documents, with such

changes, additions and deletions as any Authorized Person may approve and on such terms as any Authorized Person deems necessary or desirable;

**RESOLVED**, that each Authorized Persons be, and hereby is, authorized, directed and empowered, either jointly or severally, for and on behalf of and in the name of the Company to cause the Company to pledge, mortgage or otherwise grant security interests in, and liens upon any or all of the assets and properties, real and personal, now owned or hereafter acquired by the Company and its subsidiaries, including, without limitation, any capital stock, membership interests or other ownership interests owned by the Company or any subsidiary in any corporations, limited liability companies or other entities, (collectively, the "Collateral"), as applicable, and all proceeds of the Collateral to secure payment and performance by the Company of its obligations under the DIP Documents and such other obligations that are required to be secured under the DIP Documents and take such further action to maintain and perfect such liens and otherwise necessary to effect the purposes of the DIP Documents;

**RESOLVED**, that each Authorized Officer be, and hereby is, authorized, directed and empowered, either jointly or severally, for and on behalf of and in the name of the Company, to cause Omnicare and the Subsidiaries to enter into guarantees of the payment by the Company of all amounts due with respect to the DIP Documents and the performance by the Company of its obligations under the DIP Documents and such other obligations that Omnicare and the Subsidiaries are required to guaranty;

**RESOLVED**, that the Company will receive substantial direct and indirect benefits from the loans and other financial accommodations to be made under the DIP Credit Facilities to the Company and its affiliates;

## Approval of Operational Restructuring Matters

**RESOLVED**, that the Company is hereby authorized, empowered and directed to transfer, sell or otherwise divest assets of the Company, whether in connection with the chapter 11 cases or otherwise (the "Divestiture");

**RESOLVED**, that the Authorized Persons hereby are, and each hereby is, authorized, empowered and directed on behalf of the Company to effect any reductions in force, whether in connection with the chapter 11 cases, the Divestiture or otherwise;

## Approval of the Retention of Advisors

**RESOLVED**, that the Authorized Persons be, and each of them hereby is, authorized, empowered, and directed to employ the law firm of Jenner & Block LLP as general bankruptcy counsel to represent and advise the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance its rights and obligations, including filing any pleadings in connection with the chapter 11 cases and with any post-petition financing; and in connection therewith, the Authorized Persons are hereby authorized, empowered, and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the chapter 11 cases, and cause to be executed and filed an appropriate application with the bankruptcy court for authority to retain the services of Jenner & Block LLP;

3

**RESOLVED**, that the Authorized Persons be, and each of them hereby is, authorized, empowered, and directed to employ the law firm of Haynes and Boone, LLP as local bankruptcy counsel to represent and advise the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance its rights and obligations, including filing any pleadings in connection with the chapter 11 cases and with any post-petition financing; and in connection therewith, the Authorized Persons are hereby authorized, empowered, and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the chapter 11 cases, and cause to be executed and filed an appropriate application with the bankruptcy court for authority to retain the services of Haynes and Boone, LLP;

**RESOLVED**, that the Authorized Persons be, and each of them hereby is, authorized, empowered, and directed to employ the firm of Alvarez & Marsal North America, LLC as financial advisor to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance its rights and obligations in connection with the chapter 11 cases and with any post-petition financing; and in connection therewith, the Authorized Persons are hereby authorized, empowered, and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the chapter 11 cases, and cause to be executed and filed an appropriate application with the bankruptcy court for authority to retain the services of Alvarez & Marsal North America, LLC;

**RESOLVED**, that the Authorized Persons be, and each of them hereby is, authorized, empowered, and directed to employ the firm of Houlihan Lokey Capital, Inc. as investment banker to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance its rights and obligations in connection with the chapter 11 cases and with any post-petition financing; and in connection therewith, the Authorized Persons are hereby authorized, empowered, and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the chapter 11 cases, and cause to be executed and filed an appropriate application with the bankruptcy court for authority to retain the services of Houlihan Lokey Capital, Inc.;

