| | |
|---|---|
| **JENNER & BLOCK LLP** | **HAYNES AND BOONE, LLP** |
| Vincent E. Lazar (*pro hac vice* pending) | Charles A. Beckham, Jr. (TX #02016600) |
| Derek L. Wright (*pro hac vice* pending) | Ian T. Peck (TX #24013306) |
| Angela M. Allen (*pro hac vice* pending) | Martha Wyrick (TX #24101606) |
| 353 N. Clark Street | 2801 N. Harwood Street, Ste. 2300 |
| Chicago, IL 60654 | Dallas, TX 75201 |
| Telephone: (312) 222-9350 | Telephone: (214) 651-5000 |
| Facsimile: (312) 527-0484 | Facsimile: (214) 651-5940 |
| Email: vlazar@jenner.com | Email: charles.beckham@haynesboone.com |
| dwright@jenner.com | ian.peck@haynesboone.com |
| aallen@jenner.com | martha.wyrick@haynesboone.com |

*Proposed Counsel for the Debtors and Debtors in Possession*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| OMNICARE, LLC, *et al.*,[1] | ) | Case No. 25-80486 (SWE) |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |
| | ) | |

## NOTICE OF DESIGNATION AS COMPLEX CHAPTER 11 BANKRUPTCY CASES

On September 22, 2025, Omnicare LLC and its debtor affiliates, as debtors and debtors in possession (collectively, the "**Debtors**") commenced voluntary petitions for relief under title 11 of the United States Code (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the Northern District of Texas (the "**Court**"). The undersigned proposed counsel believes that these cases qualify as complex chapter 11 cases because:

☒ The debtors have total debt of more than $25 million;

---

[1] The last four digits of Omnicare, LLC's federal tax identification number are 1351. There are 111 Debtors in these chapter 11 cases, which are being jointly administered for procedural purposes only. A complete list of the Debtors and the last four digits of their federal tax identification numbers may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Omnicare. The location of Omnicare, LLC's corporate headquarters and the Debtors' service address is One CVS Drive, Mail Code 1160, Woonsocket, RI 02895.

| | |
|---|---|
| **X** | There are more than 100 parties in interest in these cases; |
| ___ | Claims against or interests in the debtors are publicly traded; |
| ___ | Other: Substantial explanation is required. (Attach additional sheets if necessary.) |

Dated: September 22, 2025

**HAYNES AND BOONE, LLP**

*/s/ Ian T. Peck*
Charles A. Beckham, Jr. (TX #02016600)
Ian T. Peck (TX #24013306)
Martha Wyrick (TX #24101606)
2801 N. Harwood Street, Ste. 2300
Dallas, Texas 75201
Telephone: (214) 651-5000
Facsimile: (214) 651-5940
Email:  charles.beckham@haynesboone.com
ian.peck@haynesboone.com
martha.wyrick@haynesboone.com

**JENNER & BLOCK LLP**

Vincent E. Lazar (*pro hac vice* pending)
Derek L. Wright (*pro hac vice* pending)
Angela M. Allen (*pro hac vice* pending)
353 N. Clark Street
Chicago, Illinois 60654
Telephone: (312) 923-2952
Facsimile: (312) 527-0484
Email:  vlazar@jenner.com
dwright@jenner.com
aallen@jenner.com

*Proposed Counsel to the Debtors and Debtors in Possession*