BUCHALTER
A Professional Corporation
JEFFREY K. GARFINKLE (CA 153496)
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612-0514
Telephone: 949.760.1121
Fax: 949.720.0182
Email: jgarfinkle@buchalter.com

Attorneys for Movants, McKesson Corporation,
on behalf of itself and certain corporate affiliates

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: <br><br> OMNICARE, LLC, *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 25-80486 (SWE) <br><br> (Joint Administration Requested) |

**MOTION OF MCKESSON CORPORATION TO WAIVE THE LOCAL COUNSEL REQUIREMENT OF LOCAL RULE 2090-4**

McKesson Corporation, on behalf of itself and certain corporate affiliates (collectively "McKesson"), by and through its counsel, Buchalter, a Professional Corporation ("Buchalter"), hereby files this motion (the "Motion") requesting, *inter alia*, that this Court waive the Local Counsel Requirement prescribed by Rule 2090-4(a) of the Local Rules of Bankruptcy Court of the Northern District of Texas (the "Local Rules") to allow Buchalter to represent McKesson in the above-captioned chapter 11 cases (the "Cases"), and in support, states as follows:

---

[1] The last four digits of Omnicare, LLC's federal tax identification number are 1351. There are 111 Debtors in these chapter 11 cases, which are being jointly administered for procedural purposes only. A complete list of the Debtors and the last four digits of their federal tax identification numbers may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Omnicare. The location of Omnicare, LLC's corporate headquarters and the Debtors' service address is One CVS Drive, Mail Code 1160, Woonsocket, RI 02895.

1

BN 94139044v1

1. On September 22 2025 (the "Petition Date"), each of the above-captioned debtors (collectively, the "Debtors") filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code with this Court, thereby commencing these Cases.

2. The Debtors operate a network of pharmacies throughout the United States that provide on-site medication and pharmaceutical services to patients residing in more than 4,000 long-term care facilities (LTCFs) including skilled nursing facilities, assisted-living communities, independent-living communities and institutional facilities

3. McKesson is the primary pharmaceutical supplier to the Debtors and their 4,000+ pharmacies.

4. Since the Petition Date, the Debtors have remained in possession of their assets and continue to operate and manage their business as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

5. Rule 2090-4(a) of the Local Bankruptcy Rules for the Northern District of Texas (the "Local Rules") requires an attorney appearing in a case in the Northern District of Texas to retain local counsel if that attorney does not reside or maintain an office within 50 miles of the Northern District of Texas Federal District Court and Bankruptcy Court. However, Local Rule 2090-4(a) provides that counsel may seek leave of the court to proceed without local counsel.

6. Buchalter is in the process of opening a physical office in Dallas. However, as of the filing of this Motion, Buchalter has not yet opened that office and, as such does not yet maintain an office within 50 miles of the Northern District of Texas Federal District Court and Bankruptcy Court. Accordingly, McKesson seeks leave to proceed without hiring local counsel in accordance with Local Rule 2090-4(a).

BN 94139044v1

7. Over the years, Buchalter has represented McKesson in hundreds of pharmaceutical and healthcare-related bankruptcy matters through the United States and has unique experience addressing the delivery of pharmaceutical supplies healthcare providers and pharmacies.

8. McKesson's involvement in these Cases will primarily involve monitoring i) the continuing supply of pharmaceutical goods to the Debtors' pharmacies; ii) developments in the Cases; and iii) the treatment of McKesson's agreements with the Debtors. As such, barring unforeseen developments, McKesson's involvement in these Cases is expected to be limited.

9. For these reasons, McKesson believes that Buchalter is uniquely able to address any issues in which McKesson needs to participate. Buchalter routinely attends hearings on behalf of McKesson in bankruptcy cases throughout the United States, often on very limited notice. Accordingly, McKesson submits that Buchalter's experience and qualifications and McKesson's expected limited involvement in these cases lessen the requirements for local counsel.

10. In light of the foregoing, McKesson believes that good cause exists for a waiver of the local counsel requirement set forth in Local Rule 2090-4(a). If the Court does not believe the requested waiver is warranted, McKesson will retain local counsel in accordance with Local Rule 2090-4(a).

11. A proposed order granting the requested relief is attached hereto as **Exhibit A**.

DATED: September 22, 2025

                            Respectfully submitted,

                            BUCHALTER
                            A Professional Corporation
                            18400 Von Karman Avenue, Suite 800
                            Irvine, CA 92612-0514
                            Telephone: 949.760.1121
                            Fax: 949.720.0182
                            Email: jgarfinkle@buchalter.com

                            BY: */s/ Jeffrey K. Garfinkle*
                                 Jeffrey K. Garfinkle
                                 CA Bar No. 153496
                                 Attorneys for Movant McKesson Corporation,
                                 on behalf of itself and certain corporate
                                 affiliates

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on September 22, 2025, a true and correct copy of the foregoing document was served via ECF notification on all parties entitled to ECF notification in this case.

                                                  */s/* Jeffrey K. Garfinkle
                                                  Jeffrey K. Garfinkle

BN 94139044v1

# Exhibit A

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re:<br><br>OMNICARE, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 25-80486 (SWE)<br><br>(Joint Administration Requested) |

**<u>ORDER GRANTING MOTION OF MCKESSON CORPORATION TO WAIVE THE
LOCAL COUNSEL REQUIREMENT OF LOCAL RULE 2090-4</u>**

UPON CONSIDERATION of the Motion of McKesson to Waive the Local Counsel Requirement of Local Rule 2090-4 (the "<u>Motion</u>"),[2] and after deliberation, the Court finds that good and sufficient cause exists to grant the relief requested in the Motion; it is therefore ORDERED:

---

[1] The last four digits of Omnicare, LLC's federal tax identification number are 1351. There are 111 Debtors in these chapter 11 cases, which are being jointly administered for procedural purposes only. A complete list of the Debtors and the last four digits of their federal tax identification numbers may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Omnicare. The location of Omnicare, LLC's corporate headquarters and the Debtors' service address is One CVS Drive, Mail Code 1160, Woonsocket, RI 02895.

[2]    Any capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.

1

      1.      The Motion is GRANTED as provided herein.

      2.      The requirements of Local Rule 2090-4 are hereby waived and Buchalter may represent McKesson in the above-captioned bankruptcy cases without retaining local counsel.

      3.      This Court, at any time, may require Buchalter to comply with the requirement of Local Rule 2090-4.

## ##End of Order##

ORDER SUBMITTED BY:

BUCHALTER
A Professional Corporation
JEFFREY K. GARFINKLE (SBN: 153496)
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612-0514
Telephone: 949.760.1121
Fax: 949.720.0182
Email: jgarfinkle@buchalter.com

*Attorneys for Movant*
*McKesson Corporation, on behalf of itself and*
*certain corporate affiliates*

2

BN 94139044v1