

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 24, 2025**

_____
**United States Bankruptcy Judge**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| OMNICARE, LLC,[1] | ) | Case No. 25-80486 (SGJ) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 31-1001351 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMC-TENNESSEE, LLC | ) | Case No. 25-80487 (SGJ) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 62-169813 | ) | |

---

[1] There are 111 Debtors in these chapter 11 cases. A complete list of the Debtors and the last four digits of their federal tax identification numbers may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Omnicare. The location of Omnicare, LLC's corporate headquarters and the Debtors' service address is One CVS Drive, Mail Code 1160, Woonsocket, RI 02895.

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| APS ACQUISITION LLC | ) | Case No. 25-80488 (SGJ) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 61-1401116 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| APS-SUMMIT CARE PHARMACY, L.L.P. | ) | Case No. 25-80489 (SGJ) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 61-1401116 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ASCO HEALTHCARE OF NEW ENGLAND LIMITED PARTNERSHIP | ) | Case No. 25-80491 (SGJ) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 23-2763886 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ASCO HEALTHCARE, LLC | ) | Case No. 25-80493 (SGJ) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 52-0816305 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BADGER ACQUISITION LLC | ) | Case No. 25-80494 (SGJ) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 52-2119866 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BADGER ACQUISITION OF KENTUCKY LLC | ) | Case No. 25-80496 (SGJ) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 52-2119911 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BADGER ACQUISITION OF MINNESOTA LLC | ) | Case No. 25-80497 (SGJ) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 52-2119871 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BADGER ACQUISITION OF OHIO LLC | ) | Case No. 25-80499 (SGJ) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 52-2119875 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| BEST CARE LTC ACQUISITION COMPANY LLC | ) | Case No. 25-80500 (SGJ) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 20-8401946 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CAMPO'S MEDICAL PHARMACY, LLC | ) | Case No. 25-80502 (SGJ) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 72-1039948 | ) | |

In re:

CARE PHARMACEUTICAL SERVICES, LP

                    Debtor.

Tax I.D. No. 31-1399042

)
) Chapter 11
)
) Case No. 25-80503 (SGJ)
)
)
)

In re:

CARE4, L.P.

                    Debtor.

Tax I.D. No. 22-3245022

)
) Chapter 11
)
) Case No. 25-80505 (SGJ)
)
)
)

In re:

CCRX HOLDINGS, LLC

                    Debtor.

Tax I.D. No. 20-2032406

)
) Chapter 11
)
) Case No. 25-80507 (SGJ)
)
)
)

In re:

CCRX OF NORTH CAROLINA HOLDINGS, LLC

                    Debtor.

Tax I.D. No. 20-5864517

)
) Chapter 11
)
) Case No. 25-80508 (SGJ)
)
)
)

In re:

CCRX OF NORTH CAROLINA, LLC

                    Debtor.

Tax I.D. No. 20-5964894

)
) Chapter 11
)
) Case No. 25-80510 (SGJ)
)
)
)

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CHP ACQUISITION, LLC | ) | Case No. 25-80512 (SGJ) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 31-1483612 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| COMPASS HEALTH SERVICES, LLC | ) | Case No. 25-80514 (SGJ) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 55-0730048 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| COMPSCRIPT, LLC | ) | Case No. 25-80516 (SGJ) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 65-0506539 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CONTINUING CARE RX, LLC | ) | Case No. 25-80517 (SGJ) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 23-2952534 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| CP ACQUISITION, LLC | ) | Case No. 25-80518 (SGJ) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 61-1317566 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| D&R PHARMACEUTICAL SERVICES, LLC | ) | Case No. 25-80520 (SGJ) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 61-0955886 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENLOE DRUGS LLC | ) | Case No. 25-80521 (SGJ) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 31-1362346 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EVERGREEN PHARMACEUTICAL OF CALIFORNIA, LLC | ) | Case No. 25-80523 (SGJ) |
| Debtor. | ) | |
| Tax I.D. No. 61-1321151 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EVERGREEN PHARMACEUTICAL, LLC | ) | Case No. 25-80525 (SGJ) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 91-0883397 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GENEVA WOODS HEALTH SERVICES, LLC | ) | Case No. 25-80548 (SGJ) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 82-1356172 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GENEVA WOODS LTC PHARMACY, LLC | ) | Case No. 25-80550 (SGJ) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 82-1424458 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GENEVA WOODS PHARMACY ALASKA, LLC | ) | Case No. 25-80551 (SGJ) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 82-1367485 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GENEVA WOODS PHARMACY WASHINGTON, LLC | ) | Case No. 25-80530 (SGJ) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 47-2296538 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GENEVA WOODS PHARMACY WYOMING, LLC | ) | Case No. 25-80532 (SGJ) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 46-5697998 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GENEVA WOODS PHARMACY, LLC | ) | Case No. 25-80533 (SGJ) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 92-0074555 | ) | |

