Fill in this information to identify the case:

Debtor name: Omnicare, LLC, et al.
United States Bankruptcy Court for the: Northern District of Texas, Dallas Division
Case number (If known): 25-80486 (SGJ)

☒ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 30 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 30 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 30 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim – if the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | US Attorney's Office for Southern District of New York<br>Attn: Jay Clayton; Samuel Dolinger<br>United States Attorney<br>86 Chambers Street<br>3rd Floor<br>New York, NY 10007<br>United States | Jay Clayton; Samuel Dolinger<br>EMAIL - samuel.dolinger@usdoj.gov<br>PHONE - (212) 637-2800 | Civil Judgment | Disputed | | | $ 948,778,444.10 |
| 2 | Omnicell Inc<br>Attn: Randall Lipps<br>Chairman, President, Chief Executive Officer, And Founder<br>4220 North Fwy<br>Fort Worth, TX 76137<br>United States | Randall Lipps<br>EMAIL - randall.lipps@omnicell.com<br>PHONE - (650) 251-6100<br>FAX - +49 6151 8001655 | Trade Payable | Contingent and Unliquidated | | | $ 727,109.27 |
| 3 | Vaxserve<br>Attn: Stacy Kearney Bucha<br>General Manager & Head<br>54 Glenmaura National Blvd<br>Ste 301<br>Moosic, PA 18507<br>United States | Stacy Kearney Bucha<br>EMAIL - sbucha@vaxserve.com<br>PHONE - (570) 496-6700 | Trade Payable | Contingent and Unliquidated | | | $ 455,076.64 |
| 4 | Name on File<br>Address on File | On File | Severance | | | | $ 358,610.20 |
| 5 | Iron Mountain<br>Attn: William Meaney<br>President & Chief Executive Officer<br>33 Arch St<br>Boston, MA 02110<br>United States | William Meaney<br>EMAIL - william.meaney@ironmountain.com<br>PHONE - (844) 462-7449<br>FAX - (617) 350-7881 | Trade Payable | Contingent and Unliquidated | | | $ 215,052.09 |
| 6 | High Cotton<br>Attn: Tommy McGahey<br>Chief Executive Officer<br>2461 1st Ave South<br>Birmingham, AL 35210<br>United States | Tommy McGahey<br>EMAIL - tmcgahey@highcottonusa.com<br>PHONE - (205) 838-2345 | Trade Payable | Contingent and Unliquidated | | | $ 208,508.42 |
| 7 | CSG-NAM<br>Attn: Dan Boudreau<br>Vice President<br>c/o CSG Group of Companies<br>11 Court Street<br>Ste 280<br>Exeter, NH 03833-2757<br>United States | Dan Boudreau<br>EMAIL - Dan@csgnam.com<br>PHONE - (603) 580-2999 | Trade Payable | Contingent and Unliquidated | | | $ 186,476.91 |
| 8 | PointClickCare<br>Attn: Dave Wessinger<br>Chief Executive Officer<br>8 Spadina Ave<br>Toronto, ON M5V 0S8<br>Canada | Dave Wessinger<br>EMAIL - Dave.w@pointclickcare.com<br>PHONE - (949) 459-3708<br>FAX - (905) 858-2248 | Trade Payable | Contingent and Unliquidated | | | $ 177,603.25 |
| 9 | Institute Of Nursing Excellence Heartworks IV<br>Attn: Irene Bruno<br>Founder & Chief Executive Officer<br>777 North Ashley Drive #3010<br>Tampa, FL 33602<br>United States | Irene Bruno<br>PHONE - (844) 486-8773<br>FAX - (844) 777-1776 | Trade Payable | Contingent and Unliquidated | | | $ 140,443.35 |
| 10 | Peter Weisman / Kinney Hill Assoc LLC<br>Attn: Peter E Weisman<br>Manager<br>100 Corporate Drive Suite L-2<br>Spartanburg, SC 29303<br>United States | Peter E Weisman<br>EMAIL - pweisman@corpctri85.com<br>PHONE - (864) 599-9900<br>FAX - (864) 599-9300 | Common Area Maintenance Expense Payables | Contingent and Unliquidated | | | $ 121,735.00 |
| 11 | Amcor Flexibles<br>Attn: Peter Konieczny<br>Chief Executive Officer<br>34 Thurgauerstrasse<br>Zürich, CH-8050<br>Switzerland | Peter Konieczny<br>EMAIL - Peter.konieczny@amcor.com<br>PHONE - +41 44 316 17 17<br>FAX - +41 71 844 35 38 | Trade Payable | Contingent and Unliquidated | | | $ 104,750.73 |
| 12 | Cloud Software Group<br>Attn: Tom Krause<br>Chief Executive Officer<br>851 Cypress Creek Road<br>Fort Lauderdale, FL 33315<br>United States | Tom Krause<br>EMAIL - tom.krause@cloud.com<br>PHONE - (954) 267-3000 | Trade Payable | Contingent and Unliquidated | | | $ 99,445.80 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim if the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 13 | Alvin Calhoun DBA Park PLC Rntl Prprts<br>Attn: Alvin Calhoun<br>Manager<br>625 Keith St NW<br>Cleveland, TN 37320<br>United States | Alvin Calhoun<br>PHONE - (423) 472-7511<br>FAX - (423) 479-6677 | Common Area Maintenance Expense Payables | Contingent and Unliquidated | | | $ 96,867.04 |
