Eric T. Haitz (TBN 24101851)
**BONDS ELLIS EPPICH SCHAFER JONES LLP**
420 Throckmorton Street, Suite 1000
Fort Worth, Texas 76102
(817) 529-2732 telephone
(817) 405-6902 facsimile
Email: eric.haitz@bondsellis.com

ATTORNEY FOR RODNEY JEFFERSON

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **In re:** | § **Chapter 11** |
| | § |
| | § **Case No. 25-80486** |
| **OMNICARE, LLC,** *et al.* | § |
| | § **(Jointly Administered)** |
| **Debtors.**[1] | § |
| | § **Hearing Date: May 12, 2026** |
| | § **Hearing Time: 1:30 p.m.** |

**AMENDED NOTICE OF PRELIMINARY HEARING**

        **PLEASE TAKE NOTICE** that a preliminary hearing (the "Hearing") shall occur on **May 12, 2026, at 1:30 p.m. (CT)**, before the Honorable Stacey G.C. Jernigan, Chief United States Bankruptcy Judge for the Northern District of Texas, with respect to *Rodney Jefferson's Motion for Entry of an Order (I)(a) Confirming that the Automatic Stay Does Not Apply, or in the Alternative, (b) Lifting the Automatic Stay to Pursue Insurance Proceeds and (II) Granting Related Relief*, filed April 8, 2026 [Docket No. 737].

        **PLEASE TAKE FURTHER NOTICE** that the Hearing shall take place by WebEx video conferencing as follows:

---

[1]   The last four digits of Omnicare, LLC's federal tax identification number are 1351. There are 111 Debtors in these chapter 11 cases, which are being jointly administered for procedural purposes only. A complete list of the Debtors and the last four digits of their federal tax identification numbers may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Omnicare. The location of Omnicare, LLC's corporate headquarters and the Debtors' service address is One CVS Drive, Mail Code 1160, Woonsocket, RI 02895.

**For WebEx Video Participation/Attendance:**
Link: https://us-courts.webex.com/meet/jerniga

**For WebEx Telephonic Only Participation/Attendance:**
Dial-In: 1-650-479-3207
Meeting ID: 2304 154 2638

**PLEASE TAKE FURTHER NOTICE** that additional information about the Hearing may be located at:
https://www.txnb.uscourts.gov/sites/txnb/files/hearings/Judge%20Jernigan%27s%20WebEx%20instructions%20-%20Updated%20May%2014%2C%202024.pdf

Dated: April 8, 2026                      Respectfully submitted,

                                          */s/ Eric T. Haitz*
                                          **BONDS ELLIS EPPICH SCHAFER JONES LLP**
                                          Eric T. Haitz      (Texas Bar No. 24101851)
                                          420 Throckmorton Street, Suite 1000
                                          Fort Worth, Texas 76102
                                          (817) 405-6900 telephone
                                          (817) 405-6902 facsimile
                                          Email: eric.haitz@bondsellis.com

                                          COUNSEL FOR RODNEY JEFFERSON

## CERTIFICATE OF SERVICE

I certify that on April 8, 2026, a true and correct copy of the foregoing document was served via the Court's CM/ECF system, which includes counsel to the Debtors, counsel to the Committee, the United States Trustee, and all parties who have filed electronic appearances in these Chapter 11 Cases.

                                          */s/ Eric T. Haitz*
                                          Eric T. Haitz