BTXN 208 (rev. 07/09)

| | | |
|---|---|---|
| IN RE: Omnicare, LLC | Various Debtor Motions / doc. #678, #682, #691 & #721 | Case # 25−80486−sgj11 |
| **DEBTOR** | | |

## TYPE OF HEARING

| | | |
|---|---|---|
| Omnicare, LLC | *VS* | The Official Committee of Unsecured Creditors |
| **PLAINTIFF / MOVANT** | | **DEFENDANT / RESPONDENT** |

| | |
|---|---|
| Martha Wyrick & Derek L. Wright | Candice Carson |
| **ATTORNEY** | **ATTORNEY** |

## <u>EXHIBITS</u>

PLEASE SEE WITNESS & EXHIBIT LIST AT DOC. #742

Exhibit #1 – Declaration of Paul Rundell in support of Debtors' Motion doc. #678

Exhibit #2 – Executed version of Frantz Morel Release Agreement

Exhibit #3 – Executed version of Jon Wright Release Agreement

Exhibit #4 – Richmond Facility Lease Ground / Lease Agreement

Exhibit #5 – Declaration of Paul Rundell in support of Debtors' Motion doc. #682

Exhibit #6 – Modified Bid Procedures doc. #721

Exhibit #7 – Redline of Original Bid Procedures compared to Modified Bid Procedures doc. #721

Exhibit #8 – Asset Purchase Agreement by and among Omnicare, LLC and GenieRx Holdings LLC, dated as of March 31, 2026

| | | |
|---|---|---|
| Michael Edmond | April 14, 2026 | Stacey G Jernigan |
| REPORTED BY | HEARING DATE | JUDGE PRESIDING |