

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed April 14, 2026**

_____
**United States Bankruptcy Judge**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| OMNICARE, LLC, *et al.*,[1] | ) | Case No. 25-80486 (SGJ) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Related to Docket No. 682 |

**ORDER (I) AUTHORIZING THE ASSUMPTION OF AN UNEXPIRED LEASE OF
NONRESIDENTIAL REAL PROPERTY, AS AMENDED (RICHMOND FACILITY),
(II) AUTHORIZING THE CONTINUATION OF A RELATED GUARANTY, AND
(III) GRANTING RELATED RELIEF**

---

[1] The last four digits of Omnicare, LLC's federal tax identification number are 1351. There are 110 Debtors in these chapter 11 cases, which are being jointly administered for procedural purposes only. A complete list of the Debtors and the last four digits of their federal tax identification numbers may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Omnicare. The location of Omnicare, LLC's corporate headquarters and the Debtors' service address is One CVS Drive, Mail Code 1160, Woonsocket, RI 02895.

Upon consideration of the motion (the "**Motion**") of the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**") for entry of an order authorizing the Debtors to assume that certain unexpired lease of nonresidential real property for the Debtors' hub pharmacy facility located at 8575 Magellan Parkway, Suite 1000, Building 6, Windsor Business Park, Henrico County, Virginia (the "**Richmond Facility**" and such lease, as amended, the "**Lease**") between Debtor, NeighborCare Pharmacy of Virginia, LLC, as tenant, and Savlan NNN1 OM Richmond VA LLC, as successor landlord (the "**Landlord**"), and to authorize the continuation of that certain Guaranty dated August 21, 2015 (the "**Guaranty**") by Debtor Omnicare, LLC (the "**Guarantor**"), and granting related relief, all as more fully set forth in the Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that the Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of these cases is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having reviewed the Motion and the Rundell Declaration[2] filed in support thereof and having heard the statements in support of the relief requested therein at a hearing before this Court (the "**Hearing**"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, IT IS HEREBY ORDERED THAT:

---

[2] Capitalized terms used but not otherwise defined have the meaning ascribed to them in the Motion.

1.      The Motion is GRANTED as set forth herein.

2.      The Debtors are authorized, pursuant to sections 105(a) and 365 of the Bankruptcy Code, to assume the Lease, as amended, effective as of the date of this Order.

3.      The Guarantor is authorized to continue honoring its obligations under the Guaranty in connection with the Lease, as assumed.

4.      There is no cure amount due with respect to the Lease under section 365(b) of the Bankruptcy Code.

6.      Nothing contained in the Motion or this Order, nor any action taken pursuant thereto, is intended to be or shall be construed as: (a) an admission as to the amount of, basis for, or validity of any claim against a Debtor entity or any other party in interest under the Bankruptcy Code or other applicable nonbankruptcy law; (b) a waiver of the Debtors' or any party in interest's rights to dispute any claim on any grounds; (c) a promise or requirement to pay any claim except as otherwise expressly provided herein; (d) an implication or admission that any claim is of a type specified or defined in this Motion or any order granting the relief requested by this Motion; (e) a request or authorization to assume, adopt, or reject any agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code, except for the assumption of the Lease; or (f) a waiver or limitation of the Debtors' rights under the Bankruptcy Code or any other applicable law.

7.      Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion.

8.      The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

9.      The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

10.     This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

# # #   END OF ORDER   # # #

**Order submitted by:**

Charles A. Beckham, Jr. (TX #02016600)
Ian Peck (TX #24013306)
Martha Wyrick (TX #24101606)
**HAYNES AND BOONE, LLP**
2801 N. Harwood Street
Suite 2300
Dallas, TX 75201
Telephone: (214) 651-5000
Facsimile: (214) 651-5940
Email:   charles.beckham@haynesboone.com
         ian.peck@haynesboone.com
         martha.wyrick@haynesboone.com

Vincent E. Lazar (admitted *pro hac vice*)
Derek L. Wright (admitted *pro hac vice*)
Angela M. Allen (admitted *pro hac vice*)
**JENNER & BLOCK LLP**
353 N. Clark Street
Chicago, Illinois 60654
Telephone: (312) 222-9350
Facsimile: (312) 527-0484
Email:   vlazar@jenner.com
         dwright@jenner.com
         aallen@jenner.com

*Counsel to the Debtors and*
*Debtors in Possession*

4