Joel F. Newell
BALLARD SPAHR LLP
1 East Washington Street, Suite 2300
Phoenix, Arizona 85004
Telephone:    (602) 798-5400
Facsimile:    (602) 798-5595
NewellJ@ballardspahr.com

Tobey M. Daluz
Margaret A. Vesper
BALLARD SPAHR LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
Telephone:    (302) 252-4465
Facsimile:    (302) 252-4466
DaluzT@ballardspahr.com
VesperM@ballardspahr.com

*Attorneys for Ballard Spahr LLP*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| OMNICARE, LLC, *et al.,*[1] | § | Case No. 25-80486 (SGJ) |
| | § | |
| Debtors | § | (Jointly Administered) |

**BALLARD SPAHR LLP'S NOTICE OF WITHDRAWAL OF CLAIMS**

Ballard Spahr LLP, by and through undersigned counsel, notifies the Court and all other parties that it withdraws the below listed proofs of claim filed on January 8, 2026 in these cases:

- Claim No. 239 filed against Medical Arts Health Care, LLC in the amount of $617.50;

- Claim No. 240 filed against NCS Healthcare of South Carolina, LLC in the amount of $405.00;

- Claim No. 241 filed against North Shore Pharmacy Services LLC in the amount of $547.50;

- Claim No. 242 filed against Omnicare Pharmacy of Florida, LLC in the amount of $4,413.29;

---

[1] The last four digits of Omnicare, LLC's federal tax identification number are 1351. There are 111 Debtors in these chapter 11 cases, which are being jointly administered for procedural purposes only. A complete list of the Debtors and the last four digits of their federal tax identification numbers may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Omnicare. The location of Omnicare, LLC's corporate headquarters and the Debtors' service address is One CVS Drive, Mail Code 1160, Woonsocket, RI 02895.

- Claim No. 243 filed against Omnicare Pharmacy of Nebraska, LLC in the amount of $11,594.94;

- Claim No. 244 filed against Omnicare Pharmacy of Texas 1, LP in the amount of $2,641.14;

- Claim No. 245 filed against Omnicare Pharmacy of the Midwest, LLC in the amount of $682.50; and

- Claim No. 246 filed against Value Health Care Services LLC in the amount of $106.06.

DATED: April 14, 2026

Respectfully submitted,


By: */s/ Joel F. Newell*

Joel F. Newell (TX Bar No. 24137409)
BALLARD SPAHR LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004
Telephone: (602) 798-5400
Facsimile: (602) 798-5595
newellj@ballardspahr.com

and

Tobey M. Daluz
Margaret A. Vesper
BALLARD SPAHR LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
Telephone: (302) 252-4465
Facsimile: (302) 252-4466
DaluzT@ballardspahr.com
VesperM@ballardspahr.com

*Attorneys for Ballard Spahr LLP*