**JENNER & BLOCK LLP**
Vincent E. Lazar (admitted *pro hac vice*)
Derek L. Wright (admitted *pro hac vice*)
Angela M. Allen (admitted *pro hac vice*)
353 N. Clark Street
Chicago, IL 60654
Telephone:    (312) 222-9350
Facsimile:    (312) 527-0484
Email:        vlazar@jenner.com
              dwright@jenner.com
              aallen@jenner.com

**HAYNES AND BOONE, LLP**
Charles A. Beckham, Jr. (TX #02016600)
Ian T. Peck (TX #24013306)
Martha Wyrick (TX #24101606)
2801 N. Harwood Street, Ste. 2300
Dallas, TX 75201
Telephone: (214) 651-5000
Facsimile: (214) 651-5940
Email: charles.beckham@haynesboone.com
       ian.peck@haynesboone.com
       martha.wyrick@haynesboone.com

*Counsel for the Debtors and Debtors in Possession*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| OMNICARE, LLC, *et al.*,[1] | ) Case No. 25-80486 (SGJ) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | Related to Docket No. 811 |

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing has been scheduled for **Wednesday, June 3, 2026 at 9:30 a.m. (prevailing Central Time)** before the Honorable Stacey G.C. Jernigan, 1100 Commerce Street, 14th Floor, Courtroom #1, Dallas, Texas 75242 to consider the *Debtors' Third Omnibus Motion for Entry of an Order (I) Authorizing and Approving Settlement Agreements Pursuant to Federal Rule of Bankruptcy Procedure 9019 and (II) Granting Related Relief* [Docket No. 811] (the "**Third Settlement Motion**").

---

[1] The last four digits of Omnicare, LLC's federal tax identification number are 1351. There are 110 Debtors in these chapter 11 cases, which are being jointly administered for procedural purposes only. A complete list of the Debtors and the last four digits of their federal tax identification numbers may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Omnicare. The location of Omnicare, LLC's corporate headquarters and the Debtors' service address is One CVS Drive, Mail Code 1160, Woonsocket, RI 02895.

**PLEASE TAKE FURTHER NOTICE** that parties may participate in the hearing either in person or by an audio and video connection. Access for parties who wish to appear and participate in the hearing by audio or video connection via WebEx is located at the following link:

- **For WebEx Video Participation/Attendance:**

- **Link**: https://us-courts.webex.com/meet/jerniga

- **For WebEx Telephonic Only Participation/Attendance**:

- **Dial-In:**      **650.479.3207**

- **Access code:  2304 154 2638**

**PLEASE TAKE FURTHER NOTICE** that the WebEx hearing instructions may be obtained from Judge Jernigan's hearing/calendar site: https://www.txnb.uscourts.gov/judges-info/hearing-dates/chief-judgejernigans-hearing-dates. Parties should review the Webex instructions prior to the Hearing.

**PLEASE TAKE FURTHER NOTICE** that hearing appearances must be made electronically in advance of electronic hearings. To make your appearance, click the "Electronic Appearance" link on Judge Jernigan's homepage: https://www.txnb.uscourts.gov/content/chief-judge-stacey-g-c-jernigan. Select the case name, complete the required fields and click "Submit" to complete your appearance.

**PLEASE TAKE FURTHER NOTICE** that copies of the Third Settlement Motion may be obtained (i) at the website established by the Debtors' noticing agent, Stretto, Inc. at https://cases.stretto.com/Omnicare, (ii) from the Court's website http://www.txnb.uscourts.gov via ECF/Pacer, or (iii) upon request to the undersigned.

Dated: May 7, 2026

**HAYNES AND BOONE, LLP**

*/s/ Ian T. Peck*
Charles A. Beckham, Jr. (TX #02016600)
Ian T. Peck (TX #24013306)
Martha Wyrick (TX #24101606)
2801 N. Harwood Street, Ste. 2300
Dallas, Texas 75201
Telephone: (214) 651-5000
Facsimile: (214) 651-5940
Email:  charles.beckham@haynesboone.com
　　　　ian.peck@haynesboone.com
　　　　martha.wyrick@haynesboone.com


**JENNER & BLOCK LLP**

Vincent E. Lazar (admitted *pro hac vice*)
Derek L. Wright (admitted *pro hac vice*)
Angela M. Allen (admitted *pro hac vice*)
353 N. Clark Street
Chicago, Illinois 60654
Telephone: (312) 222-9350
Facsimile: (312) 527-0484
Email:  vlazar@jenner.com
　　　　dwright@jenner.com
　　　　aallen@jenner.com

*Counsel to the Debtors and*
*Debtors in Possession*

### Certificate of Service

The undersigned hereby certifies that on May 7, 2026, a true and correct copy of the foregoing document was served by electronic mail via the Court's CM/ECF system to all parties authorized to receive electronic notices in these cases.

*/s/ Ian T. Peck*
Ian T. Peck