**JENNER & BLOCK LLP**
Vincent E. Lazar (admitted *pro hac vice*)
Derek L. Wright (admitted *pro hac vice*)
Angela M. Allen (admitted *pro hac vice*)
353 N. Clark Street
Chicago, IL 60654
Telephone:    (312) 222-9350
Facsimile:    (312) 527-0484
Email:        vlazar@jenner.com
              dwright@jenner.com
              aallen@jenner.com

**HAYNES AND BOONE, LLP**
Charles A. Beckham, Jr. (TX #02016600)
Ian T. Peck (TX #24013306)
Martha Wyrick (TX #24101606)
2801 N. Harwood Street, Ste. 2300
Dallas, TX 75201
Telephone: (214) 651-5000
Facsimile: (214) 651-5940
Email: charles.beckham@haynesboone.com
       ian.peck@haynesboone.com
       martha.wyrick@haynesboone.com

*Counsel for the Debtors and Debtors in Possession*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

|  |  |
|---|---|
| In re: | Chapter 11 |
| OMNICARE, LLC, *et al.*,[1] | Case No. 25-25-80486 (SGJ) |
| Debtors. | Jointly Administered |

### FOURTH MONTHLY FEE STATEMENT OF DECHERT LLP, AS SPECIAL ANTITRUST COUNSEL FOR THE DEBTORS AND DEBTORS-IN-POSSESSION, FOR ALLOWANCE OF COMPENSATION FOR THE PERIOD FROM FEBRUARY 1, 2026 THROUGH FEBRUARY 28, 2026

| | |
|---|---|
| **Name of Applicant:** | Dechert LLP, as Special Antitrust Counsel for the Debtors and Debtors-in-Possession |
| **Date of Retention Order:** | January 14, 2026, effective as of November 4, 2025 [Docket No. 492] |
| **Period for which Fees and Expenses are Incurred:** | February 1, 2026, through and including February 28, 2026 |
| **Amount of Compensation Sought as Actual, Reasonable and Necessary:** | $13,001.52 (80% of $16,251.90) |

[1] The last four digits of Omnicare, LLC's federal tax identification number are 1351. There are 110 Debtors in these chapter 11 cases, which are being jointly administered for procedural purposes only. A complete list of the Debtors and the last four digits of their federal tax identification numbers may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Omnicare. The location of Omnicare, LLC's corporate headquarters and the Debtors' service address is One CVS Drive, Mail Code 1160, Woonsocket, RI 02895.

| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $0.00 |
|---|---|
| Total Compensation and Expenses Requested in this Fee Statement (exclusive of 20% holdback): | $13,001.52 |
| Type of Fee Request: | Fourth Monthly Fee Statement |

## PRIOR MONTHLY FEE STATEMENTS

| Period Covered / Docket No. | Requested | | Approved | | Outstanding | |
|---|---|---|---|---|---|---|
| | Fees | Expenses | Fees | Expenses | Fees | Expenses |
| First Monthly Fee Statement (Nov. 4, 2025 to Nov. 30, 2025) [Docket No. 575] | $9,558.88 (80% of $11,948.60) | $0.00 | $11,948.60 | $0.00 | $0.00 | $0.00 |
| Second Monthly Fee Statement (Dec. 1, 2025 to Dec. 31, 2025) [Docket No. 576] | $3,759.20 (80% of $4,699.00) | $0.00 | $4,699.00 | $0.00 | $0.00 | $0.00 |
| Third Monthly Fee Statement (Dec. 1, 2025 to Dec. 31, 2025) [Docket No. 846] | $11,924.08 (80% of $14,905.10) | $0.00 | TBD | $0.00 | $14,905.10 | $0.00 |

1.      Pursuant to sections 327, 330, and 331 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure, and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Case Professionals* [Docket No. 176] (the "**Interim Compensation Order**"), Dechert LLP ("**Dechert**"), Special Antitrust Counsel for the Debtors and Debtors-in-Possession (the "**Debtors**"), submits this Fourth Monthly Fee Statement (the "**Fee Statement**") for the period from February 1, 2026 through February 28, 2026 (the "**Application Period**").

