**JENNER & BLOCK LLP**
Vincent E. Lazar (admitted *pro hac vice*)
Derek L. Wright (admitted *pro hac vice*)
Angela M. Allen (admitted *pro hac vice*)
353 N. Clark Street
Chicago, IL 60654
Telephone:     (312) 222-9350
Facsimile:     (312) 527-0484
Email:         vlazar@jenner.com
               dwright@jenner.com
               aallen@jenner.com

**HAYNES AND BOONE, LLP**
Charles A. Beckham, Jr. (TX #02016600)
Ian T. Peck (TX #24013306)
Martha Wyrick (TX #24101606)
2801 N. Harwood Street, Ste. 2300
Dallas, TX 75201
Telephone: (214) 651-5000
Facsimile:  (214) 651-5940
Email: charles.beckham@haynesboone.com
       ian.peck@haynesboone.com
       martha.wyrick@haynesboone.com

*Counsel for the Debtors and Debtors in Possession*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| OMNICARE, LLC, *et al.*,[1] | ) | Case No. 25-80486 (SGJ) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | Related to Docket No.928 |

### CERTIFICATE OF COUNSEL REGARDING
### DEBTORS' FIRST OMNIBUS OBJECTION TO CERTAIN CLAIMS
### (Amended Claims, Duplicate Claims, No Liability Claims, and Satisfied Claims)

Pursuant to the *Procedures for Complex Cases in the Northern District of Texas* (the "**Complex Procedures**"), and the *Order Granting Complex Chapter 11 Bankruptcy Case Treatment* [Docket No. 68], the undersigned hereby certifies as follows:

---

[1] The last four digits of Omnicare, LLC's federal tax identification number are 1351. There are 110 Debtors in these chapter 11 cases, which are being jointly administered for procedural purposes only. A complete list of the Debtors and the last four digits of their federal tax identification numbers may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Omnicare. The location of Omnicare, LLC's corporate headquarters and the Debtors' service address is One CVS Drive, Mail Code 1160, Woonsocket, RI 02895.

1.      On June 2, 2026, Omnicare, LLC ("**Omnicare**") and certain of its affiliates (collectively, the "**Debtors**") filed the *Debtors' First Omnibus Objection to Certain Claims (Amended Claims, Duplicate Claims, No Liability Claims, and Satisfied Claims)* [Docket No. 928] (the "**First Omnibus Objection**").

2.      Attached to the First Omnibus Objection was a proposed (i) form of order for relief [Docket No. 928, Exhibit A] (the "**Original Proposed Order**") including lists of affected Claims [Docket No. 928, Exhibits 1-5 to the Proposed Order]. The First Omnibus Objection was served on June 2, 2026, as indicated on the Certificate of Service filed at Docket No. 953. The deadline for parties to file a response to the First Omnibus Objection was July 2, 2026.

3.      On or about June 26, 2026, Claimants (i) DRRT FBO Internationale Kapitalanlagegesellschaft Mbh (54503) (Claim No. 431), and (ii) DRRT FBO Internationale Kapitalanlagegesellschaft Mbh 53349 (Claim No. 432) submitted withdrawals of their claims to Stretto, Inc., the Debtors' claims and noticing agent (collectively, the "**Withdrawn Claims**"). The Withdrawn Claims were included on Exhibit 4 – No Liability Claims to the Original Proposed Order. These withdrawals are reflected in the Revised Proposed Order as well as the revised Exhibit 4 that is attached to the Revised Proposed Order.

4.      The Debtors hereby file a revised proposed order, which is attached hereto as **Exhibit A** (the "**Revised Proposed Order**"). A redline comparing the Revised Proposed Order against the Original Proposed Order is attached hereto as **Exhibit B**. In accordance with paragraph 30 of the Complex Case Procedures, the undersigned counsel represents that all known informal comments or responses to the First Omnibus Objection have been resolved in the Revised Proposed Order.

5.      No other responses to the First Omnibus Objection were filed with the Court or received by the Debtors prior to the Objection Deadline. Accordingly, the Debtors respectfully request that the Court enter the Revised Proposed Order.

Dated: July 6, 2026                                    **HAYNES AND BOONE, LLP**

                                                       */s/ Martha Wyrick*
                                                       Charles A. Beckham, Jr. (TX #02016600)
                                                       Ian T. Peck (TX #24013306)
                                                       Martha Wyrick (TX #24101606)
                                                       2801 N. Harwood Street, Ste. 2300
                                                       Dallas, Texas 75201
                                                       Telephone: (214) 651-5000
                                                       Facsimile: (214) 651-5940
                                                       Email: charles.beckham@haynesboone.com
                                                              ian.peck@haynesboone.com
                                                              martha.wyrick@haynesboone.com


                                                       **JENNER & BLOCK LLP**

                                                       Vincent E. Lazar (admitted *pro hac vice*)
                                                       Derek L. Wright (admitted *pro hac vice*)
                                                       Angela M. Allen (admitted *pro hac vice*)
                                                       353 N. Clark Street
                                                       Chicago, Illinois 60654
                                                       Telephone: (312) 222-9350
                                                       Facsimile: (312) 527-0484
                                                       Email: vlazar@jenner.com
                                                              dwright@jenner.com
                                                              aallen@jenner.com

                                                       *Counsel to the Debtors and*
                                                       *Debtors in Possession*

3

## <u>CERTIFICATE OF SERVICE</u>

I certify that on the 6th day of July 2026, I caused a copy of the foregoing document to be served via CM/ECF to all parties authorized to receive electronic notices in these cases.

*/s/ Martha Wyrick*
Martha Wyrick

**Exhibit A**

**Revised Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| OMNICARE, LLC, *et al.*,[1] | ) | Case No. 25-80486 (SGJ) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | Related to Docket No. 928 |

**ORDER REGARDING DEBTORS' FIRST
OMNIBUS OBJECTION TO CERTAIN CLAIMS
(Amended Claims, Duplicate Claims, No Liability Claims, and Satisfied Claims)**

---

[1] The last four digits of Omnicare, LLC's federal tax identification number are 1351. There are 110 Debtors in these chapter 11 cases, which are being jointly administered for procedural purposes only. A complete list of the Debtors and the last four digits of their federal tax identification numbers may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Omnicare. The location of Omnicare, LLC's corporate headquarters and the Debtors' service address is One CVS Drive, Mail Code 1160, Woonsocket, RI 02895.

On this day came on for consideration the *Debtors' First Omnibus Objection to Certain Claims (Amended Claims, Duplicate Claims, and No Liability Claims)* (the "**Objection**")[2], filed by Omnicare, LLC and its debtor affiliates, as debtors and debtors-in-possession in the above-referenced chapter 11 cases (collectively, the "**Debtors**"); and having considered the Objection; and this Court having jurisdiction to consider the Objection and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Objection and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Objection having been provided; and such notice having been adequate and appropriate under the circumstances, and it appearing that no other or further notice need be provided; and this Court having reviewed the Objection; and upon any hearing held on the Objection; and all responses, if any, to the Objection have been withdrawn, resolved, or overruled; and this Court having determined that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and it appearing that the relief requested in the Objection is in the best interests of the Debtors and their respective estates and creditors; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**

1.      The Objection is granted as set forth herein.

2.      Each Amended Claim identified in **<u>Exhibit 1</u>** attached hereto as a "claim to be disallowed" is disallowed in its entirety for all purposes in these chapter 11 cases and shall be expunged from the Claims Register.

---

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Objection.

3. Each Duplicate Claim identified in **Exhibit 2** attached hereto as a "claim to be disallowed" is disallowed in its entirety for all purposes in these chapter 11 cases and shall be expunged from the Claims Register.

4. Each No Liability Claim – Insufficient Documentation identified in **Exhibit 3** attached hereto is disallowed in its entirety for all purposes in these chapter 11 cases and shall be expunged from the Claims Register.

5. Each No Liability Claim identified in **Exhibit 4** attached hereto is disallowed in its entirety for all purposes in these chapter 11 cases and shall be expunged from the Claims Register. The Court authorizes the withdrawal of Claims Nos. 431 and 432 (included in the original Exhibit 4 filed at Docket Number 928, but removed pursuant to the claimant's withdrawal).

6. Each Satisfied Claim identified in **Exhibit 5** attached hereto is disallowed in its entirety for all purposes in these chapter 11 cases and shall be expunged from the Claims Register.

7. Nothing herein shall constitute an admission or finding concerning the amount or validity of any of the surviving claims identified on **Exhibits 1 and 2** attached hereto in the column labeled "Remaining Claims."

8. To the extent that a Response was filed regarding any Disputed Claim, each such Disputed Claim, and the Objection as it pertains to such Disputed Claim, constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order will be deemed a separate order with respect to each Disputed Claim.

9. Except as expressly provided otherwise, nothing contained in the Objection or this Order or any payment made pursuant to the authority granted by this Order is intended to be or shall be deemed as (i) an admission as to the validity of any claim against the Debtors, (ii) a waiver or limitation of the Debtors' or any party in interest's rights under the Bankruptcy Code or any

other applicable non-bankruptcy law, (iii) a waiver of the obligation of any party in interest to timely file a proof of claim, (iv) an agreement or obligation to pay any claims, or (v) a waiver of any claims or causes of action that may exist against any creditor or interest holder.

10. The Debtors' claims, noticing, and solicitation agent, Stretto, Inc., is authorized to take all actions necessary or appropriate to carry out the relief granted in this Order, including updating the Claims Register to reflect such relief.

11. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

12. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order to the extent permitted by applicable law.

### END OF ORDER ###

**Submitted by:**

**HAYNES AND BOONE, LLP**
Charles A. Beckham, Jr. (TX #02016600)
Ian T. Peck (TX #24013306)
Martha Wyrick (TX #24101606)
2801 N. Harwood Street, Ste. 2300
Dallas, TX 75201
Telephone: (214) 651-5000
Facsimile: (214) 651-5940
Email:   charles.beckham@haynesboone.com
         ian.peck@haynesboone.com
         martha.wyrick@haynesboone.com

**JENNER & BLOCK LLP**
Vincent E. Lazar (admitted *pro hac vice*)
Derek L. Wright (admitted *pro hac vice*)
Angela M. Allen (admitted *pro hac vice*)
353 N. Clark Street
Chicago, IL 60654
Telephone: (312) 222-9350
Facsimile:(312) 527-0484
Email:   vlazar@jenner.com
         dwright@jenner.com
         aallen@jenner.com

*Counsel for the Debtors and Debtors in Possession*

4

## **Exhibit 1**

## **Amended Claims**

Omnicare, LLC, Case No. 25-80486 (SGJ)
First Omnibus Objection
Exhibit 1 - Amended Claims

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 39 EISENHOWER DRIVE LLC [39 EISENHOWER ASSOCIATES LLC] C/O PERKINS THOMPSON ATTN: ANTHONY J MANHART PO BOX 426 PORTLAND, ME 04112 | 11/18/25 | 25-80588 (SGJ) Uni-Care Health Services of Maine, LLC | 168 | $0.00 | 39 EISENHOWER DRIVE LLC [39 EISENHOWER ASSOCIATES LLC] C/O PERKINS THOMPSON ATTN: ANTHONY J MANHART PO BOX 426 PORTLAND, ME 04112 | 12/23/25 | 25-80588 (SGJ) Uni-Care Health Services of Maine, LLC | 218 | $34,772.31 |

Reason: Claim #168 is amended and superseded by claim #218

Omnicare reserves the right to object to any remaining claims on additional legal grounds.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2 39 EISENHOWER DRIVE LLC [39 EISENHOWER ASSOCIATES LLC] C/O PERKINS THOMPSON ATTN: ANTHONY J MANHART PO BOX 426 PORTLAND, ME 04112 | 12/23/25 | 25-80588 (SGJ) Uni-Care Health Services of Maine, LLC | 218 | $34,772.31 | 39 EISENHOWER DRIVE LLC [39 EISENHOWER ASSOCIATES LLC] C/O PERKINS THOMPSON ATTN: ANTHONY J MANHART PO BOX 426 PORTLAND, ME 04112 | 05/18/26 | 25-80588 (SGJ) Uni-Care Health Services of Maine, LLC | 446 | $4,069.20 |

Reason: Claim #218 is amended and superseded by claim #446

Omnicare reserves the right to object to any remaining claims on additional legal grounds.