**RESOLVED**, that the Authorized Persons be, and each of them hereby is, authorized, empowered, and directed to employ the firm of Stretto, Inc. as notice, claims, and balloting agent to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, the Authorized Persons are hereby authorized, empowered, and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the chapter 11 cases, and cause to be executed and filed an appropriate application with the bankruptcy court for authority to retain the services of Stretto, Inc.;

**RESOLVED**, that the Authorized Persons be, and each of them hereby is, authorized, empowered, and directed to employ any other professionals, including attorneys, accountants, and tax advisors, necessary to assist the Company in carrying out its duties under the Bankruptcy Code; and in connection therewith, the Authorized Persons are hereby authorized, empowered, and directed to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the chapter 11 cases, and cause to be executed and filed appropriate applications with the bankruptcy court for authority to retain the services of any other professionals, as necessary;

4

### Other Authorization and Ratification

**RESOLVED**, that the Authorized Persons be, and each of them hereby is, authorized, empowered, and directed, in the name and on behalf of the Company, to prosecute the chapter 11 cases in a manner that in their business judgment is likely to maximize the recovery for stakeholders in the Company and minimize the obligations incurred by the Company;

**RESOLVED**, that the Authorized Persons be, and each of them hereby is, authorized, empowered, and directed, in the name and on behalf of the Company, to cause the Company to enter into, execute, deliver, certify, file, and/or record and perform such agreements, instruments, motions, affidavits, applications for approvals or ruling of governmental or regulatory authorities, certificates or other documents, and to take such other action, as in the judgment of such person shall be or become necessary, proper, and desirable to prosecute to a successful completion the chapter 11 cases, including, but not limited to, implementing the foregoing Resolutions and the transactions contemplated by these Resolutions;

**RESOLVED**, that Authorized Persons be, and each of them hereby is, authorized, empowered, and directed, in the name and on behalf of the Company, to amend, supplement, or otherwise modify from time to time the terms of any documents, certificates, instruments, agreements, or other writings referred to in the foregoing Resolutions;

**RESOLVED**, that all acts, actions, and transactions relating to the matters contemplated by the foregoing Resolutions done in the name and on behalf of the Company, which acts would have been approved by the foregoing Resolutions except that such acts were taken before these Resolutions were certified, are hereby in all respects approved and ratified;

**RESOLVED**, that to the extent the Company serves as the sole member, managing member, general partner or other governing body (the "Controlling Company") of any other company (a "Controlled Company"), each Authorized Person of the Controlling Company, any one of whom may act without the joinder of any other Authorized Person, be, and each of them hereby is, severally authorized, empowered and directed in the name and on behalf of the Controlling Company (acting for such Controlled Company in the capacity set forth above, as applicable), to take all of the actions on behalf of such Controlled Company that an Authorized Person is herein authorized to take on behalf of the Controlling Company; and

**RESOLVED**, that this Joint Written Consent may be executed in two or more counterparts, each of which shall be deemed an original for all purposes, and together shall constitute one and the same Joint Written Consent.

**[REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]**

**IN WITNESS WHEREOF**, the undersigned have duly executed this Joint Written Consent in the capacities set forth below as of the date first written above.

_____
Name: David S. Azzolina

_____
Name: D. Rob Gerth

_____
Name: Timothy Pohl

Being all of the members of the Board of Managers of **Omnicare, LLC**

**Omnicare, LLC,** being the sole member or General Partner of each of the **Subsidiaries**

By: Its Managers

_____
Name: David S. Azzolina

_____
Name: D. Rob Gerth

_____
Name: Timothy Pohl

[*Signature Page to Joint Written Consent*]

**IN WITNESS WHEREOF**, the undersigned have duly executed this Joint Written Consent in the capacities set forth below as of the date first written above.