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| GENEVA WOODS RETAIL PHARMACY, LLC | ) Case No. 25-80535 (SGJ) |
| | ) |
| Debtor. | ) |
| Tax I.D. No. 82-1432949 | ) |

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| GRANDVIEW HEALTHCARE, LLC | ) Case No. 25-80537 (SGJ) |
| | ) |
| Debtor. | ) |
| Tax I.D. No. 20-0888578 | ) |

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| GRANDVIEW PHARMACY, LLC | ) Case No. 25-80553 (SGJ) |
| | ) |
| Debtor. | ) |
| Tax I.D. No. 35-0291610 | ) |

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| HOME CARE PHARMACY, LLC | ) Case No. 25-80539 (SGJ) |
| | ) |
| Debtor. | ) |
| Tax I.D. No. 31-1255845 | ) |

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| HOME PHARMACY SERVICES, LLC | ) Case No. 25-80540 (SGJ) |
| | ) |
| Debtor. | ) |
| Tax I.D. No. 37-0978331 | ) |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| INSTITUTIONAL HEALTH CARE SERVICES, LLC | ) | Case No. 25-80542 (SGJ) |
| Debtor. | ) | |
| Tax I.D. No. 22-2750964 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| INTERLOCK PHARMACY SYSTEMS, LLC | ) | Case No. 25-80543 (SGJ) |
| Debtor. | ) | |
| Tax I.D. No. 43-0951332 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JHC ACQUISITION LLC | ) | Case No. 25-80546 (SGJ) |
| Debtor. | ) | |
| Tax I.D. No. 31-1494762 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LANGSAM HEALTH SERVICES, LLC | ) | Case No. 25-80555 (SGJ) |
| Debtor. | ) | |
| Tax I.D. No. 73-1391198 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| LCPS ACQUISITION LLC | ) | Case No. 25-80557 (SGJ) |
| Debtor. | ) | |
| Tax I.D. No. 61-1347084 | ) | |

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| LOBOS ACQUISITION, LLC | ) Case No. 25-80558 (SGJ) |
| | ) |
| Debtor. | ) |
| Tax I.D. No. 86-1068024 | ) |

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| LO-MED PRESCRIPTION SERVICES, LLC | ) Case No. 25-80559 (SGJ) |
| | ) |
| Debtor. | ) |
| Tax I.D. No. 34-1396063 | ) |

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MAIN STREET PHARMACY, L.L.C. | ) Case No. 25-80560 (SGJ) |
| | ) |
| Debtor. | ) |
| Tax I.D. No. 52-1925761 | ) |

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MANAGED HEALTHCARE, LLC | ) Case No. 25-80561 (SGJ) |
| | ) |
| Debtor. | ) |
| Tax I.D. No. 31-1450845 | ) |

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MARTIN HEALTH SERVICES, LLC | ) Case No. 25-80562 (SGJ) |
| | ) |
| Debtor. | ) |
| Tax I.D. No. 20-3100455 | ) |

In re:                                              ) Chapter 11
                                                    )
MED WORLD ACQUISITION, LLC                          ) Case No. 25-80565 (SGJ)
                                                    )
                              Debtor.               )
Tax I.D. No. 61-1322120                             )

In re:                                              ) Chapter 11
                                                    )
MEDICAL ARTS HEALTH CARE, LLC                       ) Case No. 25-80570 (SGJ)
                                                    )
                              Debtor.               )
Tax I.D. No. 58-1640672                             )

In re:                                              ) Chapter 11
                                                    )
MERWIN IV & SPECIALTY PHARMACY, LLC                 ) Case No. 25-80572 (SGJ)
                                                    )
                              Debtor.               )
Tax I.D. No. 20-4965954                             )