| 14 | Clean Harbors Environmental Services<br>Attn: Alan S. Mckim<br>Founder, Executive Chairman And Chief Technology Officer<br>42 Longwater Drive<br>Norwell, MA 02061<br>United States | Alan S. Mckim<br>EMAIL - mckim.alan@cleanharbors.com<br>PHONE - (800) 645-8265 | Trade Payable | Contingent and Unliquidated | | | $ 94,499.50 |
| 15 | Remmet Ave LLC<br>Attn: Sofia Bahram<br>Manager<br>20660 Nordhoff St<br>Chatsworth, CA 91311<br>United States | Sofia Bahram<br>EMAIL - SofiaB@neutraderm.com<br>PHONE - (818) 534-3190 | Common Area Maintenance Expense Payables | Contingent and Unliquidated | | | $ 93,948.10 |
| 16 | Matter Communications<br>Attn: Scott Signore<br>Principal And Chief Executive Officer<br>50 Water Street<br>Mill #3<br>Newburyport, MA 01950<br>United States | Scott Signore<br>EMAIL - Scott@matternow.com<br>PHONE - (978) 499-9250 | Trade Payable | Contingent and Unliquidated | | | $ 87,639.30 |
| 17 | Rojo Properties<br>Attn: Jenny Sykes<br>Manager<br>309 Patterson Pl E<br>Chapel Hill, NC 27516<br>United States | Jenny Sykes<br>EMAIL - jenny.sykes@romanocompany.com<br>PHONE - (217) 424-2426<br>FAX - (217) 425-4908 | Common Area Maintenance Expense Payables | Contingent and Unliquidated | | | $ 82,623.16 |
| 18 | Dynamic Infusion Therapy<br>Attn: Peter Harris<br>Chief Executive Officer And President<br>2600 N. Central Expressway<br>Ste 280<br>Richardson, TX 75080<br>United States | Peter Harris<br>EMAIL - Pharris@dynamicinfusion.com<br>PHONE - (214) 617-8314 | Trade Payable | Contingent and Unliquidated | | | $ 79,410.00 |
| 19 | Change Healthcare<br>Attn: Neil de Crescenzo<br>President & Chief Executive Officer<br>424 Church Street<br>Suite 1400<br>Nashville, TN 37219<br>United States | Neil de Crescenzo<br>EMAIL - ndecrescenzo@changehealthcare.com<br>PHONE - (615) 932-3000 | Trade Payable | Contingent and Unliquidated | | | $ 78,332.09 |
| 20 | General Data<br>Attn: Pete Wenzel<br>President & Chief Executive Officer<br>4354 Ferguson Drive<br>Cincinnati, OH 45245<br>United States | Pete Wenzel<br>EMAIL - Pwenzel@general-data.com<br>PHONE - (844) 643-1129 | Trade Payable | Contingent and Unliquidated | | | $ 78,246.21 |
| 21 | Name on File<br>Address on File | On File | Severance | | | | $ 77,877.02 |
| 22 | Name on File<br>Address on File | On File | Severance | | | | $ 70,821.07 |
| 23 | Rocket Software<br>Attn: Milan Shetti<br>President & Chief Executive Officer<br>77 4th Avenue<br>Waltham, MA 02451<br>United States | Milan Shetti<br>EMAIL - Mshetti@rocketsoftware.com<br>PHONE - (781) 577-4323<br>FAX - (617) 630-7100 | Trade Payable | Contingent and Unliquidated | | | $ 68,289.98 |
| 24 | Mueller Industries Mueller Med<br>Attn: Christine Jeep<br>Chief Executive Officer<br>12951 Maurer Industrial Dr<br>St. Louis, MO 63127<br>United States | Christine Jeep<br>EMAIL - c.jeep@muellerindustries.com<br>PHONE - (314) 842-0796 | Trade Payable | Contingent and Unliquidated | | | $ 67,899.26 |
| 25 | T-Mobile<br>Attn: Mike Sievert<br>President And Chief Executive Officer<br>12920 SE 38th Street<br>Bellevue, WA 98006<br>United States | Mike Sievert<br>EMAIL - mike.sievert@t-mobile.com<br>PHONE - (425) 378-4000 | Trade Payable | Contingent and Unliquidated | | | $ 66,727.26 |
| 26 | Cheetah Software Systems<br>Attn: Mike Sandler<br>Vice President, Finance<br>31280 Oak Crest Drive<br>Suite 3<br>Westlake Village, CA 91361<br>United States | Mike Sandler<br>EMAIL - mike@cheetah.com<br>PHONE - (805) 373-7111 | Trade Payable | Contingent and Unliquidated | | | $ 64,322.84 |
| 27 | Health Care Logistics<br>Attn: Bethany Reid; Kyle Sharpe<br>President<br>450 Town Street<br>Circleville, OH 43113<br>United States | Bethany Reid; Kyle Sharpe<br>EMAIL - breid@gohcl.com; ksharpe@gohcl.com<br>PHONE - (800) 848-1633<br>FAX - (800) 447-2923 | Trade Payable | Contingent and Unliquidated | | | $ 63,103.81 |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim if the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 28 | Name on File<br>Address on File | On File | Severance | | | | $ 62,976.98 |
| 29 | Drake Management Services LLC<br>Attn: Daniel Adler<br>Manager<br>Prop Mgmt 11621 Cr 166<br>Tyler, TX 75703<br>United States | Daniel Adler<br>EMAIL - management@draketexas.com<br>PHONE - (903) 581-3737 | Common Area Maintenance Expense Payables | Contingent and Unliquidated | | | $ 56,944.62 |
| 30 | Name on File<br>Address on File | On File | Severance | | | | $ 53,555.20 |