2.      Dechert requests compensation for reasonable and necessary legal services rendered in the amount of $16,251.90 (the "**Fees**") for the Application Period. Pursuant to the Interim Compensation Procedures Order, Dechert requests payment of eighty percent (80%) of its Fees incurred during the Application Period for a total requested amount of $13,001.52. In support of this Fee Statement, Dechert respectfully represents as follows:

## BACKGROUND

3.      On September 22, 2025, the Debtors commenced these cases (the "**Chapter 11 Cases**") by filing voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors continue to operate their businesses and manage their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

4.      On October 16, 2025, the Office of the United States Trustee (the "**U.S. Trustee**") appointed an official committee of unsecured creditors (the "**Committee**") in these Chapter 11 Cases. *See* Docket No. 157. To date, no trustee or examiner has been appointed.

5.      On October 22, 2025, the Court entered the Interim Compensation Order authorizing certain professionals (each, a "**Professional**") to submit monthly fee statements and interim fee applications, as applicable, for interim compensation and reimbursement of expenses,

2

pursuant to the procedures specified therein. If no objections are filed within fourteen (14) days after service of a monthly fee statement, the Professional may file a certificate of no objection (the "**CNO**") with respect to the monthly fee statement. After the filing of a CNO, the Debtors are authorized and directed to pay the Professional an amount equal to eighty percent (80%) of the fees and one hundred (100%) of the expenses requested in the Professional's Monthly Fee Statement on an interim basis until final allowance by the Court.

6.      On January 14, 2026, the Court entered the *Order Granting the Debtors' Application for the Retention and Employment of Dechert LLP as Special Antitrust Counsel for the Debtors and Debtors-in-Possession Effective as of the Retention Date* [Docket No. 492] authorizing the Debtors to retain and compensate Dechert subject to allowance of such compensation and reimbursement by the Court.

7.      On February 14, 2026, Dechert filed its *First Interim Fee Application of Dechert LLP, as Special Antitrust Counsel for the Debtors and Debtors-in-Possession, for Allowance of Compensation for the Period From November 4, 2025 through and including December 31, 2025* [Docket No. 581] (the "**First Interim Fee Application**") requesting total fees of $16,647.60 and $0.00 in expenses.

8.      On March 17, 2026, the Court entered an Order granting Dechert's First Interim Fee Application and awarded $16,647.60 in fees. *See* Docket No. 672. Dechert received payment of this amount on March 25, 2026.

**FEES AND EXPENSES**

9.      In support of the Fee Statement, Dechert submits the following exhibits attached hereto:

- **Exhibit 1** is a summary of the time expended by Dechert's professionals during the Application Period by matter name/number, hours and Fees requested;

3

- **Exhibit 2** is a summary of time expended by Dechert's attorneys and professional support staff for the Application Period; and

- **Exhibit 3** contains Dechert's detailed invoice for the Application Period.

10.     Dechert personnel expended a total of 10.90 hours of professional services rendered to the Debtors during the Application Period. The services of Dechert's personnel during the period covered by this Fee Statement include, but are not limited to, the following:

a)     providing antitrust counseling to Debtors regarding a potential 363 sale transaction process;

b)     advising on antitrust considerations for the sharing of due diligence information potentially containing competitively sensitive information, including through clean teams;

c)     providing legal advice with respect to antitrust aspects of draft transaction and process documents; and

d)     performing such other antitrust legal services in connection with these Chapter 11 Cases as may be required.

11.     Pursuant to the Interim Compensation Procedures Order, notice of this Fee Statement will be served by electronic transmission upon the Debtors, counsel to the DIP Lender, the U.S. Trustee, and counsel to the Committee (collectively, the "**Notice Parties**").

12.     Parties in interest shall have fourteen (14) calendar days after delivery of the Fee Statement to the Notice Parties to object to the requested fees and expenses. Upon expiration of such fourteen (14) day period, and after Dechert files a CNO, the Debtors are authorized and directed to pay Dechert an amount equal to 80% of the Fees requested herein. Dechert submits that in light of the relief requested, no other or further notice need be provided.

**WHEREFORE**, Dechert respectfully requests payment of its Fees in the amount of $13,001.52 (80% of $16,251.90) total for the Application Period.