*Indicates claim contains unliquidated and/or undetermined amounts

1

Omnicare, LLC, Case No. 25-80486 (SGJ)
First Omnibus Objection
Exhibit 1 - Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 3 | BEXAR COUNTY C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP ATTN: DON STECKER 112 E. PECAN ST STE 2200 SAN ANTONIO, TX 78205 | 09/25/25 | 25-80522 (SGJ) NeighborCare Pharmacy Services, LLC | 2 | $23,609.04* | BEXAR COUNTY C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP ATTN: DON STECKER 112 E. PECAN ST STE 2200 SAN ANTONIO, TX 78205 | 10/17/25 | 25-80522 (SGJ) NeighborCare Pharmacy Services, LLC | 91 | $20,277.34 |

Reason:  Claim #2 is amended and superseded by claim #91

Omnicare reserves the right to object to any remaining claims on additional legal grounds.

*Indicates claim contains unliquidated and/or undetermined amounts

2

Omnicare, LLC, Case No. 25-80486 (SGJ)
First Omnibus Objection
Exhibit 1 - Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 4 | CENTRAL APPRAISAL DISTRICT OF TAYLOR COUNTY, COLLECTING PROPERTY TAXES FOR THE COUNTY OF TAYLOR, TEXAS, THE CITY OF MERKEL, TEXAS, THE CITY OF ABILENE, TEXAS, MERKEL INDEPENDENT SCHOOL DISTRICT AND WYLIE INDEPENDENT SCHOOL DISTRICT C/O MCCREARY, VESELKA, BRAGG & ALLEN, P.C. ATTN: JULIE ANNE PARSONS PO BOX 1269 ROUNDS ROCK, TX 78680-1269 | 09/30/25 | 25-80484 (SGJ) Omnicare Pharmacy of Texas 1, LP | 11 | $634.40* | CENTRAL APPRAISAL DISTRICT OF TAYLOR COUNTY, COLLECTING PROPERTY TAXES FOR THE COUNTY OF TAYLOR, TEXAS, THE CITY OF MERKEL, TEXAS, THE CITY OF ABILENE, TEXAS, MERKEL INDEPENDENT SCHOOL DISTRICT AND WYLIE INDEPENDENT SCHOOL DISTRICT C/O MCCREARY, VESELKA, BRAGG & ALLEN, P.C. ATTN: JULIE ANNE PARSONS PO BOX 1269 ROUNDS ROCK, TX 78680-1269 | 10/07/25 | 25-80484 (SGJ) Omnicare Pharmacy of Texas 1, LP | 43 | $634.42 |

Reason:  Claim #11 is amended and superseded by claim #43

Omnicare reserves the right to object to any remaining claims on additional legal grounds.

*Indicates claim contains unliquidated and/or undetermined amounts

3

Omnicare, LLC, Case No. 25-80486 (SGJ)
First Omnibus Objection
Exhibit 1 - Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 5 | CENTRAL APPRAISAL DISTRICT OF TAYLOR COUNTY, COLLECTING PROPERTY TAXES FOR THE COUNTY OF TAYLOR, TEXAS, THE CITY OF MERKEL, TEXAS, THE CITY OF ABILENE, TEXAS, MERKEL INDEPENDENT SCHOOL DISTRICT AND WYLIE INDEPENDENT SCHOOL DISTRICT C/O MCCREARY, VESELKA, BRAGG & ALLEN, P.C. ATTN: JULIE ANNE PARSONS PO BOX 1269 ROUNDS ROCK, TX 78680-1269 | 10/07/25 | 25-80484 (SGJ) Omnicare Pharmacy of Texas 1, LP | 43 | $634.42 | CENTRAL APPRAISAL DISTRICT OF TAYLOR COUNTY C/O MCCREARY, VESELKA, BRAGG & ALLEN, P.C. ATTN: JULIE ANNE PARSONS PO BOX 1269 ROUND ROCK, TX 78680-1269 | 02/06/26 | 25-80484 (SGJ) Omnicare Pharmacy of Texas 1, LP | 380 | $536.35 |

Reason:  Claim #43 is amended and superseded by claim #380

Omnicare reserves the right to object to any remaining claims on additional legal grounds.

*Indicates claim contains unliquidated and/or undetermined amounts

4

Omnicare, LLC Case No. 25-80486 (SGJ)
First Omnibus Objection
Exhibit 1 - Amended Claims

| | | CLAIMS TO BE DISALLOWED | | | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 6 | CITY OF CARROLLTON C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP ATTN: JOHN KENDRICK TURNER 3500 MAPLE AVENUE SUITE 800 DALLAS, TX 75219 | 10/02/25 | 25-80486 (SGJ) Omnicare, LLC | 20 | $83.58* | CITY OF CARROLLTON C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP ATTN: JOHN K. TURNER 3500 MAPLE AVE SUITE 800 DALLAS, TX 75219 | 10/29/25 | 25-80486 (SGJ) Omnicare, LLC | 116 | $83.39 |

Reason:  Claim #20 is amended and superseded by claim #116

Omnicare reserves the right to object to any remaining claims on additional legal grounds.

| 7 | CITY OF EL PASO C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP ATTN: DON STECKER 112 E. PECAN ST STE 2200 SAN ANTONIO, TX 78205 | 09/25/25 | 25-80484 (SGJ) Omnicare Pharmacy of Texas 1, LP | 1 | $663.17* | CITY OF EL PASO C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP ATTN: DON STECKER 112 E. PECAN ST STE 2200 SAN ANTONIO, TX 78205 | 10/17/25 | 25-80484 (SGJ) Omnicare Pharmacy of Texas 1, LP | 88 | $584.53 |

Reason:  Claim #1 is amended and superseded by claim #88

Omnicare reserves the right to object to any remaining claims on additional legal grounds.

*Indicates claim contains unliquidated and/or undetermined amounts

5

Omnicare, LLC, Case No. 25-80486 (SGJ)
First Omnibus Objection
Exhibit 1 - Amended Claims

| | | CLAIMS TO BE DISALLOWED | | | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 8 | CITY OF EL PASO C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP ATTN: DON STECKER 112 E. PECAN ST STE 2200 SAN ANTONIO, TX 78205 | 10/17/25 | 25-80484 (SGJ) Omnicare Pharmacy of Texas 1, LP | 88 | $584.53 | CITY OF EL PASO C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP ATTN: DON STECKER 112 E. PECAN ST STE 2200 SAN ANTONIO, TX 78205 | 02/12/26 | 25-80484 (SGJ) Omnicare Pharmacy of Texas 1, LP | 398 | $280.42 |

Reason:  Claim #88 is amended and superseded by claim #398

Omnicare reserves the right to object to any remaining claims on additional legal grounds.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 9 | CITY OF FRISCO C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP ATTN: JOHN KENDRICK TURNER 3500 MAPLE AVENUE SUITE 800 DALLAS, TX 75219 | 10/02/25 | 25-80484 (SGJ) Omnicare Pharmacy of Texas 1, LP | 28 | $13.36* | CITY OF FRISCO C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP ATTN: JOHN K. TURNER 3500 MAPLE AVE SUITE 800 DALLAS, TX 75219 | 10/29/25 | 25-80484 (SGJ) Omnicare Pharmacy of Texas 1, LP | 123 | $13.36 |

Reason:  Claim #28 is amended and superseded by claim #123

Omnicare reserves the right to object to any remaining claims on additional legal grounds.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 10 | DALLAS COUNTY C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP ATTN: JOHN KENDRICK TURNER 3500 MAPLE AVENUE SUITE 800 DALLAS, TX 75219 | 10/02/25 | 25-80484 (SGJ) Omnicare Pharmacy of Texas 1, LP | 29 | $1,021.84* | DALLAS COUNTY C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP ATTN: JOHN K. TURNER 3500 MAPLE AVE SUITE 800 DALLAS, TX 75219 | 10/29/25 | 25-80484 (SGJ) Omnicare Pharmacy of Texas 1, LP | 124 | $983.02 |

Reason:  Claim #29 is amended and superseded by claim #124

Omnicare reserves the right to object to any remaining claims on additional legal grounds.

*Indicates claim contains unliquidated and/or undetermined amounts

Omnicare, LLC, Case No. 25-80486 (SGJ)
First Omnibus Objection
Exhibit 1 - Amended Claims

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 11 | ECTOR CAD C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP ATTN: DON STECKER 112 E PECAN ST SUITE 2200 SAN ANTONIO, TX 78205 | 09/30/25 | 25-80484 (SGJ) Omnicare Pharmacy of Texas 1, LP | 13 | $93.26* | ECTOR CAD C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP ATTN: DON STECKER 112 E PECAN ST SUITE 2200 SAN ANTONIO, TX 78205 | 11/06/25 | 25-80484 (SGJ) Omnicare Pharmacy of Texas 1, LP | 146 | $83.64 |

Reason: Claim #13 is amended and superseded by claim #146

Omnicare reserves the right to object to any remaining claims on additional legal grounds.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 12 | ELLIS COUNTY C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP ATTN: JOHN KENDRICK TURNER 3500 MAPLE AVE SUITE 800 DALLAS, TX 75219 | 10/02/25 | 25-80484 (SGJ) Omnicare Pharmacy of Texas 1, LP | 24 | $184.15* | ELLIS COUNTY C/O JOHN K. TURNER LINEBARGER GOGGAN BLAIR & SAMPSON, LLP 3500 MAPLE AVE SUITE 800 DALLAS, TX 75219 | 11/11/25 | 25-80484 (SGJ) Omnicare Pharmacy of Texas 1, LP | 154 | $184.16 |

Reason: Claim #24 is amended and superseded by claim #154

Omnicare reserves the right to object to any remaining claims on additional legal grounds.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 13 | FORD BEND COUNTY C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP ATTN: TARA L GRUNDEMEIER PO BOX 3064 HOUSTON, TX 77253-3064 | 10/07/25 | 25-80484 (SGJ) Omnicare Pharmacy of Texas 1, LP | 44 | $21,204.60* | FORT BEND COUNTY C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP ATTN: TARA L. GRUNDEMEIER PO BOX 3064 HOUSTON, TX 77253-3064 | 12/15/25 | 25-80484 (SGJ) Omnicare Pharmacy of Texas 1, LP | 192 | $20,944.45 |

Reason: Claim #44 is amended and superseded by claim #192

Omnicare reserves the right to object to any remaining claims on additional legal grounds.