_____
Name: David S. Azzolina


_____
Name: D. Rob Gerth


DocuSigned by:

_____   Sep 21, 2025
8AC0993B4E4E4F3

Name: Timothy Pohl

Being all of the members of the Board of Managers of **Omnicare, LLC**


**Omnicare, LLC,** being the sole member or General Partner of each of the **Subsidiaries**

By: Its Managers


_____
Name: David S. Azzolina


_____
Name: D. Rob Gerth


DocuSigned by:

_____ Sep 21, 2025
8AC0993B4E4E4F3

Name: Timothy Pohl


*[Signature Page to Joint Written Consent]*

**Schedule A**

Omnicare, LLC, direct and indirect subsidiaries:

1. AMC-Tennessee, LLC
2. APS Acquisition LLC
3. APS-Summit Care Pharmacy, L.L.C.
4. ASCO Healthcare of New England Limited Partnership
5. ASCO HealthCare, LLC
6. Badger Acquisition LLC
7. Badger Acquisition of Kentucky LLC
8. Badger Acquisition of Minnesota LLC
9. Badger Acquisition of Ohio LLC
10. Best Care LTC Acquisition Company LLC
11. Campo's Medical Pharmacy, LLC
12. Care Pharmaceutical Services, LP
13. Care4, L.P.
14. CCRx Holdings, LLC
15. CCRx of North Carolina Holdings, LLC
16. CCRx of North Carolina, LLC
17. CHP Acquisition, LLC
18. Compass Health Services, LLC
19. Compscript, LLC
20. Continuing Care Rx, LLC
21. CP Acquisition, LLC
22. D&R Pharmaceutical Services, LLC
23. Enloe Drugs LLC
24. Evergreen Pharmaceutical of California, LLC
25. Evergreen Pharmaceutical, LLC
26. Geneva Woods Health Services, LLC
27. Geneva Woods LTC Pharmacy, LLC
28. Geneva Woods Pharmacy Alaska, LLC
29. Geneva Woods Pharmacy Washington, LLC
30. Geneva Woods Pharmacy Wyoming, LLC
31. Geneva Woods Pharmacy, LLC
32. Geneva Woods Retail Pharmacy, LLC
33. Grandview Healthcare, LLC
34. Grandview Pharmacy, LLC
35. Home Care Pharmacy, LLC
36. Home Pharmacy Services, LLC
37. Institutional Health Care Services, LLC
38. Interlock Pharmacy Systems, LLC
39. JHC Acquisition LLC
40. Langsam Health Services, LLC
41. LCPS Acquisition LLC
42. Lobos Acquisition, LLC

43. Lo-Med Prescription Services, LLC
44. Main Street Pharmacy, L.L.C.
45. Managed Healthcare, LLC
46. Martin Health Services, LLC
47. Med World Acquisition, LLC
48. Medical Arts Health Care, LLC
49. Merwin IV & Specialty Pharmacy, LLC
50. Merwin Long Term Care, LLC
51. Merwin Rx-Compounding Pharmacy, LLC
52. MHHP Acquisition Company LLC
53. NCS Healthcare of Illinois, LLC
54. NCS Healthcare of Iowa, LLC
55. NCS Healthcare of Kansas, LLC
56. NCS Healthcare of Kentucky, LLC
57. NCS Healthcare of Montana, LLC
58. NCS Healthcare of New Mexico, LLC
59. NCS Healthcare of Ohio, LLC
60. NCS Healthcare of South Carolina, LLC
61. NCS Healthcare of Tennessee, LLC
62. NCS Healthcare of Wisconsin, LLC
63. NeighborCare of Indiana, LLC
64. NeighborCare of New Hampshire, L.L.C.
65. NeighborCare of Virginia, LLC
66. NeighborCare Pharmacies, LLC
67. NeighborCare Pharmacy of Virginia, LLC
68. NeighborCare Pharmacy Services, LLC
69. NIV Acquisition, LLC
70. North Shore Pharmacy Services LLC
71. OCR Services, LLC
72. Omnicare Indiana Partnership Holding Company LLC
73. Omnicare of Nevada, LLC
74. Omnicare of New York, LLC
75. Omnicare Pharmacies of Pennsylvania West LLC
76. Omnicare Pharmacies of the Great Plains Holding Company, LLC
77. Omnicare Pharmacy and Supply Services LLC
78. Omnicare Pharmacy of Florida, LLC
79. Omnicare Pharmacy of Nebraska, LLC
80. Omnicare Pharmacy of North Carolina, LLC
81. Omnicare Pharmacy of Pueblo, LLC
82. Omnicare Pharmacy of Tennessee, LLC
83. Omnicare Pharmacy of Texas 1, LP
84. Omnicare Pharmacy of Texas 2, LP
85. Omnicare Pharmacy of the Midwest, LLC
86. Omnicare Property Management, LLC
87. Omnicare Resources, LLC
88. Pharmacy Associates of Glens Falls, LLC