In re:                                              ) Chapter 11
                                                    )
MERWIN LONG TERM CARE, LLC                          ) Case No. 25-80574 (SGJ)
                                                    )
                              Debtor.               )
Tax I.D. No. 41-1877060                             )

In re:                                              ) Chapter 11
                                                    )
MERWIN RX-COMPOUNDING PHARMACY,                     ) Case No. 25-80576 (SGJ)
LLC                                                 )
                              Debtor.               )
Tax I.D. No. 47-4940228                             )

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| MHHP ACQUISITION COMPANY LLC | ) Case No. 25-80578 (SGJ) |
| | ) |
| Debtor. | ) |
| Tax I.D. No. 20-0619598 | ) |

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| NCS HEALTHCARE OF ILLINOIS, LLC | ) Case No. 25-80580 (SGJ) |
| | ) |
| Debtor. | ) |
| Tax I.D. No. 37-1354510 | ) |

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| NCS HEALTHCARE OF IOWA, LLC | ) Case No. 25-80581 (SGJ) |
| | ) |
| Debtor. | ) |
| Tax I.D. No. 31-1509013 | ) |

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| NCS HEALTHCARE OF KANSAS, LLC | ) Case No. 25-80584 (SGJ) |
| | ) |
| Debtor. | ) |
| Tax I.D. No. 34-1839712 | ) |

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| NCS HEALTHCARE OF KENTUCKY, LLC | ) Case No. 25-80490 (SGJ) |
| | ) |
| Debtor. | ) |
| Tax I.D. No. 31-1521217 | ) |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| NCS HEALTHCARE OF MONTANA, LLC | ) | Case No. 25-80492 (SGJ) |
| Debtor. | ) | |
| Tax I.D. No. 34-1851710 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| NCS HEALTHCARE OF NEW MEXICO, LLC | ) | Case No. 25-80495 (SGJ) |
| Debtor. | ) | |
| Tax I.D. No. 31-1509013 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| NCS HEALTHCARE OF OHIO, LLC | ) | Case No. 25-80498 (SGJ) |
| Debtor. | ) | |
| Tax I.D. No. 31-1257307 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| NCS HEALTHCARE OF SOUTH CAROLINA, LLC | ) | Case No. 25-80501 (SGJ) |
| Debtor. | ) | |
| Tax I.D. No. 31-1508225 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| NCS HEALTHCARE OF TENNESSEE, LLC | ) | Case No. 25-80504 (SGJ) |
| Debtor. | ) | |
| Tax I.D. No. 34-1866494 | ) | |

In re:       )    Chapter 11

NCS HEALTHCARE OF WISCONSIN, LLC    )    Case No. 25-80506 (SGJ)

      Debtor.    )

Tax I.D. No. 34-1866497    )

In re:       )    Chapter 11

NEIGHBORCARE OF INDIANA, LLC    )    Case No. 25-80509 (SGJ)

      Debtor.    )

Tax I.D. No. 95-4482026    )

In re:       )    Chapter 11

NEIGHBORCARE OF NEW HAMPSHIRE, L.L.C.    )    Case No. 25-80511 (SGJ)

      Debtor.    )

Tax I.D. No. 23-2919729    )

In re:       )    Chapter 11

NEIGHBORCARE OF VIRGINIA, LLC    )    Case No. 25-80513 (SGJ)

      Debtor.    )

Tax I.D. No. 95-4480544    )

In re:       )    Chapter 11

NEIGHBORCARE PHARMACIES, LLC    )    Case No. 25-80515 (SGJ)

      Debtor.    )

Tax I.D. No. 52-1465507    )

In re:                                         )   Chapter 11
                                               )
NEIGHBORCARE PHARMACY OF VIRGINIA,             )   Case No. 25-80519 (SGJ)
LLC                                            )
                          Debtor.              )
Tax I.D. No. 54-2058778                        )

In re:                                         )   Chapter 11
                                               )
NEIGHBORCARE PHARMACY SERVICES, LLC            )   Case No. 25-80522 (SGJ)
                                               )
                          Debtor.              )
Tax I.D. No. 23-2963282                        )