4

Dated: May 14, 2026                          **DECHERT LLP**

/s/ Rani Habash_____
Rani Habash
1900 K Street NW
Washington, DC 20006
rani.habash@dechert.com
(202) 261-3300

*Special Antitrust Counsel to the
Debtors and Debtors in Possession*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 14, 2026, a true and correct copy of the foregoing Fee Statement was served (i) by electronic mail via the Court's CM/ECF system to all parties authorized to receive electronic notices in these cases, and (ii) via email to the Notice Parties (as defined herein) as required by the Interim Compensation Procedures Order.

_/s/ Ian T. Peck_
Ian T. Peck

**EXHIBIT 1**

**SUMMARY OF TIME EXPENDED BY MATTER**

| Matter No. | Matter Name | Total Hours | Total Fees Requested |
|---|---|---|---|
| 1 | Antitrust Counseling | 8.40 | $12,524.40 |
| 2 | Transaction Agreement Review and Negotiation | 0.00 | $0.00 |
| 3 | Filings, Submissions, and Responses to Government Agencies | 0.00 | $0.00 |
| 4 | Motions, Applications, and Other Pleadings | 0.00 | $0.00 |
| 5 | Hearings and Court Matters | 0.00 | $0.00 |
| 6 | Fee/Employment Applications/Retention Matters | 2.50 | $3,727.50 |
| 7 | Other Case Administration | 0.00 | $0.00 |
| | **Totals:** | **10.90** | **$16,251.90** |

## EXHIBIT 2

### SUMMARY OF TIME EXPENDED BY
### ATTORNEYS AND PROFESSIONAL SUPPORT STAFF

| Professional | Title | Hourly Rate | Total Hours | Total Fees |
|---|---|---|---|---|
| Rani Habash | Partner | $1,491.00 | 10.90 | $16,251.90 |
| **TOTALS:** | | | **10.90** | **$16,251.90** |

## EXHIBIT 3

## INVOICE



Dechert LLP
1900 K Street, N.W.
Washington, DC  20006-1110
FED. ID. 23-1425587
www.dechert.com

CVS Health Corporation                                                                April 24, 2026
One CVS Drive                                                         Invoice Number 1010220974
Woonsocket, RI 02895

Firm Client Matter Number: 388762.223004

Client Name: CVS Health Corporation
Matter Name: Project Flint
Electronic Billing Number: 2025-08025

Professional Services Rendered Through February 28, 2026

**VALUES ON THIS INVOICE ARE BILLED IN USD**

TOTAL FEES FOR THIS INVOICE....................................................................................................................16,251.90

**TOTAL AMOUNT DUE FOR THIS INVOICE ......................................................................USD 16,251.90**

| Payment by Wire or ACH | |
| --- | --- |
| Bank Name: | ███████████ |
| Bank Address: | ███████████ |
| Account Name: | ███████████ |
| Account #: | ███████████ |

Client Name: CVS Health Corporation                                        Invoice 1010220974
Firm Matter Number: 388762.223004                                                      Page 2