*Indicates claim contains unliquidated and/or undetermined amounts

7

Omnicare LLC, Case No. 25-80486 (SGJ)
First Omnibus Objection
Exhibit 1 - Amended Claims

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 14 | GALVESTON COUNTY C/O LINEBARGER GOGGAN BLAIR & SAMPSON LLP ATTN: TARA L. GRUNDEMEIER PO BOX 3064 HOUSTON, TX 77253-3064 | 10/03/25 | 25-80484 (SGJ) Omnicare Pharmacy of Texas 1, LP | 39 | $281.80* | GALVESTON COUNTY C/O LINEBARGER GOGGAN BLAIR & SAMPSON LLP ATTN: TARA L. GRUNDEMEIER PO BOX 3064 HOUSTON, TX 77253-3064 | 12/15/25 | 25-80484 (SGJ) Omnicare Pharmacy of Texas 1, LP | 194 | $87.80 |

Reason:  Claim #39 is amended and superseded by claim #194

Omnicare reserves the right to object to any remaining claims on additional legal grounds.

| 15 | HARRIS COUNTY, ET AL C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP ATTN: TARA L. GRUNDEMEIER PO BOX 3064 HOUSTON, TX 77253-3064 | 12/15/25 | 25-80484 (SGJ) Omnicare Pharmacy of Texas 1, LP | 193 | $3,090.66 | HARRIS COUNTY, ET AL C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP ATTN: TARA L. GRUNDEMEIER PO BOX 3064 HOUSTON, TX 77253-3064 | 05/14/26 | 25-80484 (SGJ) Omnicare Pharmacy of Texas 1, LP | 445 | $763.64* |

Reason:  Claim #193 is amended and superseded by claim #445

Omnicare reserves the right to object to any remaining claims on additional legal grounds.

*Indicates claim contains unliquidated and/or undetermined amounts

8

Omnicare LLC, Case No. 25-80486 (SGJ)
First Omnibus Objection
Exhibit 1 - Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 16 | HARRIS COUNTY, ET AL C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP ATTN: TARA L. GRUNDEMEIER PO BOX 3064 HOUSTON, TX 77253-3064 | 10/07/25 | 25-80484 (SGJ) Omnicare Pharmacy of Texas 1, LP | 45 | $845.86* | HARRIS COUNTY, ET AL C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP ATTN: TARA L. GRUNDEMEIER PO BOX 3064 HOUSTON, TX 77253-3064 | 12/15/25 | 25-80484 (SGJ) Omnicare Pharmacy of Texas 1, LP | 193 | $3,090.66 |

Reason:  Claim #45 is amended and superseded by claim #193

Omnicare reserves the right to object to any remaining claims on additional legal grounds.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 17 | JEFFERSON COUNTY C/O LINEBARGER GOGGAN BLAIR & SAMPSON LLP ATTN: TARA L. GRUNDEMEIER PO BOX 3064 HOUSTON, TX 77253-3064 | 10/03/25 | 25-80484 (SGJ) Omnicare Pharmacy of Texas 1, LP | 37 | $99.20 | JEFFERSON COUNTY C/O LINEBARGER GOGGAN BLAIR & SAMPSON LLP ATTN: TARA L. GRUNDEMEIER PO BOX 3064 HOUSTON, TX 77253-3064 | 12/15/25 | 25-80484 (SGJ) Omnicare Pharmacy of Texas 1, LP | 195 | $222.71 |

Reason:  Claim #37 is amended and superseded by claim #195

Omnicare reserves the right to object to any remaining claims on additional legal grounds.

*Indicates claim contains unliquidated and/or undetermined amounts

9

Omnicare, LLC, Case No. 25-80486 (SGJ)
First Omnibus Objection
Exhibit 1 - Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 18 | KAUFMAN COUNTY C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP ATTN: JOHN KENDRICK TURNER 3500 MAPLE AVENUE SUITE 800 DALLAS, TX 75219 | 10/02/25 | 25-80486 (SGJ) Omnicare, LLC | 21 | $280.06* | KAUFMAN COUNTY C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP ATTN: JOHN K. TURNER 3500 MAPLE AVE SUITE 800 DALLAS, TX 75219 | 10/29/25 | 25-80486 (SGJ) Omnicare, LLC | 117 | $280.09 |

Reason:  Claim #21 is amended and superseded by claim #117

Omnicare reserves the right to object to any remaining claims on additional legal grounds.

| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 19 | LEWISVILLE ISD C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP ATTN: JOHN KENDRICK TURNER 3500 MAPLE AVENUE SUITE 800 DALLAS, TX 75219 | 10/02/25 | 25-80486 (SGJ) Omnicare, LLC | 23 | $190.26* | LEWISVILLE ISD C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP ATTN: JOHN K. TURNER 3500 MAPLE AVE SUITE 800 DALLAS, TX 75219 | 10/29/25 | 25-80486 (SGJ) Omnicare, LLC | 118 | $190.26 |

Reason:  Claim #23 is amended and superseded by claim #118

Omnicare reserves the right to object to any remaining claims on additional legal grounds.

*Indicates claim contains unliquidated and/or undetermined amounts

10

Omnicare, LLC, Case No. 25-80486 (SGJ)
First Omnibus Objection
Exhibit 1 - Amended Claims

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 20 MIDLAND COUNTY [MIDLAND CENTRAL APPRAISAL DISTRICT] C/O PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP ATTN: LAURA J. MONROE PO BOX 817 LUBBOCK, TX 79408 | 10/01/25 | 25-80486 (SGJ) Omnicare, LLC | 17 | $4.89* | MIDLAND COUNTY [MIDLAND CENTRAL APPRAISAL DISTRICT] C/O LAURA J. MONROE PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP PO BOX 817 LUBBOCK, TX 79408 | 10/22/25 | 25-80486 (SGJ) Omnicare, LLC | 103 | $4.51 |

Reason:  Claim #17 is amended and superseded by claim #103

Omnicare reserves the right to object to any remaining claims on additional legal grounds.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 21 MISSISSIPPI DEPARTMENT OF REVENUE ATTN: BANKRUPTCY SECTION PO BOX 22808 JACKSON, MS 39225-2808 | 11/13/25 | 25-80488 (SGJ) APS Acquisition LLC | 161 | $22,696.72 | MISSISSIPPI DEPARTMENT OF REVENUE ATTN: BANKRUPTCY SECTION PO BOX 22808 JACKSON, MS 39225-2808 | 02/05/26 | 25-80488 (SGJ) APS Acquisition LLC | 377 | $23,014.32 |

Reason:  Claim #161 is amended and superseded by claim #377

Omnicare reserves the right to object to any remaining claims on additional legal grounds.

*Indicates claim contains unliquidated and/or undetermined amounts

Omnicare, LLC, Case No. 25-80486 (SGJ)
First Omnibus Objection
Exhibit 1 - Amended Claims

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 22 | MONTGOMERY COUNTY C/O LINEBARGER GOGGAN BLAIR & SAMPSON LLP ATTN: TARA L. GRUNDEMEIER PO BOX 3064 HOUSTON, TX 77253-3064 | 10/03/25 | 25-80484 (SGJ) Omnicare Pharmacy of Texas 1, LP | 38 | Undetermined* | MONTGOMERY COUNTY C/O LINEBARGER GOGGAN BLAIR & SAMPSON LLP ATTN: TARA L. GRUNDEMEIER PO BOX 3064 HOUSTON, TX 77253-3064 | 10/15/25 | 25-80484 (SGJ) Omnicare Pharmacy of Texas 1, LP | 81 | $13.17 |

Reason:  Claim #38 is amended and superseded by claim #81

Omnicare reserves the right to object to any remaining claims on additional legal grounds.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 23 | PARKER CAD C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP ATTN: JOHN KENDRICK TURNER 3500 MAPLE AVENUE SUITE 800 DALLAS, TX 75219 | 10/02/25 | 25-80486 (SGJ) Omnicare, LLC | 25 | $72.76* | PARKER CAD C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP ATTN: JOHN K. TURNER 3500 MAPLE AVE SUITE 800 DALLAS, TX 75219 | 10/29/25 | 25-80486 (SGJ) Omnicare, LLC | 119 | $26.83 |

Reason:  Claim #25 is amended and superseded by claim #119

Omnicare reserves the right to object to any remaining claims on additional legal grounds.

*Indicates claim contains unliquidated and/or undetermined amounts

Omnicare, LLC, Case No. 25-80486 (SGJ)
First Omnibus Objection
Exhibit 1 - Amended Claims

| | | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 24 | PROSPER ISD C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP ATTN: JOHN KENDRICK TURNER 3500 MAPLE AVENUE SUITE 800 DALLAS, TX 75219 | 10/02/25 | 25-80484 (SGJ) Omnicare Pharmacy of Texas 1, LP | 22 | $63.07* | PROSPER ISD C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP ATTN: JOHN K. TURNER 3500 MAPLE AVE SUITE 800 DALLAS, TX 75219 | 10/30/25 | 25-80484 (SGJ) Omnicare Pharmacy of Texas 1, LP | 125 | $61.01 |

Reason:  Claim #22 is amended and superseded by claim #125

Omnicare reserves the right to object to any remaining claims on additional legal grounds.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 25 | ROCKWALL CAD C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP ATTN: JOHN KENDRICK TURNER 3500 MAPLE AVENUE SUITE 800 DALLAS, TX 75219 | 10/02/25 | 25-80486 (SGJ) Omnicare, LLC | 27 | $99.42* | ROCKWALL CAD C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP ATTN: JOHN K. TURNER 3500 MAPLE AVE SUITE 800 DALLAS, TX 75219 | 10/29/25 | 25-80486 (SGJ) Omnicare, LLC | 120 | $99.42 |

Reason:  Claim #27 is amended and superseded by claim #120

Omnicare reserves the right to object to any remaining claims on additional legal grounds.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 26 | SMITH COUNTY C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP ATTN: JOHN KENDRICK TURNER 3500 MAPLE AVE SUITE 800 DALLAS, TX 75219 | 10/02/25 | 25-80485 (SGJ) Omnicare Pharmacy of Texas 2, LP | 30 | $50.96* | SMITH COUNTY C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP ATTN: JOHN K. TURNER 3500 MAPLE AVE SUITE 800 DALLAS, TX 75219 | 10/29/25 | 25-80485 (SGJ) Omnicare Pharmacy of Texas 2, LP | 121 | $251.02 |

Reason:  Claim #30 is amended and superseded by claim #121

Omnicare reserves the right to object to any remaining claims on additional legal grounds.