2

89. Pharmacy Consultants, LLC
90. Pharmacy Holding #1, LLC
91. Pharmacy Holding #2, LLC
92. Pharmed Holdings, LLC
93. PP Acquisition Company, LLC
94. PRN Pharmaceutical Services, LP
95. Roeschen's Healthcare LLC
96. Shore Pharmaceutical Providers, LLC
97. Specialized Pharmacy Services, LLC
98. Sterling Healthcare Services, LLC
99. Suburban Medical Services, LLC
100. Superior Care Pharmacy, LLC
101. TCPI Acquisition, LLC
102. Three Forks Apothecary, LLC
103. UC Acquisition, LLC
104. Uni-Care Health Services of Maine, LLC
105. Value Health Care Services LLC
106. VAPS Acquisition Company, LLC
107. Weber Medical Systems LLC
108. Westhaven Services Co., LLC
109. Williamson Drug Company, LLC
110. ZS Acquisition Company, LLC

Debtor __Omnicare, LLC, et al.__                                                                                          Case number (if known)_____

| Fill in this information to identify the case: |
|---|
| Debtor name: Omnicare, LLC, et al. |
| United States Bankruptcy Court for the: Northern District of Texas, Dallas Division |
| Case number (If known): |

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim *if the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim.* | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | US Attorney's Office for Southern District of New York Attn: Jay Clayton; Samuel Dolinger United States Attorney 86 Chambers Street 3rd Floor New York, NY 10007 United States | Jay Clayton; Samuel Dolinger EMAIL - samuel.dolinger@usdoj.gov PHONE - (212) 637-2800 | Civil Judgment | Disputed | | | $ 948,778,444.10 |
| 2 | Omnicell Inc Attn: Randall Lipps Chairman, President, Chief Executive Officer, And Founder 4220 North Fwy Fort Worth, TX 76137 United States | Randall Lipps EMAIL - randall.lipps@omnicell.com PHONE - (650) 251-6100 FAX - +49 6151 8001655 | Trade Payable | Contingent and Unliquidated | | | $ 727,109.27 |
| 3 | Vaxserve Attn: Stacy Kearney Bucha General Manager & Head 54 Glenmaura National Blvd Ste 301 Moosic, PA 18507 United States | Stacy Kearney Bucha EMAIL - sbucha@vaxserve.com PHONE - (570) 496-6700 | Trade Payable | Contingent and Unliquidated | | | $ 455,076.64 |
| 4 | Name on File Address on File | On File | Severance | | | | $ 358,610.20 |
| 5 | Iron Mountain Attn: William Meaney President & Chief Executive Officer 33 Arch St Boston, MA 02110 United States | William Meaney EMAIL - william.meaney@ironmountain.com PHONE - (844) 462-7449 FAX - (617) 350-7881 | Trade Payable | Contingent and Unliquidated | | | $ 215,052.09 |
| 6 | High Cotton Attn: Tommy McGahey Chief Executive Officer 2461 1st Ave South Birmingham, AL 35210 United States | Tommy McGahey EMAIL - tmcgahey@highcottonusa.com PHONE - (205) 838-2345 | Trade Payable | Contingent and Unliquidated | | | $ 208,508.42 |
| 7 | CSG-NAM Attn: Dan Boudreau Vice President c/o CSG Group of Companies 11 Court Street Ste 280 Exeter, NH 03833-2757 United States | Dan Boudreau EMAIL - Dan@csgnam.com PHONE - (603) 580-2999 | Trade Payable | Contingent and Unliquidated | | | $ 186,476.91 |
| 8 | PointClickCare Attn: Dave Wessinger Chief Executive Officer 8 Spadina Ave Toronto, ON M5V 0S8 Canada | Dave Wessinger EMAIL - Dave.w@pointclickcare.com PHONE - (949) 459-3708 FAX - (905) 858-2248 | Trade Payable | Contingent and Unliquidated | | | $ 177,603.25 |
| 9 | Institute of Nursing Excellence Heartworks IV Attn: Irene Bruno Founder & Chief Executive Officer 777 North Ashley Drive #3010 Tampa, FL 33602 United States | Irene Bruno PHONE - (844) 486-8773 FAX - (844) 777-1776 | Trade Payable | Contingent and Unliquidated | | | $ 140,443.35 |
| 10 | Peter Weisman / Kinney Hill Assoc LLC Attn: Peter E Weisman Manager 100 Corporate Drive Suite L-2 Spartanburg, SC 29303 United States | Peter E Weisman EMAIL - pweisman@corpctri85.com PHONE - (864) 599-9900 FAX - (864) 599-9300 | Common Area Maintenance Expense Payables | Contingent and Unliquidated | | | $ 121,735.00 |
| 11 | Amcor Flexibles Attn: Peter Konieczny Chief Executive Officer 34 Thurgauerstrasse Zürich, CH-8050 Switzerland | Peter Konieczny EMAIL - Peter.konieczny@amcor.com PHONE - +41 44 316 17 17 FAX - +41 71 844 35 38 | Trade Payable | Contingent and Unliquidated | | | $ 104,750.73 |