In re:                                         )   Chapter 11
                                               )
NIV ACQUISITION, LLC                           )   Case No. 25-80524 (SGJ)
                                               )
                          Debtor.              )
Tax I.D. No. 31-1501415                        )

In re:                                         )   Chapter 11
                                               )
NORTH SHORE PHARMACY SERVICES LLC              )   Case No. 25-80526 (SGJ)
                                               )
                          Debtor.              )
Tax I.D. No. 31-1428484                        )

In re:                                         )   Chapter 11
                                               )
OCR SERVICES, LLC                              )   Case No. 25-80527 (SGJ)
                                               )
                          Debtor.              )
Tax I.D. No. 31-1402845                        )

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| OMNICARE INDIANA PARTNERSHIP HOLDING COMPANY LLC | ) | Case No. 25-80528 (SGJ) |
| Debtor. | ) |  |
| Tax I.D. No. 16-1653107 | ) |  |

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| OMNICARE OF NEVADA, LLC | ) | Case No. 25-80529 (SGJ) |
|  | ) |  |
| Debtor. | ) |  |
| Tax I.D. No. 20-0888517 | ) |  |

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| OMNICARE OF NEW YORK, LLC | ) | Case No. 25-80531 (SGJ) |
|  | ) |  |
| Debtor. | ) |  |
| Tax I.D. No. 95-4450977 | ) |  |

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| OMNICARE PHARMACIES OF PENNSYLVANIA WEST LLC | ) | Case No. 25-80534 (SGJ) |
| Debtor. | ) |  |
| Tax I.D. No. 25-1213193 | ) |  |

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| OMNICARE PHARMACIES OF THE GREAT PLAINS HOLDING COMPANY, LLC | ) | Case No. 25-80536 (SGJ) |
| Debtor. | ) |  |
| Tax I.D. No. 61-1386242 | ) |  |

| | |
|---|---|
| In re:<br><br>OMNICARE PHARMACY AND SUPPLY SERVICES LLC<br><br>          Debtor.<br>Tax I.D. No. 41-1730324 | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Chapter 11<br><br>Case No. 25-80538 (SGJ) |

| | |
|---|---|
| In re:<br><br>OMNICARE PHARMACY OF FLORIDA, LLC<br><br>          Debtor.<br>Tax I.D. No. 76-0716528 | )<br>)<br>)<br>)<br>)<br>)<br>) | Chapter 11<br><br>Case No. 25-80556 (SGJ) |

| | |
|---|---|
| In re:<br><br>OMNICARE PHARMACY OF NEBRASKA, LLC<br><br>          Debtor.<br>Tax I.D. No. 61-1386244 | )<br>)<br>)<br>)<br>)<br>)<br>) | Chapter 11<br><br>Case No. 25-80541 (SGJ) |

| | |
|---|---|
| In re:<br><br>OMNICARE PHARMACY OF NORTH CAROLINA, LLC<br>          Debtor.<br>Tax I.D. No. 76-0716543 | )<br>)<br>)<br>)<br>)<br>)<br>) | Chapter 11<br><br>Case No. 25-80544 (SGJ) |

| | |
|---|---|
| In re:<br><br>OMNICARE PHARMACY OF PUEBLO, LLC<br><br>          Debtor.<br>Tax I.D. No. 76-0716546 | )<br>)<br>)<br>)<br>)<br>)<br>) | Chapter 11<br><br>Case No. 25-80545 (SGJ) |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| OMNICARE PHARMACY OF TENNESSEE, LLC | ) | Case No. 25-80547 (SGJ) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 61-1347088 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| OMNICARE PHARMACY OF TEXAS 1, LP | ) | Case No. 25-80484 (SGJ) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 76-0716554 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| OMNICARE PHARMACY OF TEXAS 2, LP | ) | Case No. 25-80485 (SGJ) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 11-3657397 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| OMNICARE PHARMACY OF THE MIDWEST, LLC | ) | Case No. 25-80549 (SGJ) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 31-1374275 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| OMNICARE PROPERTY MANAGEMENT, LLC | ) | Case No. 25-80552 (SGJ) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 27-1403681 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| OMNICARE RESOURCES, LLC | ) | Case No. 25-80554 (SGJ) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 92-0244328 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PHARMACY ASSOCIATES OF GLENS FALLS, LLC | ) | Case No. 25-80563 (SGJ) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 14-1554120 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PHARMACY CONSULTANTS, LLC | ) | Case No. 25-80564 (SGJ) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 57-0640737 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PHARMACY HOLDING #1, LLC | ) | Case No. 25-80566 (SGJ) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 76-0716538 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PHARMACY HOLDING #2, LLC | ) | Case No. 25-80567 (SGJ) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 76-0716536 | ) | |