**VALUES ON THIS INVOICE ARE BILLED IN USD**

**PROFESSIONAL SERVICES RENDERED:**

| DATE | TKPR | HOURS | NARRATIVE | AMOUNT |
|---|---|---|---|---|
| **001 – Antitrust Counseling** | | | | |
| 02/01/26 | RAH | 0.40 | Review draft bidder clean team agreement markup and provide antitrust comments (0.4). | 596.40 |
| 02/02/26 | RAH | 1.00 | Provide antitrust comments on draft clean team agreement markup from bidders (0.6); meet with potential bidder to negotiate clean team agreement (0.4). | 1,491.00 |
| 02/03/26 | RAH | 0.20 | Correspond with potential bidders regarding clean team issues (0.2). | 298.20 |
| 02/05/26 | RAH | 0.60 | Meet with bidder's counsel to discuss clean team agreement markup (0.6). | 894.60 |
| 02/06/26 | RAH | 1.10 | Review and provide antitrust guidance on latest draft markups and correspondence with bidders regarding clean team agreements (1.1). | 1,640.10 |
| 02/11/26 | RAH | 0.20 | Provide antitrust comments regarding clean team agreement (0.2). | 298.20 |
| 02/12/26 | RAH | 0.30 | Review and provide antitrust guidance on proposed due diligence materials (0.3). | 447.30 |
| 02/13/26 | RAH | 1.40 | Review and provide legal comments to M. Lerner on draft management presentation (1.4). | 2,087.40 |
| 02/14/26 | RAH | 0.20 | Review draft management presentation and provide antitrust comments (0.2). | 298.20 |
| 02/16/26 | RAH | 0.40 | Review and provide antitrust comments on draft management presentation (0.4). | 596.40 |
| 02/17/26 | RAH | 0.30 | Review and provide antitrust guidance on due diligence materials (0.3). | 447.30 |
| 02/18/26 | RAH | 0.20 | Provide antitrust guidance to M. Lerner regarding due diligence materials (0.2). | 298.20 |
| 02/19/26 | RAH | 0.40 | Review and provide antitrust guidance on due diligence materials (0.4). | 596.40 |
| 02/24/26 | RAH | 0.60 | Review and provide antitrust guidance on due diligence materials (0.6). | 894.60 |
| 02/25/26 | RAH | 0.30 | Provide antitrust comments on proposed due diligence materials to be posted in data room (0.3). | 447.30 |
| 02/27/26 | RAH | 0.60 | Review and provide comments on draft clean team summaries from bidders (0.4); provide antitrust guidance on due diligence materials (0.2). | 894.60 |
| 02/28/26 | RAH | 0.20 | Review draft clean team summaries from bidders and provide antitrust comments (0.2). | 298.20 |

Client Name: CVS Health Corporation

Invoice 1010220974

Firm Matter Number: 388762.223004

Page 3

**VALUES ON THIS INVOICE ARE BILLED IN USD**

| DATE | TKPR | HOURS | NARRATIVE | AMOUNT |
|------|------|-------|-----------|--------|
| **001 SUBTOTAL HOURS AND FEES:** | | **8.40** | | **12,524.40** |
| **006 – Fee/Employment Applications/Retention Matters** | | | | |
| 02/09/26 | RAH | 1.50 | Draft interim fee application and monthly fee statements (1.5). | 2,236.50 |
| 02/12/26 | RAH | 0.50 | Revise draft interim fee application and fee statements (0.5). | 745.50 |
| 02/13/26 | RAH | 0.50 | Revise draft fee application and fee statements (0.5). | 745.50 |
| **006 SUBTOTAL HOURS AND FEES:** | | **2.50** | | **3,727.50** |
| **TOTAL HOURS AND FEES** | | **10.90** | | **USD 16,251.90** |

**TIMEKEEPER SUMMARY:**

| TIMEKEEPER | TITLE | RATE | HOURS | AMOUNT |
|------------|-------|------|-------|--------|
| R. Habash | Partner | 1,491.00 | 10.90 | 16,251.90 |
| **TOTALS** | | | **10.90** | **USD 16,251.90** |



Dechert LLP
1900 K Street, N.W.
Washington, DC  20006-1110
FED. ID. 23-1425587
www.dechert.com

# REMITTANCE AND
# PAYMENT INSTRUCTIONS

For questions about payment instructions please call (215) 994-4000.

CVS Health Corporation
One CVS Drive
Woonsocket, RI 02895

April 24, 2026
Invoice Number
1010220974

Firm Client Matter Number: 388762.223004

Client Name: CVS Health Corporation
Matter Name: Project Flint
Electronic Billing Number: 2025-08025

Professional Services Rendered Through February 28, 2026

**VALUES ON THIS INVOICE ARE BILLED IN USD**

**TOTAL AMOUNT DUE FOR THIS INVOICE** ........................................................................................**USD 16,251.90**



| REMITTANCE INSTRUCTIONS |
| --- |
| For questions about payment instruction please call ▮▮▮▮▮▮ |
| **Payment by Wire or ACH** |
| Bank Name: ▮▮▮▮▮▮ |
| Bank Address: ▮▮▮▮▮▮ |
| Account Name: ▮▮▮▮▮▮ |
| Account #: ▮▮▮▮▮▮ |
| **Payment by Check (U.S. Only)** |
| Please include this remittance or print the invoice number (1010220974) in the check memo. Mail to: Dechert LLP  |  P.O. Box 7247-6643 Philadelphia, PA  |  19170-6643 |