*Indicates claim contains unliquidated and/or undetermined amounts

13

Omnicare, LLC, Case No. 25-80486 (SGJ)
First Omnibus Objection
Exhibit 1 - Amended Claims

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 27 TARRANT COUNTY C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP ATTN: JOHN KENDRICK TURNER 3500 MAPLE AVE SUITE 800 DALLAS, TX 75219 | 10/02/25 | 25-80484 (SGJ) Omnicare Pharmacy of Texas 1, LP | 19 | $81,647.27* | TARRANT COUNTY C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP ATTN: JOHN K. TURNER 3500 MAPLE AVE SUITE 800 DALLAS, TX 75219 | 12/02/25 | 25-80484 (SGJ) Omnicare Pharmacy of Texas 1, LP | 178 | $83,051.15 |

Reason:  Claim #19 is amended and superseded by claim #178

Omnicare reserves the right to object to any remaining claims on additional legal grounds.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 28 TEXAS COMPTROLLER OF PUBLIC ACCOUNTS C/O OFFICE OF THE ATTORNEY GENERAL ATTN: BANKRUPTCY & COLLECTION DIVISION PO BOX 12548 MC-008 AUSTIN, TX 78711 | 03/18/26 | 25-80486 (SGJ) Omnicare, LLC | 416 | $1,856,531.22* | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS C/O OFFICE OF THE ATTORNEY GENERAL - BANKRUPTCY & COLLECTIONS DIV PO BOX 12548 MC-008 AUSTIN, TX 78711 | 03/23/26 | 25-80486 (SGJ) Omnicare, LLC | 422 | $1,856,531.22* |

Reason:  Claim #416 is amended and superseded by claim #422

Omnicare reserves the right to object to any remaining claims on additional legal grounds.

*Indicates claim contains unliquidated and/or undetermined amounts

Omnicare LLC Case No. 25-80486 (SGJ)
First Omnibus Objection
Exhibit 1 - Amended Claims

| | | CLAIMS TO BE DISALLOWED | | | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 29 | TOM GREEN CAD C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP ATTN: JOHN KENDRICK TURNER 3500 MAPLE AVE SUITE 800 DALLAS, TX 75219 | 10/02/25 | 25-80485 (SGJ) Omnicare Pharmacy of Texas 2, LP | 26 | $189.22* | TOM GREEN CAD C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP ATTN: JOHN K. TURNER 3500 MAPLE AVE SUITE 800 DALLAS, TX 75219 | 10/29/25 | 25-80485 (SGJ) Omnicare Pharmacy of Texas 2, LP | 122 | $189.22 |

Reason:  Claim #26 is amended and superseded by claim #122

Omnicare reserves the right to object to any remaining claims on additional legal grounds.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 30 | TOWN OF PROSPER C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP ATTN: JOHN KENDRICK TURNER 3500 MAPLE AVE SUITE 800 DALLAS, TX 75219 | 10/02/25 | 25-80484 (SGJ) Omnicare Pharmacy of Texas 1, LP | 18 | $25.37* | TOWN OF PROSPER C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP ATTN: JOHN K. TURNER 3500 MAPLE AVE SUITE 800 DALLAS, TX 75219 | 10/30/25 | 25-80484 (SGJ) Omnicare Pharmacy of Texas 1, LP | 126 | $25.38 |

Reason:  Claim #18 is amended and superseded by claim #126

Omnicare reserves the right to object to any remaining claims on additional legal grounds.

*Indicates claim contains unliquidated and/or undetermined amounts

15

**Exhibit 2**

**Duplicate Claims**

Omnicare, LLC, Case No. 25-80486 (SGJ)
First Omnibus Objection
Exhibit 2 - Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | CADO LA QUINTA LLC [RAY ROAD PARTNERS, LLC] ATTN: KHALED TARAZI 15279 N. SCOTTSDALE ROAD #400 SCOTTSDALE, AZ 85254 | 02/02/26 | 25-80557 (SGJ) LCPS Acquisition LLC | 349 | $7,954.56* | CADO LA QUINTA LLC [RAY ROAD PARTNERS, LLC] ATTN: KHALED TARAZI 15279 N. SCOTTSDALE ROAD #400 SCOTTSDALE, AZ 85254 | 02/02/26 | 25-80557 (SGJ) LCPS Acquisition LLC | 359 | $7,954.56* |

Reason:  Liabilities asserted in claim #349 are duplicative of liabilities asserted in claim #359.

Omnicare reserves the right to object to any remaining claims on additional legal grounds.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | ENTERGY MISSISSIPPI LLC PO BOX 8105 BATON ROUGE, LA 70891-8105 | 10/16/25 | 25-80486 (SGJ) Omnicare, LLC | 83 | $4,390.53 | ENTERGY MISSISSIPPI LLC ATTN: KAREN HARRISON 4809 JEFFERSON HIGHWAY L-JEF-359 NEW ORLEANS, LA 70121-3138 | 10/30/25 | 25-80486 (SGJ) Omnicare, LLC | 128 | $4,390.53 |

Reason:  Liabilities asserted in claim #83 are duplicative of liabilities asserted in claim #128.

Omnicare reserves the right to object to any remaining claims on additional legal grounds.

*Indicates claim contains unliquidated and/or undetermined amounts

1

## Exhibit 3

### No Liability Claims – Insufficient Documentation

Omnicare, LLC Case No. 25-80486 (SGJ)
First Omnibus Objection
Exhibit 3 - No Liability Claims - Insufficient Documentation

| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 1 | NAME ON FILE ADDRESS ON FILE | 01/11/2026 | 25-80486 (SGJ) Omnicare, LLC | 248 | Undetermined* | Claimant failed to provide supporting documentation in order for the Debtors to ascertain the validity of the proof of claim despite the Reviewing Parties' efforts to obtain such information from the claimant. Debtors have no record of outstanding liabilities to this claimant. |
| 2 | NAME ON FILE ADDRESS ON FILE | 01/15/2026 | 25-80486 (SGJ) Omnicare, LLC | 264 | Undetermined* | Claimant failed to provide supporting documentation in order for the Debtors to ascertain the validity of the proof of claim despite the Reviewing Parties' efforts to obtain such information from the claimant. Debtors have no record of outstanding liabilities to this claimant. |
| 3 | NAME ON FILE ADDRESS ON FILE | 01/27/2026 | 25-80486 (SGJ) Omnicare, LLC | 291 | Undetermined* | Claimant failed to provide supporting documentation in order for the Debtors to ascertain the validity of the proof of claim despite the Reviewing Parties' efforts to obtain such information from the claimant. Debtors have no record of outstanding liabilities to this claimant. |
| 4 | NAME ON FILE ADDRESS ON FILE | 01/02/2026 | 25-80486 (SGJ) Omnicare, LLC | 225 | Undetermined* | Claimant failed to provide supporting documentation in order for the Debtors to ascertain the validity of the proof of claim despite the Reviewing Parties' efforts to obtain such information from the claimant. Debtors have no record of outstanding liabilities to this claimant. |
| 5 | NAME ON FILE ADDRESS ON FILE | 01/05/2026 | 25-80486 (SGJ) Omnicare, LLC | 231 | $8,700.00 | Claimant failed to provide supporting documentation in order for the Debtors to ascertain the validity of the proof of claim despite the Reviewing Parties' efforts to obtain such information from the claimant. Debtors have no record of outstanding liabilities to this claimant. |
| 6 | NAME ON FILE ADDRESS ON FILE | 12/17/2025 | 25-80486 (SGJ) Omnicare, LLC | 201 | Undetermined* | Claimant failed to provide supporting documentation in order for the Debtors to ascertain the validity of the proof of claim despite the Reviewing Parties' efforts to obtain such information from the claimant. Debtors have no record of outstanding liabilities to this claimant. |
| 7 | NAME ON FILE ADDRESS ON FILE | 01/18/2026 | 25-80486 (SGJ) Omnicare, LLC | 274 | Undetermined* | Claimant failed to provide supporting documentation in order for the Debtors to ascertain the validity of the proof of claim despite the Reviewing Parties' efforts to obtain such information from the claimant. Debtors have no record of outstanding liabilities to this claimant. |
| | | | TOTAL | | $8,700.00* | |

*Indicates claim contains unliquidated and/or undetermined amounts

1

**<u>Exhibit 4</u>**

**No Liability Claims**

Omnicare, LLC Case No. 25-80486 (SGJ)

First Omnibus Objection

Exhibit 4 - No Liability Claims

| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 1 | ENBRIDGE GAS<br>ATTN: KELLY SMITH<br>PO BOX 935<br>LOWELL, NC 28098 | 03/19/2026 | 25-80486 (SGJ)<br>Omnicare, LLC | 411 | $1,565.89 | Proof of claim asserts an amount of $1,565.89 for unpaid invoices. The Debtors' books and records do not reflect any outstanding liability with respect to this amount. |
| 2 | LUMEN [CENTURYLINK COMMUNICATIONS, LLC]<br>LUMEN TECHNOLOGIES GROUP<br>931 14TH STREET, 9TH FLOOR<br>DENVER, CO 80202 | 11/04/2025 | 25-80562 (SGJ)<br>Martin Health Services, LLC | 139 | $244.71 | Proof of claim asserts $244.71 for utilities. The Debtors' books and records do not reflect any outstanding liability with respect to this amount. |
| 3 | T MOBILE [T-MOBILE USA INC BY AIS INFOSOURCE, LP AS AGENT]<br>ATTN: JAYDEEP SOLANKI<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY, OK 73118 | 10/21/2025 | 25-80498 (SGJ)<br>NCS Healthcare of Ohio, LLC | 93 | $570.40 | Proof of claim asserts $570.40 for utilities. The Debtors' books and records do not reflect any outstanding liability with respect to this amount. |
| | | | | TOTAL | $2,381.00 | |