Debtor ___Omnicare, LLC, et al.___                                                                Case number (if known)_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim if the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 12 | Cloud Software Group<br>Attn: Tom Krause<br>Chief Executive Officer<br>851 Cypress Creek Road<br>Fort Lauderdale, FL 33315<br>United States | Tom Krause<br>EMAIL - tom.krause@cloud.com<br>PHONE - (954) 267-3000 | Trade Payable | Contingent and Unliquidated | | | $           99,445.80 |
| 13 | Alvin Calhoun DBA Park PLC Rntl Prprts<br>Attn: Alvin Calhoun<br>Manager<br>625 Keith St NW<br>Cleveland, TN 37320<br>United States | Alvin Calhoun<br>PHONE - (423) 472-7511<br>FAX - (423) 479-6677 | Common Area Maintenance Expense Payables | Contingent and Unliquidated | | | $           96,867.04 |
| 14 | Clean Harbors Environmental Services<br>Attn: Alan S. Mckim<br>Founder, Executive Chairman And Chief Technology Officer<br>42 Longwater Drive<br>Norwell, MA 02061<br>United States | Alan S. Mckim<br>EMAIL - mckim.alan@cleanharbors.com<br>PHONE - (800) 645-8265 | Trade Payable | Contingent and Unliquidated | | | $           94,499.50 |
| 15 | Remmet Ave LLC<br>Attn: Sofia Bahram<br>Manager<br>20660 Nordhoff St<br>Chatsworth, CA 91311<br>United States | Sofia Bahram<br>EMAIL - Sofia8@neutraderm.com<br>PHONE - (818) 534-3190 | Common Area Maintenance Expense Payables | Contingent and Unliquidated | | | $           93,948.10 |
| 16 | Matter Communications<br>Attn: Scott Signore<br>Principal And Chief Executive Officer<br>50 Water Street<br>Mill #3<br>Newburyport, MA 01950<br>United States | Scott Signore<br>EMAIL - Scott@matternow.com<br>PHONE - (978) 499-9250 | Trade Payable | Contingent and Unliquidated | | | $           87,639.30 |
| 17 | Rojo Properties<br>Attn: Jenny Sykes<br>Manager<br>309 Patterson Pl E<br>Chapel Hill, NC 27516<br>United States | Jenny Sykes<br>EMAIL - jenny.sykes@romanocompany.com<br>PHONE - (217) 424-2426<br>FAX - (217) 425-4908 | Common Area Maintenance Expense Payables | Contingent and Unliquidated | | | $           82,623.16 |
| 18 | Dynamic Infusion Therapy<br>Attn: Peter Harris<br>Chief Executive Officer And President<br>2600 N. Central Expressway<br>Ste 280<br>Richardson, TX 75080<br>United States | Peter Harris<br>EMAIL - Pharris@dynamicinfusion.com<br>PHONE - (214) 617-8314 | Trade Payable | Contingent and Unliquidated | | | $           79,410.00 |
| 19 | Change Healthcare<br>Attn: Neil de Crescenzo<br>President & Chief Executive Officer<br>424 Church Street<br>Suite 1400<br>Nashville, TN 37219<br>United States | Neil de Crescenzo<br>EMAIL - ndecrescenzo@changehealthcare.com<br>PHONE - (615) 932-3000 | Trade Payable | Contingent and Unliquidated | | | $           78,332.09 |
| 20 | General Data<br>Attn: Pete Wenzel<br>President & Chief Executive Officer<br>4354 Ferguson Drive<br>Cincinnati, OH 45245<br>United States | Pete Wenzel<br>EMAIL - Pwenzel@general-data.com<br>PHONE - (844) 643-1129 | Trade Payable | Contingent and Unliquidated | | | $           78,246.21 |
| 21 | Name on File<br>Address on File | On File | Severance | | | | $           77,877.02 |
| 22 | Name on File<br>Address on File | On File | Severance | | | | $           70,821.07 |
| 23 | Rocket Software<br>Attn: Milan Shetti<br>President & Chief Executive Officer<br>77 4th Avenue<br>Waltham, MA 02451<br>United States | Milan Shetti<br>EMAIL - Mshetti@rocketsoftware.com<br>PHONE - (781) 577-4323<br>FAX - (617) 630-7100 | Trade Payable | Contingent and Unliquidated | | | $           68,289.98 |
| 24 | Mueller Industries Mueller Med<br>Attn: Gregory L. Christopher<br>Chairman of The Board And Chief Executive Officer<br>150 Schilling Blvd<br>Ste 100<br>Collierville, TN 38017<br>United States | Gregory L. Christopher<br>EMAIL - Gchristopher@muellerindustries.com<br>PHONE - (901) 753-3200<br>FAX - (901) 753-3250 | Trade Payable | Contingent and Unliquidated | | | $           67,899.26 |
| 25 | T-Mobile<br>Attn: Mike Sievert<br>President And Chief Executive Officer<br>12920 SE 38th Street<br>Bellevue, WA 98006<br>United States | Mike Sievert<br>EMAIL - mike.sievert@t-mobile.com<br>PHONE - (425) 378-4000 | Trade Payable | Contingent and Unliquidated | | | $           66,727.26 |
| 26 | Cheetah Software Systems<br>Attn: Mike Sandler<br>Vice President, Finance<br>31280 Oak Crest Drive<br>Suite 3<br>Westlake Village, CA 91361<br>United States | Mike Sandler<br>EMAIL - mike@cheetah.com<br>PHONE - (805) 373-7111 | Trade Payable | Contingent and Unliquidated | | | $           64,322.84 |