| In re: | ) | Chapter 11 |
| | ) | |
| PHARMED HOLDINGS, LLC | ) | Case No. 25-80568 (SGJ) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 36-4060882 | ) | |

| In re: | ) | Chapter 11 |
| | ) | |
| PP ACQUISITION COMPANY, LLC | ) | Case No. 25-80569 (SGJ) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 20-2394950 | ) | |

| In re: | ) | Chapter 11 |
| | ) | |
| PRN PHARMACEUTICAL SERVICES, LP | ) | Case No. 25-80571 (SGJ) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 35-1855784 | ) | |

| In re: | ) | Chapter 11 |
| | ) | |
| ROESCHEN'S HEALTHCARE LLC | ) | Case No. 25-80573 (SGJ) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 39-1084787 | ) | |

| In re: | ) | Chapter 11 |
| | ) | |
| SHORE PHARMACEUTICAL PROVIDERS, LLC | ) | Case No. 25-80575 (SGJ) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 31-1425144 | ) | |

|  |  |
|---|---|
| In re: | Chapter 11 |
| SPECIALIZED PHARMACY SERVICES, LLC | Case No. 25-80577 (SGJ) |
| Debtor. | |
| Tax I.D. No. 38-2143132 | |

|  |  |
|---|---|
| In re: | Chapter 11 |
| STERLING HEALTHCARE SERVICES, LLC | Case No. 25-80579 (SGJ) |
| Debtor. | |
| Tax I.D. No. 36-4031863 | |

|  |  |
|---|---|
| In re: | Chapter 11 |
| SUBURBAN MEDICAL SERVICES, LLC | Case No. 25-80582 (SGJ) |
| Debtor. | |
| Tax I.D. No. 23-2014806 | |

|  |  |
|---|---|
| In re: | Chapter 11 |
| SUPERIOR CARE PHARMACY, LLC | Case No. 25-80583 (SGJ) |
| Debtor. | |
| Tax I.D. No. 31-1543728 | |

|  |  |
|---|---|
| In re: | Chapter 11 |
| TCPI ACQUISITION, LLC | Case No. 25-80585 (SGJ) |
| Debtor. | |
| Tax I.D. No. 31-1508476 | |

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| THREE FORKS APOTHECARY, LLC | ) | Case No. 25-80586 (SGJ) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 61-0995656 | ) | |

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| UC ACQUISITION, LLC | ) | Case No. 25-80587 (SGJ) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 31-1414594 | ) | |

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| UNI-CARE HEALTH SERVICES OF MAINE, LLC | ) | Case No. 25-80588 (SGJ) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 02-0468192 | ) | |

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VALUE HEALTH CARE SERVICES LLC | ) | Case No. 25-80589 (SGJ) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 31-1485530 | ) | |

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VAPS ACQUISITION COMPANY, LLC | ) | Case No. 25-80590 (SGJ) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 20-4849023 | ) | |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WEBER MEDICAL SYSTEMS LLC | ) | Case No. 25-80591 (SGJ) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 31-1409572 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| WESTHAVEN SERVICES CO., LLC | ) | Case No. 25-80592 (SGJ) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 34-1151322 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| WILLIAMSON DRUG COMPANY, LLC | ) | Case No. 25-80593 (SGJ) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 54-0590067 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ZS ACQUISITION COMPANY, LLC | ) | Case No. 25-80594 (SGJ) |
| | ) | |
| Debtor. | ) | |
| Tax I.D. No. 20-4763592 | ) | |

**ORDER (I) DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES
AND (II) GRANTING RELATED RELIEF
[Related to Docket No. 19]**

Upon the motion (the "**Motion**")[1] of Omnicare, LLC and certain of its affiliates, as debtors

and debtors-in-possession (collectively, the "**Debtors**") in the above-captioned Chapter 11 Cases

(the "**Chapter 11 Cases**"), for entry of an order (the "**Order**") directing the joint administration

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Motion or the First Day Declaration, as applicable.

of the Debtors' related Chapter 11 Cases, as more fully set forth in the Motion; and upon the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court, if any (the "**Hearing**"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing, if any, establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is **HEREBY ORDERED THAT**:

1.      The Motion is granted to the extent set forth herein.

2.      The Chapter 11 Cases are consolidated for procedural purposes only and shall be jointly administered by this Court under Case No. 25-80486, the case number assigned to Omnicare, LLC (the "**Main Case**").