1

# **Exhibit 5**

## **Satisfied Claims**

Omnicare, LLC Case No. 25-80486 (SGJ)
First Omnibus Objection
Exhibit 5 - Satisfied Claims

| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 1 | MICROTEK, LLC<br>ATTN: JILL HUNTER<br>PO BOX 93218<br>ALBUQUERQUE, NM 87199-3218 | 01/15/2026 | 25-80486 (SGJ)<br>Omnicare, LLC | 263 | $452.03 | Proof of claim asserts an amount of $452.03 for unpaid invoices. The claim has been satisfied in full pursuant to payment made for Invoice No. 21768 in the amount of $452.03 paid on 2/6/2026. |
| 2 | NORTHWOOD DOOR<br>PO BOX 563<br>WALBRIDGE, OH 43465-0563 | 12/16/2025 | 25-80486 (SGJ)<br>Omnicare, LLC | 198 | $780.50 | Proof of claim asserts an amount of $780.50 for unpaid invoices. The claim has been satisfied in full pursuant to payment made for Invoice No. 81085 in the amount of $780.50 paid on 6/5/2025. |
| 3 | OMNISYS LLC<br>15950 DALLAS PKWY<br>STE 350<br>DALLAS, TX 75248 | 12/23/2025 | 25-80486 (SGJ)<br>Omnicare, LLC | 217 | $12,818.49 | Proof of claim asserts an amount of $12,818.49 for unpaid invoices. The claim has been satisfied in full pursuant to payment made for Invoice No. OMN338688 in the amount of $5,926.84 paid on 1/5/2026 and Invoice No. OMN341876 in the amount of $6,891.65 paid on 2/2/2026. |
| | | | | TOTAL | $14,051.02 | |

1

## Exhibit B

**Redline of Revised Proposed Order against Original Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

|  |  |  |
|---|---|---|
|  | ) |  |
| In re: | ) | Chapter 11 |
|  | ) |  |
| OMNICARE, LLC, *et al.*,[1] | ) | Case No. 25-80486 (SGJ) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) | [Related to Docket No. ●]928 |

**ORDER REGARDING DEBTORS' FIRST**
**OMNIBUS OBJECTION TO CERTAIN CLAIMS**
**(Amended Claims, Duplicate Claims, No Liability Claims, and Satisfied Claims)**

---

[1] The last four digits of Omnicare, LLC's federal tax identification number are 1351. There are 110 Debtors in these chapter 11 cases, which are being jointly administered for procedural purposes only. A complete list of the Debtors and the last four digits of their federal tax identification numbers may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Omnicare. The location of Omnicare, LLC's corporate headquarters and the Debtors' service address is One CVS Drive, Mail Code 1160, Woonsocket, RI 02895.

On this day came on for consideration the *Debtors' First Omnibus Objection to Certain Claims (Amended Claims, Duplicate Claims, and No Liability Claims)* (the "**Objection**")[2], filed by Omnicare, LLC and its debtor affiliates, as debtors and debtors-in-possession in the above-referenced chapter 11 cases (collectively, the "**Debtors**"); and having considered the Objection; and this Court having jurisdiction to consider the Objection and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Objection and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Objection having been provided; and such notice having been adequate and appropriate under the circumstances, and it appearing that no other or further notice need be provided; and this Court having reviewed the Objection; and upon any hearing held on the Objection; and all responses, if any, to the Objection have been withdrawn, resolved, or overruled; and this Court having determined that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and it appearing that the relief requested in the Objection is in the best interests of the Debtors and their respective estates and creditors; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**

1.      The Objection is granted as set forth herein.

2.      Each Amended Claim identified in **Exhibit 1** attached hereto as a "claim to be disallowed" is disallowed in its entirety for all purposes in these chapter 11 cases and shall be expunged from the Claims Register.

---

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Objection.

3.      Each Duplicate Claim identified in **Exhibit 2** attached hereto as a "claim to be disallowed" is disallowed in its entirety for all purposes in these chapter 11 cases and shall be expunged from the Claims Register.

4.      Each No Liability Claim – Insufficient Documentation identified in **Exhibit 3** attached hereto is disallowed in its entirety for all purposes in these chapter 11 cases and shall be expunged from the Claims Register.

5.      Each No Liability Claim identified in **Exhibit 4** attached hereto is disallowed in its entirety for all purposes in these chapter 11 cases and shall be expunged from the Claims Register. The Court authorizes the withdrawal of Claims Nos. 431 and 432 (included in the original Exhibit 4 filed at Docket Number 928, but removed pursuant to the claimant's withdrawal).

6.      Each Satisfied Claim identified in **Exhibit 5** attached hereto is disallowed in its entirety for all purposes in these chapter 11 cases and shall be expunged from the Claims Register.

7.      Nothing herein shall constitute an admission or finding concerning the amount or validity of any of the surviving claims identified on **Exhibits 1 and 2** attached hereto in the column labeled "Remaining Claims."

8.      To the extent that a Response was filed regarding any Disputed Claim, each such Disputed Claim, and the Objection as it pertains to such Disputed Claim, constitutes a separate contested matter as contemplated by Bankruptcy Rule 9014. This Order will be deemed a separate order with respect to each Disputed Claim.

9.      Except as expressly provided otherwise, nothing contained in the Objection or this Order or any payment made pursuant to the authority granted by this Order is intended to be

or shall be deemed as (i) an admission as to the validity of any claim against the Debtors, (ii) a waiver or limitation of the Debtors' or any party in interest's rights under the Bankruptcy Code or any other applicable non-bankruptcy law, (iii) a waiver of the obligation of any party in interest to timely file a proof of claim, (iv) an agreement or obligation to pay any claims, or (v) a waiver of any claims or causes of action that may exist against any creditor or interest holder.

10. The Debtors' claims, noticing, and solicitation agent, Stretto, Inc., is authorized to take all actions necessary or appropriate to carry out the relief granted in this Order, including updating the Claims Register to reflect such relief.

11. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

12. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order to the extent permitted by applicable law.

# # # END OF ORDER # # #

**Submitted by:**

**HAYNES AND BOONE, LLP**
Charles A. Beckham, Jr. (TX #02016600)
Ian T. Peck (TX #24013306)
Martha Wyrick (TX #24101606)
2801 N. Harwood Street, Ste. 2300
Dallas, TX 75201
Telephone: (214) 651-5000
Facsimile: (214) 651-5940
Email: charles.beckham@haynesboone.com
        ian.peck@haynesboone.com
        martha.wyrick@haynesboone.com

**JENNER & BLOCK LLP**
Vincent E. Lazar (admitted *pro hac vice*)
Derek L. Wright (admitted *pro hac vice*)
Angela M. Allen (admitted *pro hac vice*)
353 N. Clark Street
Chicago, IL 60654
Telephone: (312) 222-9350
Facsimile:(312) 527-0484
Email: vlazar@jenner.com
        dwright@jenner.com

4

aallen@jenner.com

*Counsel for the Debtors and Debtors in Possession*

**Exhibit 1**

**Amended Claims**

Omnicare, LLC Case No. 25-80486 (SGJ)
First Omnibus Objection
Exhibit 1 - Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | 39 EISENHOWER DRIVE LLC [39 EISENHOWER ASSOCIATES LLC] C/O PERKINS THOMPSON ATTN: ANTHONY J MANHART PO BOX 426 PORTLAND, ME 04112 | 11/18/25 | 25-80588 (SGJ) Uni-Care Health Services of Maine, LLC | 168 | $0.00 | 39 EISENHOWER DRIVE LLC [39 EISENHOWER ASSOCIATES LLC] C/O PERKINS THOMPSON ATTN: ANTHONY J MANHART PO BOX 426 PORTLAND, ME 04112 | 12/23/25 | 25-80588 (SGJ) Uni-Care Health Services of Maine, LLC | 218 | $34,772.31 |

Reason:  Claim #168 is amended and superseded by claim #218

Omnicare reserves the right to object to any remaining claims on additional legal grounds.

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 39 EISENHOWER DRIVE LLC [39 EISENHOWER ASSOCIATES LLC] C/O PERKINS THOMPSON ATTN: ANTHONY J MANHART PO BOX 426 PORTLAND, ME 04112 | 12/23/25 | 25-80588 (SGJ) Uni-Care Health Services of Maine, LLC | 218 | $34,772.31 | 39 EISENHOWER DRIVE LLC [39 EISENHOWER ASSOCIATES LLC] C/O PERKINS THOMPSON ATTN: ANTHONY J MANHART PO BOX 426 PORTLAND, ME 04112 | 05/18/26 | 25-80588 (SGJ) Uni-Care Health Services of Maine, LLC | 446 | $4,069.20 |

Reason:  Claim #218 is amended and superseded by claim #446

Omnicare reserves the right to object to any remaining claims on additional legal grounds.

*Indicates claim contains unliquidated and/or undetermined amounts

Omnicare LLC, Case No. 25-80486 (SGJ)
First Omnibus Objection
Exhibit 1 - Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 3 | BEXAR COUNTY C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP ATTN: DON STECKER 112 E. PECAN ST STE 2200 SAN ANTONIO, TX 78205 | 09/25/25 | 25-80522 (SGJ) NeighborCare Pharmacy Services, LLC | 2 | $23,609.04* | BEXAR COUNTY C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP ATTN: DON STECKER 112 E. PECAN ST STE 2200 SAN ANTONIO, TX 78205 | 10/17/25 | 25-80522 (SGJ) NeighborCare Pharmacy Services, LLC | 91 | $20,277.34 |

Reason:  Claim #2 is amended and superseded by claim #91

Omnicare reserves the right to object to any remaining claims on additional legal grounds.

*Indicates claim contains unliquidated and/or undetermined amounts

2

Omnicare, LLC, Case No. 25-80486 (SGJ)
First Omnibus Objection
Exhibit 1 - Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 4 | CENTRAL APPRAISAL DISTRICT OF TAYLOR COUNTY, COLLECTING PROPERTY TAXES FOR THE COUNTY OF TAYLOR, TEXAS, THE CITY OF MERKEL, TEXAS, THE CITY OF ABILENE, TEXAS, MERKEL INDEPENDENT SCHOOL DISTRICT AND WYLIE INDEPENDENT SCHOOL DISTRICT C/O MCCREARY, VESELKA, BRAGG & ALLEN, P.C. ATTN: JULIE ANNE PARSONS PO BOX 1269 ROUNDS ROCK, TX 78680-1269 | 09/30/25 | 25-80484 (SGJ) Omnicare Pharmacy of Texas 1, LP | 11 | $634.40* | CENTRAL APPRAISAL DISTRICT OF TAYLOR COUNTY, COLLECTING PROPERTY TAXES FOR THE COUNTY OF TAYLOR, TEXAS, THE CITY OF MERKEL, TEXAS, THE CITY OF ABILENE, TEXAS, MERKEL INDEPENDENT SCHOOL DISTRICT AND WYLIE INDEPENDENT SCHOOL DISTRICT C/O MCCREARY, VESELKA, BRAGG & ALLEN, P.C. ATTN: JULIE ANNE PARSONS PO BOX 1269 ROUNDS ROCK, TX 78680-1269 | 10/07/25 | 25-80484 (SGJ) Omnicare Pharmacy of Texas 1, LP | 43 | $634.42 |

Reason:  Claim #11 is amended and superseded by claim #43

Omnicare reserves the right to object to any remaining claims on additional legal grounds.