Debtor __Omnicare, LLC, et al._____                                              Case number (if known)_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — if the claim is fully unsecured, fill in only unsecured claim amount.  If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 27 | Health Care Logistics Attn: Bethany Reid; Kyle Sharpe President 450 Town Street Circleville, OH 43113 United States | Bethany Reid; Kyle Sharpe EMAIL - breid@gohcl.com; ksharpe@gohcl.com PHONE - (800) 848-1633 FAX - (800) 447-2923 | Trade Payable | Contingent and Unliquidated | | | $          63,103.81 |
| 28 | Name on File Address on File | On File | Severance | | | | $          62,976.98 |
| 29 | Drake Management Services LLC Attn: Daniel Adler Manager Prop Mgmt 11621 Cr 166 Tyler, TX 75703 United States | Daniel Adler EMAIL - management@draketexas.com PHONE - (903) 581-3737 | Common Area Maintenance Expense Payables | Contingent and Unliquidated | | | $          56,944.62 |
| 30 | Name on File Address on File | On File | Severance | | | | $          53,555.20 |

---

**Fill in this information to identify the case and this filing:**

Debtor Name  Omnicare, LLC

United States Bankruptcy Court for the: Northern          District of Texas

(State)

Case number (*If known*):

---

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒ Other document that requires a declaration  Corporate Ownership Statement

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  09/22/2025          ✗ /s/ Matthew Frank

MM / DD / YYYY          Signature of individual signing on behalf of debtor

Matthew Frank

Printed name

Chief Restructuring Officer

Position or relationship to debtor