3.      If any of the Chapter 11 Cases have been assigned to separate judges, all such cases shall be transferred to the judge with the Main Case.

4.      The consolidated caption of the jointly administered cases shall read as follows:

2

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| OMNICARE, LLC, *et al.*,[1] | ) ) ) | Case No. 25-80486 (SGJ) |
| Debtors. | ) ) ) ) | (Jointly Administered) |

[1] The last four digits of Omnicare, LLC's federal tax identification number are 1351. There are 111 Debtors in these chapter 11 cases, which are being jointly administered for procedural purposes only. A complete list of the Debtors and the last four digits of their federal tax identification numbers may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Omnicare. The location of Omnicare, LLC's corporate headquarters and the Debtors' service address is One CVS Drive, Mail Code 1160, Woonsocket, RI 02895.

5. The foregoing caption satisfies the requirements set forth in section 342(c)(1) of the Bankruptcy Code.

6. An entry shall be made on the docket of each of the Debtors' cases (other than for Omnicare, LLC) substantially as follows:

> An order has been entered in this case directing the joint administration of the chapter 11 cases of Omnicare, LLC, *et al.* The docket in Case No. 25-80486 should be consulted for all matters affecting this case. **All further pleadings and other papers shall be filed in, and all further docket entries shall be made in *Omnicare, LLC*, Case No. 25-80486.**

7. The Debtors shall maintain, and the Clerk of the United States Bankruptcy Court for the Northern District of Texas shall keep, one consolidated docket, one file, and one consolidated service list for these Chapter 11 Cases.

8. All docket entries shall be made in the Main Case, and all orders, pleadings, papers, documents, lists, schedules, statements, and monthly operating reports (except proofs of claim), shall be filed and docketed in the Main Case.

9.      All proofs of claim shall be filed and docketed under the case number representing the estate in which the claim is made, and a creditor of more than one estate shall file and docket a proof of claim in each case to which a claim may be made, and only in the amount which the creditor may make a claim from that estate.

10.     If pleadings, papers or documents have been filed in any of the above captioned cases other than the Main Case prior to entry of this Order, and those matters have not yet been heard and decided, the party who filed the pleading, paper, or document shall (i) refile the pleading, paper, or document in the Main Case within three business days of the entry of this Order, (ii) set the pleading, paper, or document for hearing before the judge assigned to the Main Case, and (iii) notice the hearing to all appropriate parties.

11.     Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the Chapter 11 Cases and this Order shall be without prejudice to the rights of the Debtors to seek entry of an order substantively consolidating their respective cases.

12.     Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion and the Local Rules are satisfied by such notice.

13.     The terms and conditions of this Order are immediately effective and enforceable upon its entry.

14.     The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

15.     This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

### END OF ORDER ###

4

**Order submitted by:**

Charles A. Beckham, Jr. (TX #02016600)
Ian T. Peck (TX #24013306)
Martha Wyrick (TX #24101606)
**HAYNES AND BOONE, LLP**
2801 N. Harwood Street
Suite 2300
Dallas, TX 75201
Telephone: (214) 651-5000
Facsimile: (214) 651-5940
Email:   charles.beckham@haynesboone.com
         ian.peck@haynesboone.com
         martha.wyrick@haynesboone.com


Vincent E. Lazar (*pro hac vice* pending)
Derek L. Wright (*pro hac vice* pending)
Angela M. Allen (*pro hac vice* pending)
**JENNER & BLOCK LLP**
353 N. Clark Street
Chicago, Illinois 60654
Telephone: (312) 923-2952
Facsimile: (312) 527-0484
Email:   vlazar@jenner.com
         dwright@jenner.com
         aallen@jenner.com

*Proposed Counsel to the Debtors and
Debtors in Possession*

5