*Indicates claim contains unliquidated and/or undetermined amounts

3

Omnicare, LLC, Case No. 25-80486 (SGJ)
First Omnibus Objection
Exhibit 1 - Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 5 | CENTRAL APPRAISAL DISTRICT OF TAYLOR COUNTY, COLLECTING PROPERTY TAXES FOR THE COUNTY OF TAYLOR, TEXAS, THE CITY OF MERKEL, TEXAS, THE CITY OF ABILENE, TEXAS, MERKEL INDEPENDENT SCHOOL DISTRICT AND WYLIE INDEPENDENT SCHOOL DISTRICT C/O MCCREARY, VESELKA, BRAGG & ALLEN, P.C. ATTN: JULIE ANNE PARSONS PO BOX 1269 ROUNDS ROCK, TX 78680-1269 | 10/07/25 | 25-80484 (SGJ) Omnicare Pharmacy of Texas 1, LP | 43 | $634.42 | CENTRAL APPRAISAL DISTRICT OF TAYLOR COUNTY C/O MCCREARY, VESELKA, BRAGG & ALLEN, P.C. ATTN: JULIE ANNE PARSONS PO BOX 1269 ROUND ROCK, TX 78680-1269 | 02/06/26 | 25-80484 (SGJ) Omnicare Pharmacy of Texas 1, LP | 380 | $536.35 |

Reason:  Claim #43 is amended and superseded by claim #380

Omnicare reserves the right to object to any remaining claims on additional legal grounds.

*Indicates claim contains unliquidated and/or undetermined amounts

Omnicare, LLC, Case No. 25-80486 (SGJ)
First Omnibus Objection
Exhibit 1 - Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 6 | CITY OF CARROLLTON C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP ATTN: JOHN KENDRICK TURNER 3500 MAPLE AVENUE SUITE 800 DALLAS, TX 75219 | 10/02/25 | 25-80486 (SGJ) Omnicare, LLC | 20 | $83.58* | CITY OF CARROLLTON C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP ATTN: JOHN K. TURNER 3500 MAPLE AVE SUITE 800 DALLAS, TX 75219 | 10/29/25 | 25-80486 (SGJ) Omnicare, LLC | 116 | $83.39 |

Reason:  Claim #20 is amended and superseded by claim #116

Omnicare reserves the right to object to any remaining claims on additional legal grounds.

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 7 | CITY OF EL PASO C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP ATTN: DON STECKER 112 E. PECAN ST STE 2200 SAN ANTONIO, TX 78205 | 09/25/25 | 25-80484 (SGJ) Omnicare Pharmacy of Texas 1, LP | 1 | $663.17* | CITY OF EL PASO C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP ATTN: DON STECKER 112 E. PECAN ST STE 2200 SAN ANTONIO, TX 78205 | 10/17/25 | 25-80484 (SGJ) Omnicare Pharmacy of Texas 1, LP | 88 | $584.53 |

Reason:  Claim #1 is amended and superseded by claim #88

Omnicare reserves the right to object to any remaining claims on additional legal grounds.

*Indicates claim contains unliquidated and/or undetermined amounts

5

Omnicare LLC Case No. 25-80486 (SGJ)
First Omnibus Objection
Exhibit 1 - Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 8 | CITY OF EL PASO C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP ATTN: DON STECKER 112 E. PECAN ST STE 2200 SAN ANTONIO, TX 78205 | 10/17/25 | 25-80484 (SGJ) Omnicare Pharmacy of Texas 1, LP | 88 | $584.53 | CITY OF EL PASO C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP ATTN: DON STECKER 112 E. PECAN ST STE 2200 SAN ANTONIO, TX 78205 | 02/12/26 | 25-80484 (SGJ) Omnicare Pharmacy of Texas 1, LP | 398 | $280.42 |

Reason:  Claim #88 is amended and superseded by claim #398

Omnicare reserves the right to object to any remaining claims on additional legal grounds.

| 9 | CITY OF FRISCO C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP ATTN: JOHN KENDRICK TURNER 3500 MAPLE AVENUE SUITE 800 DALLAS, TX 75219 | 10/02/25 | 25-80484 (SGJ) Omnicare Pharmacy of Texas 1, LP | 28 | $13.36* | CITY OF FRISCO C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP ATTN: JOHN K. TURNER 3500 MAPLE AVE SUITE 800 DALLAS, TX 75219 | 10/29/25 | 25-80484 (SGJ) Omnicare Pharmacy of Texas 1, LP | 123 | $13.36 |

Reason:  Claim #28 is amended and superseded by claim #123

Omnicare reserves the right to object to any remaining claims on additional legal grounds.

| 10 | DALLAS COUNTY C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP ATTN: JOHN KENDRICK TURNER 3500 MAPLE AVENUE SUITE 800 DALLAS, TX 75219 | 10/02/25 | 25-80484 (SGJ) Omnicare Pharmacy of Texas 1, LP | 29 | $1,021.84* | DALLAS COUNTY C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP ATTN: JOHN K. TURNER 3500 MAPLE AVE SUITE 800 DALLAS, TX 75219 | 10/29/25 | 25-80484 (SGJ) Omnicare Pharmacy of Texas 1, LP | 124 | $983.02 |

Reason:  Claim #29 is amended and superseded by claim #124

Omnicare reserves the right to object to any remaining claims on additional legal grounds.

*Indicates claim contains unliquidated and/or undetermined amounts

Omnicare LLC Case No. 25-80486 (SGJ)

First Omnibus Objection

Exhibit 1 - Amended Claims

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| **NAME** | **DATE FILED** | **CASE NUMBER / DEBTOR** | **CLAIM #** | **CLAIM AMOUNT** | **NAME** | **DATE FILED** | **CASE NUMBER / DEBTOR** | **CLAIM #** | **CLAIM AMOUNT** |
| 11 ECTOR CAD C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP ATTN: DON STECKER 112 E PECAN ST SUITE 2200 SAN ANTONIO, TX 78205 | 09/30/25 | 25-80484 (SGJ) Omnicare Pharmacy of Texas 1, LP | 13 | $93.26* | ECTOR CAD C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP ATTN: DON STECKER 112 E PECAN ST SUITE 2200 SAN ANTONIO, TX 78205 | 11/06/25 | 25-80484 (SGJ) Omnicare Pharmacy of Texas 1, LP | 146 | $83.64 |

Reason:  Claim #13 is amended and superseded by claim #146

Omnicare reserves the right to object to any remaining claims on additional legal grounds.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 12 ELLIS COUNTY C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP ATTN: JOHN KENDRICK TURNER 3500 MAPLE AVE SUITE 800 DALLAS, TX 75219 | 10/02/25 | 25-80484 (SGJ) Omnicare Pharmacy of Texas 1, LP | 24 | $184.15* | ELLIS COUNTY C/O JOHN K. TURNER LINEBARGER GOGGAN BLAIR & SAMPSON, LLP 3500 MAPLE AVE SUITE 800 DALLAS, TX 75219 | 11/11/25 | 25-80484 (SGJ) Omnicare Pharmacy of Texas 1, LP | 154 | $184.16 |

Reason:  Claim #24 is amended and superseded by claim #154

Omnicare reserves the right to object to any remaining claims on additional legal grounds.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 13 FORD BEND COUNTY C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP ATTN: TARA L GRUNDEMEIER PO BOX 3064 HOUSTON, TX 77253-3064 | 10/07/25 | 25-80484 (SGJ) Omnicare Pharmacy of Texas 1, LP | 44 | $21,204.60* | FORT BEND COUNTY C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP ATTN: TARA L. GRUNDEMEIER PO BOX 3064 HOUSTON, TX 77253-3064 | 12/15/25 | 25-80484 (SGJ) Omnicare Pharmacy of Texas 1, LP | 192 | $20,944.45 |

Reason:  Claim #44 is amended and superseded by claim #192

Omnicare reserves the right to object to any remaining claims on additional legal grounds.

*Indicates claim contains unliquidated and/or undetermined amounts

7

Omnicare, LLC, Case No. 25-80486 (SGJ)
First Omnibus Objection
Exhibit 1 - Amended Claims

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 14 | GALVESTON COUNTY C/O LINEBARGER GOGGAN BLAIR & SAMPSON LLP ATTN: TARA L. GRUNDEMEIER PO BOX 3064 HOUSTON, TX 77253-3064 | 10/03/25 | 25-80484 (SGJ) Omnicare Pharmacy of Texas 1, LP | 39 | $281.80* | GALVESTON COUNTY C/O LINEBARGER GOGGAN BLAIR & SAMPSON LLP ATTN: TARA L. GRUNDEMEIER PO BOX 3064 HOUSTON, TX 77253-3064 | 12/15/25 | 25-80484 (SGJ) Omnicare Pharmacy of Texas 1, LP | 194 | $87.80 |

Reason:  Claim #39 is amended and superseded by claim #194

Omnicare reserves the right to object to any remaining claims on additional legal grounds.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 15 | HARRIS COUNTY, ET AL C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP ATTN: TARA L. GRUNDEMEIER PO BOX 3064 HOUSTON, TX 77253-3064 | 12/15/25 | 25-80484 (SGJ) Omnicare Pharmacy of Texas 1, LP | 193 | $3,090.66 | HARRIS COUNTY, ET AL C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP ATTN: TARA L. GRUNDEMEIER PO BOX 3064 HOUSTON, TX 77253-3064 | 05/14/26 | 25-80484 (SGJ) Omnicare Pharmacy of Texas 1, LP | 445 | $763.64* |

Reason:  Claim #193 is amended and superseded by claim #445

Omnicare reserves the right to object to any remaining claims on additional legal grounds.

*Indicates claim contains unliquidated and/or undetermined amounts

8

Omnicare, LLC, Case No. 25-80486 (SGJ)
First Omnibus Objection
Exhibit 1 - Amended Claims

<table>
<tr><td colspan="5" style="text-align:center"><strong>CLAIMS TO BE DISALLOWED</strong></td><td colspan="5" style="text-align:center"><strong>REMAINING CLAIMS</strong></td></tr>
<tr>
<th>NAME</th>
<th>DATE FILED</th>
<th>CASE NUMBER / DEBTOR</th>
<th>CLAIM #</th>
<th>CLAIM AMOUNT</th>
<th>NAME</th>
<th>DATE FILED</th>
<th>CASE NUMBER / DEBTOR</th>
<th>CLAIM #</th>
<th>CLAIM AMOUNT</th>
</tr>
<tr>
<td>16   HARRIS COUNTY, ET AL<br>C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>ATTN: TARA L. GRUNDEMEIER<br>PO BOX 3064<br>HOUSTON, TX 77253-3064</td>
<td>10/07/25</td>
<td>25-80484 (SGJ)<br>Omnicare Pharmacy of Texas 1, LP</td>
<td>45</td>
<td>$845.86*</td>
<td>HARRIS COUNTY, ET AL<br>C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>ATTN: TARA L. GRUNDEMEIER<br>PO BOX 3064<br>HOUSTON, TX 77253-3064</td>
<td>12/15/25</td>
<td>25-80484 (SGJ)<br>Omnicare Pharmacy of Texas 1, LP</td>
<td>193</td>
<td>$3,090.66</td>
</tr>
<tr>
<td colspan="10">Reason:  Claim #45 is amended and superseded by claim #193<br><br>Omnicare reserves the right to object to any remaining claims on additional legal grounds.</td>
</tr>
<tr>
<td>17   JEFFERSON COUNTY<br>C/O LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>ATTN: TARA L. GRUNDEMEIER<br>PO BOX 3064<br>HOUSTON, TX 77253-3064</td>
<td>10/03/25</td>
<td>25-80484 (SGJ)<br>Omnicare Pharmacy of Texas 1, LP</td>
<td>37</td>
<td>$99.20</td>
<td>JEFFERSON COUNTY<br>C/O LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>ATTN: TARA L. GRUNDEMEIER<br>PO BOX 3064<br>HOUSTON, TX 77253-3064</td>
<td>12/15/25</td>
<td>25-80484 (SGJ)<br>Omnicare Pharmacy of Texas 1, LP</td>
<td>195</td>
<td>$222.71</td>
</tr>
<tr>
<td colspan="10">Reason:  Claim #37 is amended and superseded by claim #195<br><br>Omnicare reserves the right to object to any remaining claims on additional legal grounds.</td>
</tr>
</table>

*Indicates claim contains unliquidated and/or undetermined amounts

9

Omnicare, LLC, Case No. 25-80486 (SGJ)
First Omnibus Objection
Exhibit 1 - Amended Claims

| | | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 18 | KAUFMAN COUNTY C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP ATTN: JOHN KENDRICK TURNER 3500 MAPLE AVENUE SUITE 800 DALLAS, TX 75219 | 10/02/25 | 25-80486 (SGJ) Omnicare, LLC | 21 | $280.06* | KAUFMAN COUNTY C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP ATTN: JOHN K. TURNER 3500 MAPLE AVE SUITE 800 DALLAS, TX 75219 | 10/29/25 | 25-80486 (SGJ) Omnicare, LLC | 117 | $280.09 |
| | Reason: Claim #21 is amended and superseded by claim #117 | | | | | | | | | |
| | Omnicare reserves the right to object to any remaining claims on additional legal grounds. | | | | | | | | | |
| 19 | LEWISVILLE ISD C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP ATTN: JOHN KENDRICK TURNER 3500 MAPLE AVENUE SUITE 800 DALLAS, TX 75219 | 10/02/25 | 25-80486 (SGJ) Omnicare, LLC | 23 | $190.26* | LEWISVILLE ISD C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP ATTN: JOHN K. TURNER 3500 MAPLE AVE SUITE 800 DALLAS, TX 75219 | 10/29/25 | 25-80486 (SGJ) Omnicare, LLC | 118 | $190.26 |
| | Reason: Claim #23 is amended and superseded by claim #118 | | | | | | | | | |
| | Omnicare reserves the right to object to any remaining claims on additional legal grounds. | | | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

Omnicare, LLC Case No. 25-80486 (SGJ)
First Omnibus Objection
Exhibit 1 - Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 20 | MIDLAND COUNTY [MIDLAND CENTRAL APPRAISAL DISTRICT] C/O PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP ATTN: LAURA J. MONROE PO BOX 817 LUBBOCK, TX 79408 | 10/01/25 | 25-80486 (SGJ) Omnicare, LLC | 17 | $4.89* | MIDLAND COUNTY [MIDLAND CENTRAL APPRAISAL DISTRICT] C/O LAURA J. MONROE PERDUE, BRANDON, FIELDER, COLLINS & MOTT, LLP PO BOX 817 LUBBOCK, TX 79408 | 10/22/25 | 25-80486 (SGJ) Omnicare, LLC | 103 | $4.51 |

Reason:  Claim #17 is amended and superseded by claim #103

Omnicare reserves the right to object to any remaining claims on additional legal grounds.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 21 | MISSISSIPPI DEPARTMENT OF REVENUE ATTN: BANKRUPTCY SECTION PO BOX 22808 JACKSON, MS 39225-2808 | 11/13/25 | 25-80488 (SGJ) APS Acquisition LLC | 161 | $22,696.72 | MISSISSIPPI DEPARTMENT OF REVENUE ATTN: BANKRUPTCY SECTION PO BOX 22808 JACKSON, MS 39225-2808 | 02/05/26 | 25-80488 (SGJ) APS Acquisition LLC | 377 | $23,014.32 |

Reason:  Claim #161 is amended and superseded by claim #377

Omnicare reserves the right to object to any remaining claims on additional legal grounds.

*Indicates claim contains unliquidated and/or undetermined amounts

11

Omnicare, LLC, Case No. 25-80486 (SGJ)
First Omnibus Objection
Exhibit 1 - Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 22 | MONTGOMERY COUNTY C/O LINEBARGER GOGGAN BLAIR & SAMPSON LLP ATTN: TARA L. GRUNDEMEIER PO BOX 3064 HOUSTON, TX 77253-3064 | 10/03/25 | 25-80484 (SGJ) Omnicare Pharmacy of Texas 1, LP | 38 | Undetermined* | MONTGOMERY COUNTY C/O LINEBARGER GOGGAN BLAIR & SAMPSON LLP ATTN: TARA L. GRUNDEMEIER PO BOX 3064 HOUSTON, TX 77253-3064 | 10/15/25 | 25-80484 (SGJ) Omnicare Pharmacy of Texas 1, LP | 81 | $13.17 |

Reason:  Claim #38 is amended and superseded by claim #81

Omnicare reserves the right to object to any remaining claims on additional legal grounds.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 23 | PARKER CAD C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP ATTN: JOHN KENDRICK TURNER 3500 MAPLE AVENUE SUITE 800 DALLAS, TX 75219 | 10/02/25 | 25-80486 (SGJ) Omnicare, LLC | 25 | $72.76* | PARKER CAD C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP ATTN: JOHN K. TURNER 3500 MAPLE AVE SUITE 800 DALLAS, TX 75219 | 10/29/25 | 25-80486 (SGJ) Omnicare, LLC | 119 | $26.83 |

Reason:  Claim #25 is amended and superseded by claim #119

Omnicare reserves the right to object to any remaining claims on additional legal grounds.

*Indicates claim contains unliquidated and/or undetermined amounts

12

Omnicare, LLC, Case No. 25-80486 (SGJ)
First Omnibus Objection
Exhibit 1 - Amended Claims

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| **NAME** | **DATE FILED** | **CASE NUMBER / DEBTOR** | **CLAIM #** | **CLAIM AMOUNT** | **NAME** | **DATE FILED** | **CASE NUMBER / DEBTOR** | **CLAIM #** | **CLAIM AMOUNT** |
| 24 PROSPER ISD C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP ATTN: JOHN KENDRICK TURNER 3500 MAPLE AVENUE SUITE 800 DALLAS, TX 75219 | 10/02/25 | 25-80484 (SGJ) Omnicare Pharmacy of Texas 1, LP | 22 | $63.07* | PROSPER ISD C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP ATTN: JOHN K. TURNER 3500 MAPLE AVE SUITE 800 DALLAS, TX 75219 | 10/30/25 | 25-80484 (SGJ) Omnicare Pharmacy of Texas 1, LP | 125 | $61.01 |

Reason: Claim #22 is amended and superseded by claim #125

Omnicare reserves the right to object to any remaining claims on additional legal grounds.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 25 ROCKWALL CAD C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP ATTN: JOHN KENDRICK TURNER 3500 MAPLE AVENUE SUITE 800 DALLAS, TX 75219 | 10/02/25 | 25-80486 (SGJ) Omnicare, LLC | 27 | $99.42* | ROCKWALL CAD C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP ATTN: JOHN K. TURNER 3500 MAPLE AVE SUITE 800 DALLAS, TX 75219 | 10/29/25 | 25-80486 (SGJ) Omnicare, LLC | 120 | $99.42 |

Reason: Claim #27 is amended and superseded by claim #120

Omnicare reserves the right to object to any remaining claims on additional legal grounds.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 26 SMITH COUNTY C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP ATTN: JOHN KENDRICK TURNER 3500 MAPLE AVE SUITE 800 DALLAS, TX 75219 | 10/02/25 | 25-80485 (SGJ) Omnicare Pharmacy of Texas 2, LP | 30 | $50.96* | SMITH COUNTY C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP ATTN: JOHN K. TURNER 3500 MAPLE AVE SUITE 800 DALLAS, TX 75219 | 10/29/25 | 25-80485 (SGJ) Omnicare Pharmacy of Texas 2, LP | 121 | $251.02 |

Reason: Claim #30 is amended and superseded by claim #121

Omnicare reserves the right to object to any remaining claims on additional legal grounds.

*Indicates claim contains unliquidated and/or undetermined amounts

13

Omnicare, LLC, Case No. 25-80486 (SGJ)
First Omnibus Objection
Exhibit 1 - Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 27 | TARRANT COUNTY C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP ATTN: JOHN KENDRICK TURNER 3500 MAPLE AVE SUITE 800 DALLAS, TX 75219 | 10/02/25 | 25-80484 (SGJ) Omnicare Pharmacy of Texas 1, LP | 19 | $81,647.27* | TARRANT COUNTY C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP ATTN: JOHN K. TURNER 3500 MAPLE AVE SUITE 800 DALLAS, TX 75219 | 12/02/25 | 25-80484 (SGJ) Omnicare Pharmacy of Texas 1, LP | 178 | $83,051.15 |

Reason:  Claim #19 is amended and superseded by claim #178

Omnicare reserves the right to object to any remaining claims on additional legal grounds.

| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 28 | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS C/O OFFICE OF THE ATTORNEY GENERAL ATTN: BANKRUPTCY & COLLECTION DIVISION PO BOX 12548 MC-008 AUSTIN, TX 78711 | 03/18/26 | 25-80486 (SGJ) Omnicare, LLC | 416 | $1,856,531.22* | TEXAS COMPTROLLER OF PUBLIC ACCOUNTS C/O OFFICE OF THE ATTORNEY GENERAL - BANKRUPTCY & COLLECTIONS DIV PO BOX 12548 MC-008 AUSTIN, TX 78711 | 03/23/26 | 25-80486 (SGJ) Omnicare, LLC | 422 | $1,856,531.22* |

Reason:  Claim #416 is amended and superseded by claim #422

Omnicare reserves the right to object to any remaining claims on additional legal grounds.

*Indicates claim contains unliquidated and/or undetermined amounts

14

Omnicare LLC, Case No. 25-80486 (SGJ)
First Omnibus Objection
Exhibit 1 - Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 29 | TOM GREEN CAD C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP ATTN: JOHN KENDRICK TURNER 3500 MAPLE AVE SUITE 800 DALLAS, TX 75219 | 10/02/25 | 25-80485 (SGJ) Omnicare Pharmacy of Texas 2, LP | 26 | $189.22* | TOM GREEN CAD C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP ATTN: JOHN K. TURNER 3500 MAPLE AVE SUITE 800 DALLAS, TX 75219 | 10/29/25 | 25-80485 (SGJ) Omnicare Pharmacy of Texas 2, LP | 122 | $189.22 |

Reason:  Claim #26 is amended and superseded by claim #122

Omnicare reserves the right to object to any remaining claims on additional legal grounds.

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 30 | TOWN OF PROSPER C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP ATTN: JOHN KENDRICK TURNER 3500 MAPLE AVE SUITE 800 DALLAS, TX 75219 | 10/02/25 | 25-80484 (SGJ) Omnicare Pharmacy of Texas 1, LP | 18 | $25.37* | TOWN OF PROSPER C/O LINEBARGER GOGGAN BLAIR & SAMPSON, LLP ATTN: JOHN K. TURNER 3500 MAPLE AVE SUITE 800 DALLAS, TX 75219 | 10/30/25 | 25-80484 (SGJ) Omnicare Pharmacy of Texas 1, LP | 126 | $25.38 |

Reason:  Claim #18 is amended and superseded by claim #126

Omnicare reserves the right to object to any remaining claims on additional legal grounds.

*Indicates claim contains unliquidated and/or undetermined amounts

15

## Exhibit 2

## Duplicate Claims

Omnicare, LLC, Case No. 25-80486 (SGJ)
First Omnibus Objection
Exhibit 2 - Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | CADO LA QUINTA LLC [RAY ROAD PARTNERS, LLC] ATTN: KHALED TARAZI 15279 N. SCOTTSDALE ROAD #400 SCOTTSDALE, AZ 85254 | 02/02/26 | 25-80557 (SGJ) LCPS Acquisition LLC | 349 | $7,954.56* | CADO LA QUINTA LLC [RAY ROAD PARTNERS, LLC] ATTN: KHALED TARAZI 15279 N. SCOTTSDALE ROAD #400 SCOTTSDALE, AZ 85254 | 02/02/26 | 25-80557 (SGJ) LCPS Acquisition LLC | 359 | $7,954.56* |

Reason: Liabilities asserted in claim #349 are duplicative of liabilities asserted in claim #359.

Omnicare reserves the right to object to any remaining claims on additional legal grounds.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | ENTERGY MISSISSIPPI LLC PO BOX 8105 BATON ROUGE, LA 70891-8105 | 10/16/25 | 25-80486 (SGJ) Omnicare, LLC | 83 | $4,390.53 | ENTERGY MISSISSIPPI LLC ATTN: KAREN HARRISON 4809 JEFFERSON HIGHWAY L-JEF-359 NEW ORLEANS, LA 70121-3138 | 10/30/25 | 25-80486 (SGJ) Omnicare, LLC | 128 | $4,390.53 |

Reason: Liabilities asserted in claim #83 are duplicative of liabilities asserted in claim #128.

Omnicare reserves the right to object to any remaining claims on additional legal grounds.

*Indicates claim contains unliquidated and/or undetermined amounts

1

**Exhibit 3**

**No Liability Claims – Insufficient Documentation**

Omnicare, LLC Case No. 25-80486 (SGJ)
First Omnibus Objection
Exhibit 3 - No Liability Claims - Insufficient Documentation

| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 1 | NAME ON FILE ADDRESS ON FILE | 01/11/2026 | 25-80486 (SGJ) Omnicare, LLC | 248 | Undetermined* | Claimant failed to provide supporting documentation in order for the Debtors to ascertain the validity of the proof of claim despite the Reviewing Parties' efforts to obtain such information from the claimant. Debtors have no record of outstanding liabilities to this claimant. |
| 2 | NAME ON FILE ADDRESS ON FILE | 01/15/2026 | 25-80486 (SGJ) Omnicare, LLC | 264 | Undetermined* | Claimant failed to provide supporting documentation in order for the Debtors to ascertain the validity of the proof of claim despite the Reviewing Parties' efforts to obtain such information from the claimant. Debtors have no record of outstanding liabilities to this claimant. |
| 3 | NAME ON FILE ADDRESS ON FILE | 01/27/2026 | 25-80486 (SGJ) Omnicare, LLC | 291 | Undetermined* | Claimant failed to provide supporting documentation in order for the Debtors to ascertain the validity of the proof of claim despite the Reviewing Parties' efforts to obtain such information from the claimant. Debtors have no record of outstanding liabilities to this claimant. |
| 4 | NAME ON FILE ADDRESS ON FILE | 01/02/2026 | 25-80486 (SGJ) Omnicare, LLC | 225 | Undetermined* | Claimant failed to provide supporting documentation in order for the Debtors to ascertain the validity of the proof of claim despite the Reviewing Parties' efforts to obtain such information from the claimant. Debtors have no record of outstanding liabilities to this claimant. |
| 5 | NAME ON FILE ADDRESS ON FILE | 01/05/2026 | 25-80486 (SGJ) Omnicare, LLC | 231 | $8,700.00 | Claimant failed to provide supporting documentation in order for the Debtors to ascertain the validity of the proof of claim despite the Reviewing Parties' efforts to obtain such information from the claimant. Debtors have no record of outstanding liabilities to this claimant. |
| 6 | NAME ON FILE ADDRESS ON FILE | 12/17/2025 | 25-80486 (SGJ) Omnicare, LLC | 201 | Undetermined* | Claimant failed to provide supporting documentation in order for the Debtors to ascertain the validity of the proof of claim despite the Reviewing Parties' efforts to obtain such information from the claimant. Debtors have no record of outstanding liabilities to this claimant. |
| 7 | NAME ON FILE ADDRESS ON FILE | 01/18/2026 | 25-80486 (SGJ) Omnicare, LLC | 274 | Undetermined* | Claimant failed to provide supporting documentation in order for the Debtors to ascertain the validity of the proof of claim despite the Reviewing Parties' efforts to obtain such information from the claimant. Debtors have no record of outstanding liabilities to this claimant. |
| | | | TOTAL | | $8,700.00* | |

*Indicates claim contains unliquidated and/or undetermined amounts

1

**Exhibit 4**

**No Liability Claims**

Omnicare, LLC Case No. 25-80486 (SGJ)
First Omnibus Objection
Exhibit 4 - No Liability Claims

| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| ~~1~~ | ~~DRRT FBO INTERNATIONALE KAPITALANLAGEGESELLSCHAFT MBH (54503)~~ ~~340 WEST FLAGLER STREET SUITE 201~~ ~~MIAMI, FL 33130~~ | ~~04/23/2026~~ | ~~25-80486 (SGJ)~~ ~~Omnicare, LLC~~ | ~~431~~ | ~~$3,052,177.89~~ | ~~Liability asserted by claimant is due from an unaffiliated party wholly unrelated to the Omnicare Debtors. Liability is affiliated with Saks Global Enterprises LLC.~~ |
| ~~2~~ | ~~DRRT FBO INTERNATIONALE KAPITALANLAGEGESELLSCHAFT MBH 53349~~ ~~340 WEST FLAGLER STREET SUITE 201~~ ~~MIAMI, FL 33130~~ | ~~04/23/2026~~ | ~~25-80486 (SGJ)~~ ~~Omnicare, LLC~~ | ~~432~~ | ~~$533,338.00~~ | ~~Liability asserted by claimant is due from an unaffiliated party wholly unrelated to the Omnicare Debtors. Liability is affiliated with Saks Global Enterprises LLC.~~ |
| 3 | ENBRIDGE GAS ATTN: KELLY SMITH PO BOX 935 LOWELL, NC 28098 | 03/19/2026 | 25-80486 (SGJ) Omnicare, LLC | 411 | $1,565.89 | Proof of claim asserts an amount of $1,565.89 for unpaid invoices. The Debtors' books and records do not reflect any outstanding liability with respect to this amount. |
| 4 | LUMEN [CENTURYLINK COMMUNICATIONS, LLC] LUMEN TECHNOLOGIES GROUP 931 14TH STREET, 9TH FLOOR DENVER, CO 80202 | 11/04/2025 | 25-80562 (SGJ) Martin Health Services, LLC | 139 | $244.71 | Proof of claim asserts $244.71 for utilities. The Debtors' books and records do not reflect any outstanding liability with respect to this amount. |
| 5 | T MOBILE [T-MOBILE USA INC BY AIS INFOSOURCE, LP AS AGENT] ATTN: JAYDEEP SOLANKI 4515 N SANTA FE AVE OKLAHOMA CITY, OK 73118 | 10/21/2025 | 25-80498 (SGJ) NCS Healthcare of Ohio, LLC | 93 | $570.40 | Proof of claim asserts $570.40 for utilities. The Debtors' books and records do not reflect any outstanding liability with respect to this amount. |
| | | | TOTAL | | ~~$3,587,896.89~~ $2,381.00 | |

1

**Exhibit 5**

**Satisfied Claims**

Omnicare, LLC Case No. 25-80486 (SGJ)
First Omnibus Objection
Exhibit 5 - Satisfied Claims

| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | REASON FOR DISALLOWANCE |
|---|---|---|---|---|---|---|
| 1 | MICROTEK, LLC<br>ATTN: JILL HUNTER<br>PO BOX 93218<br>ALBUQUERQUE, NM 87199-3218 | 01/15/2026 | 25-80486 (SGJ)<br>Omnicare, LLC | 263 | $452.03 | Proof of claim asserts an amount of $452.03 for unpaid invoices. The claim has been satisfied in full pursuant to payment made for Invoice No. 21768 in the amount of $452.03 paid on 2/6/2026. |
| 2 | NORTHWOOD DOOR<br>PO BOX 563<br>WALBRIDGE, OH 43465-0563 | 12/16/2025 | 25-80486 (SGJ)<br>Omnicare, LLC | 198 | $780.50 | Proof of claim asserts an amount of $780.50 for unpaid invoices. The claim has been satisfied in full pursuant to payment made for Invoice No. 81085 in the amount of $780.50 paid on 6/5/2025. |
| 3 | OMNISYS LLC<br>15950 DALLAS PKWY<br>STE 350<br>DALLAS, TX 75248 | 12/23/2025 | 25-80486 (SGJ)<br>Omnicare, LLC | 217 | $12,818.49 | Proof of claim asserts an amount of $12,818.49 for unpaid invoices. The claim has been satisfied in full pursuant to payment made for Invoice No. OMN338688 in the amount of $5,926.84 paid on 1/5/2026 and Invoice No. OMN341876 in the amount of $6,891.65 paid on 2/2/2026. |
| | | | | TOTAL | $14,051.02 | |

1

| Summary report: Litera Compare for Word 11.16.0.74 Document comparison done on 7/6/2026 5:06:29 PM | |
| --- | --- |
| **Style name:** Default Style | |
| **Intelligent Table Comparison:** Active | |
| **Original filename:** Original Order.docx | |
| **Modified filename:** Revised Order.docx | |
| **Changes:** | |
| Add | 4 |
| Delete | 3 |
| Move From | 0 |
| Move To | 0 |
| Table Insert | 0 |
| Table Delete | 0 |
| Table moves to | 0 |
| Table moves from | 0 |
| Embedded Graphics (Visio, ChemDraw, Images etc.) | 0 |
| Embedded Excel | 0 |
| Format changes | 0 |
| **Total Changes:** | 7 |