**JENNER & BLOCK LLP**
Vincent E. Lazar (admitted *pro hac vice*)
Derek L. Wright (admitted *pro hac vice*)
Angela M. Allen (admitted *pro hac vice*)
353 N. Clark Street
Chicago, IL 60654
Telephone:     (312) 222-9350
Facsimile:     (312) 527-0484
Email: vlazar@jenner.com
  dwright@jenner.com
  aallen@jenner.com

**HAYNES AND BOONE, LLP**
Charles A. Beckham, Jr. (TX #02016600)
Ian T. Peck (TX #24013306)
Martha Wyrick (TX #24101606)
2801 N. Harwood Street, Ste. 2300
Dallas, TX 75201
Telephone: (214) 651-5000
Facsimile: (214) 651-5940
Email: charles.beckham@haynesboone.com
  ian.peck@haynesboone.com
  martha.wyrick@haynesboone.com

*Counsel for the Debtors and Debtors in
Possession*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| OMNICARE, LLC, *et al.*,[1] | ) | Case No. 25-80486 (SGJ) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | Related to Docket No. 930 |

**CERTIFICATE OF NO OBJECTION REGARDING DEBTORS'
SECOND OMNIBUS OBJECTION TO CERTAIN CLAIMS
<u>(Incorrect Debtor and/or Incorrect Amount)</u>**

  **PLEASE TAKE NOTICE** that on June 2, 2026, Omnicare, LLC ("**Omnicare**") and

certain of its affiliates (collectively, the "**Debtors**") filed their *Debtors' Second Omnibus Objection*

*to Certain Claims (Incorrect Debtor and/or Incorrect Amount)* [Docket No. 930] (the "**Second**

---

[1] The last four digits of Omnicare, LLC's federal tax identification number are 1351. There are 110 Debtors in these chapter 11 cases, which are being jointly administered for procedural purposes only. A complete list of the Debtors and the last four digits of their federal tax identification numbers may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Omnicare. The location of Omnicare, LLC's corporate headquarters and the Debtors' service address is One CVS Drive, Mail Code 1160, Woonsocket, RI 02895.

**Omnibus Objection**"). The Second Omnibus Objection was served on June 2, 2026, as indicated on the Certificate of Service filed at Docket No. 953.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the *Order Approving Omnibus Claim Objection Procedures* [Docket No. 623] (the "**Procedures Order**"), any responses to the Second Omnibus Objection were due on or before July 2, 2026 (the "**Response Deadline**").

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Procedures Order, "A Response that is not filed in accordance with the procedures set forth herein may not be considered by the Court at the Hearing. Absent reaching an agreement with the Debtors resolving the objection to a Claim, failure to timely file and serve a Response as set forth herein or to appear at the Hearing may result in the Court granting the Omnibus Objection without further notice or hearing." Docket No. 623, Exhibit 1, ¶ 11. Moreover, Section I of the *Procedures for Complex Cases in the Northern District of Texas* provides that after a response deadline has passed, and no responses have been filed or received, counsel for the movant should file a Certificate of No Objection ("**CNO**"). Upon filing of a CNO, the Court may enter the order without further notice or hearing.

**PLEASE TAKE FURTHER NOTICE** that as of the filing of this CNO no responsive pleading from any party to the Second Omnibus Objection has been (a) filed with the Court on the docket of the above-captioned chapter 11 cases or (b) served on the Debtors or their counsel. Accordingly, the Debtors respectfully request entry of the proposed order granting the Second Omnibus Objection, a copy of which is attached hereto as **Exhibit A**.

*[Remainder of page intentionally left blank]*

2

Dated: July 6, 2026

**HAYNES AND BOONE, LLP**

*/s/ Martha Wyrick*
Charles A. Beckham, Jr. (TX #02016600)
Ian T. Peck (TX #24013306)
Martha Wyrick (TX #24101606)
2801 N. Harwood Street, Ste. 2300
Dallas, Texas 75201
Telephone: (214) 651-5000
Facsimile: (214) 651-5940
Email: charles.beckham@haynesboone.com
           ian.peck@haynesboone.com
           martha.wyrick@haynesboone.com

**JENNER & BLOCK LLP**

Vincent E. Lazar (admitted *pro hac vice*)
Derek L. Wright (admitted *pro hac vice*)
Angela M. Allen (admitted *pro hac vice*)
353 N. Clark Street
Chicago, Illinois 60654
Telephone: (312) 222-9350
Facsimile: (312) 527-0484
Email: vlazar@jenner.com
           dwright@jenner.com
           aallen@jenner.com

*Counsel to the Debtors and
Debtors in Possession*

## CERTIFICATE OF SERVICE

I certify that on the 6th day of July 2026, I caused a copy of the foregoing document to be served via CM/ECF to all parties authorized to receive electronic notices in these cases.

*/s/ Martha Wyrick*
Martha Wyrick

3

**<u>Exhibit A</u>**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| OMNICARE, LLC, *et al.*,[1] | ) | Case No. 25-80486 (SGJ) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | Related to Docket No. 930 |

**ORDER REGARDING DEBTORS' SECOND
OMNIBUS OBJECTION TO CERTAIN CLAIMS
(Incorrect Debtor and/or Incorrect Amount)**

On this day came on for consideration the *Debtors' Second Omnibus Objection to Certain*

*Claims (Incorrect Debtor and/or Incorrect Amount)* (the "**Objection**")[2], filed by Omnicare, LLC

---

[1] The last four digits of Omnicare, LLC's federal tax identification number are 1351. There are 110 Debtors in these chapter 11 cases, which are being jointly administered for procedural purposes only. A complete list of the Debtors and the last four digits of their federal tax identification numbers may be obtained on the website of the Debtors' claims and noticing agent at https://cases.stretto.com/Omnicare. The location of Omnicare, LLC's corporate headquarters and the Debtors' service address is One CVS Drive, Mail Code 1160, Woonsocket, RI 02895.

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Objection.

and its debtor affiliates, as debtors and debtors-in-possession in the above-referenced chapter 11 cases (collectively, the "**Debtors**"); and having considered the Objection; and this Court having jurisdiction to consider the Objection and the relief requested therein pursuant to 28 U.S.C. § 1334; and consideration of the Objection and the requested relief being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Objection having been provided; and such notice having been adequate and appropriate under the circumstances, and it appearing that no other or further notice need be provided; and this Court having reviewed the Objection; and upon any hearing held on the Objection; and all responses, if any, to the Objection have been withdrawn, resolved, or overruled; and this Court having determined that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and it appearing that the relief requested in the Objection is in the best interests of the Debtors and their respective estates and creditors; and upon all of the proceedings had before this Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT**

1.      The Objection is granted as set forth herein.

2.      Each Disputed Claim identified in **Exhibits 1, 2, and 3** attached hereto is modified as to the amount and/or Debtor entity identified therein.  The Debtors reserve the right to object to the Disputed Claims on additional bases as necessary.  Nothing herein shall constitute an admission or finding concerning the amount or validity of any of the surviving claims identified on **Exhibits 1, 2, and 3** attached hereto.

3.      To the extent that a Response was filed regarding any Disputed Claim, each such Disputed Claim, and the Objection as it pertains to such Disputed Claim, constitutes a separate

2

contested matter as contemplated by Bankruptcy Rule 9014. This Order will be deemed a separate order with respect to each Disputed Claim.

4.      Except as expressly provided otherwise, nothing contained in the Objection or this Order or any payment made pursuant to the authority granted by this Order is intended to be or shall be deemed as (i) an admission as to the validity of any claim against the Debtors, (ii) a waiver or limitation of the Debtors' or any party in interest's rights under the Bankruptcy Code or any other applicable non-bankruptcy law, (iii) a waiver of the obligation of any party in interest to timely file a proof of claim, (iv) an agreement or obligation to pay any claims, or (v) a waiver of any claims or causes of action that may exist against any creditor or interest holder.

5.      The Debtors' claims, noticing, and solicitation agent, Stretto, Inc., is authorized to take all actions necessary or appropriate to carry out the relief granted in this Order, including updating the Claims Register to reflect such relief.

6.      The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

7.      This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order to the extent permitted by applicable law.

# # #   END OF ORDER   # # #

**Submitted by:**

**HAYNES AND BOONE, LLP**
Charles A. Beckham, Jr. (TX #02016600)
Ian T. Peck (TX #24013306)
Martha Wyrick (TX #24101606)
2801 N. Harwood Street, Ste. 2300
Dallas, TX 75201
Telephone: (214) 651-5000
Facsimile: (214) 651-5940
Email:   charles.beckham@haynesboone.com
        ian.peck@haynesboone.com
        martha.wyrick@haynesboone.com

**JENNER & BLOCK LLP**
Vincent E. Lazar (admitted *pro hac vice*)
Derek L. Wright (admitted *pro hac vice*)
Angela M. Allen (admitted *pro hac vice*)
353 N. Clark Street
Chicago, IL 60654
Telephone: (312) 222-9350
Facsimile:(312) 527-0484
Email:   vlazar@jenner.com
        dwright@jenner.com
        aallen@jenner.com

*Counsel for the Debtors and Debtors in Possession*

## Exhibit 1

**Incorrect Amount**

Omnicare, LLC Case No. 25-80486 (SGJ)
Second Omnibus Objection
Exhibit 1 - Incorrect Amount Claims

|  | | | | ASSERTED CLAIMS | | | SURVIVING MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|
|  | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 1 | DUKE ENERGY CAROLINAS C/O HAYNSWORTH SINKLER BOYD, PA ATTN: MARY M. CASKEY, ESQ. PO BOX 11889 COLUMBIA, SC 29211 | 272 | Pharmacy Consultants, LLC | Unsecured | $10,114.07 | Pharmacy Consultants, LLC | Unsecured | $6,870.02 |

Reason:  Proof of claim asserts $10,114.07 for unpaid invoices. Invoices for account 910034859946 were partially satisfied in the amount of $3,244.05. The claim has been modified to reflect the total remaining balance of $6,870.02.

| 2 | DUKE ENERGY OHIO C/O HAYNSWORTH SINKLER BOYD, PA ATTN: MARY M. CASKEY, ESQ. PO BOX 11889 COLUMBIA, SC 29211 | 270 | Home Care Pharmacy, LLC | Unsecured | $3,458.48 | Home Care Pharmacy, LLC | Unsecured | $478.94 |

Reason:  Proof of claim asserts $3,458.48 for unpaid invoices. Invoices for account 910117546669 were partially satisfied in the amount of $1,068.82. Invoices for account 910117546560 were partially satisfied in the amount of $1,762.99. Invoices for account 910117546619 were partially satisfied in the amount of $147.73. The claim has been modified to reflect the total remaining balance of $478.94.

|  | | | TOTAL | | $13,572.55 | TOTAL | | $7,348.96 |

## Exhibit 2

**Incorrect Debtor**

Omnicare, LLC Case No. 25-80486 (SGJ)
Second Omnibus Objection
Exhibit 2 - Incorrect Debtor Claims

| | NAME | CLAIM # | ASSERTED CLAIMS DEBTOR | PRIORITY STATUS | AMOUNT | SURVIVING MODIFIED CLAIMS DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | AES INDIANA ATTN: FRAN DAVIDSON 1 MONUMENT CIRCLE - 2ND FLOOR PAYMENTS INDIANAPOLIS, IN 46204 | 160 | Omnicare, LLC | Unsecured | $11,029.88 | PRN Pharmaceutical Services, LP | Unsecured | $11,029.88 |
| | Reason: Proof of Claim asserts $11,029.88 for unpaid invoices filed at Omnicare, LLC. The liability asserted on the proof of claim is allocated to PRN Pharmaceutical Services, LP. | | | | | | | |
| 2 | AMEREN MISSOURI PO BOX 66881 BANKRUPTCY DESK MC 310 SAINT LOUIS, MO 63166 | 406 | Omnicare, LLC | Unsecured | $22,155.99 | Interlock Pharmacy Systems, LLC | Unsecured | $22,155.99 |
| | Reason: Proof of Claim asserts $22,155.99 for unpaid invoices filed at Omnicare, LLC. The liability asserted on the proof of claim is allocated to Interlock Pharmacy Systems, LLC. | | | | | | | |
| 3 | ATMOS ENERGY CORPORATION [TAP WORLDWIDE LLC, 4 WHEEL PARTS WHOLESALE] ATTN: BANKRUPTCY GROUP PO BOX 650205 DALLAS, TX 75265-0205 | 140 | Omnicare, LLC | Unsecured | $10,555.70 | Campo's Medical Pharmacy, LLC | Unsecured | $190.37 |
| | | | | | | Compscript, LLC | Unsecured | $51.66 |
| | | | | | | NCS Healthcare of Kentucky, LLC | Unsecured | $10,028.79 |
| | | | | | | Omnicare Pharmacy of Texas 1, LP | Unsecured | $193.90 |
| | | | | | | Omnicare Pharmacy of Texas 2, LP | Unsecured | $90.98 |
| | | | | | | | Subtotal | $10,555.70 |
| | Reason: Proof of claim asserts $10,555.70 for unpaid invoices filed at Omnicare, LLC. Invoices for account 3002081140 and 3002081346 are allocated to Campo's Medical Pharmacy, LLC in the amount of $190.37. Invoices for account 3019346056 are allocated to Compscript, LLC in the amount of $51.66. Invoices for account 3046247013 are allocated to NCS Healthcare of Kentucky, LLC in the amount of $10,028.79. Invoices for account 3034780398 and 3070677469 are allocated to Omnicare Pharmacy of Texas 1, LP in the amount of $193.90. Invoices for account 3005432505 are allocated to Omnicare Pharmacy of Texas 2, LP in the amount of $90.98. | | | | | | | |

1

Omnicare, LLC Case No. 25-80486 (SGJ)
Second Omnibus Objection
Exhibit 2 - Incorrect Debtor Claims

| | NAME | CLAIM # | ASSERTED CLAIMS DEBTOR | PRIORITY STATUS | AMOUNT | SURVIVING MODIFIED CLAIMS DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 4 | CITY OF ALEXANDRIA, LOUISIANA ATTN: RICHARD A. ROZANSKI, APLC PO BOX 13199 ALEXANDRIA, LA 71315-3199 | 100 | Omnicare, LLC | Unsecured | $1,881.59 | Pharmed Holdings, LLC | Unsecured | $1,881.59 |

Reason:  Proof of Claim asserts $1,881.59 for unpaid invoices filed at Omnicare, LLC. The liability asserted on the proof of claim is allocated to Pharmed Holdings, LLC.

| 5 | CITY OF AUSTIN [AUSTIN ENERGY] ATTN: BANKRUPTCY 4815 MUELLER BLVD AUSTIN, TX 78723 | 110 | Omnicare, LLC | Unsecured | $2,468.56 | APS-Summit Care Pharmacy, L.L.C. | Unsecured | $2,468.56 |

Reason:  Proof of Claim asserts $2,468.56 for unpaid invoices filed at Omnicare, LLC. The liability asserted on the proof of claim is allocated to APS-Summit Care Pharmacy, L.L.C..

| 6 | CITY OF ESCANABA, MI PO BOX 948 ESCANABA, MI 49829-0948 | 211 | Omnicare, LLC | Unsecured | $223.86 | Specialized Pharmacy Services, LLC | Unsecured | $223.86 |

Reason:  Proof of Claim asserts $223.86 for unpaid invoices filed at Omnicare, LLC. The liability asserted on the proof of claim is allocated to Specialized Pharmacy Services, LLC.

| 7 | CITY OF HENDERSON, KY PO BOX 716 HENDERSON, KY 42420-0716 | 278 | Omnicare, LLC | Unsecured | $2,369.03 | Badger Acquisition of Kentucky LLC | Unsecured | $2,369.03 |

Reason:  Proof of Claim asserts $2,369.03 for unpaid invoices filed at Omnicare, LLC. The liability asserted on the proof of claim is allocated to Badger Acquisition of Kentucky LLC.

Omnicare, LLC Case No. 25-80486 (SGJ)
Second Omnibus Objection
Exhibit 2 - Incorrect Debtor Claims

| | NAME | CLAIM # | ASSERTED CLAIMS | | | SURVIVING MODIFIED CLAIMS | | |
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 8 | CITY OF LYNCHBURG BILLINGS & COLLECTIONS ATTN: HEATHER S HAMLET PO BOX 603 UNIT B LYNCHBURG, VA 24505 | 138 | Omnicare, LLC | Unsecured | $60.48 | Williamson Drug Company, LLC | Unsecured | $60.48 |

Reason:  Proof of Claim asserts $60.48 for unpaid invoices filed at Omnicare, LLC. The liability asserted on the proof of claim is allocated to Williamson Drug Company, LLC.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 9 | CITY OF RICHMOND, DEPT OF PUBLIC UTILITIES ATTN: SANDRA L WALKER 730 E BROAD ST 5TH FL RICHMOND, VA 23219 | 429 | Omnicare, LLC | Unsecured | $320.20 | NeighborCare Pharmacy of Virginia, LLC | Unsecured | $320.20 |

Reason:  Proof of Claim asserts $320.20 for unpaid invoices filed at Omnicare, LLC. The liability asserted on the proof of claim is allocated to NeighborCare Pharmacy of Virginia, LLC.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 10 | CONNECTICUT LIGHT & POWER DBA EVERSOURCE C/O LEGAL DEPT ATTN:  HONOR HEATH 107 SELDEN AVE BERLIN, CT 06037 | 98 | Omnicare, LLC | Unsecured | $9,647.63 | Value Health Care Services LLC | Unsecured | $9,647.63 |

Reason:  Proof of Claim asserts $9,647.63 for unpaid invoices filed at Omnicare, LLC. The liability asserted on the proof of claim is allocated to Value Health Care Services LLC.

3

Omnicare, LLC Case No. 25-80486 (SGJ)
Second Omnibus Objection
Exhibit 2 - Incorrect Debtor Claims

| | NAME | CLAIM # | ASSERTED CLAIMS DEBTOR | PRIORITY STATUS | AMOUNT | SURVIVING MODIFIED CLAIMS DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 11 | CONSUMERS ENERGY COMPANY ATTN: MARY MACDONALD; LEGAL DEPT ONE ENERGY PLAZA JACKSON, MI 49201 | 78 | Omnicare, LLC | Unsecured | $3,911.43 | TCPI Acquisition, LLC | Unsecured | $3,911.43 |

Reason: Proof of Claim asserts $3,911.43 for unpaid invoices filed at Omnicare, LLC. The liability asserted on the proof of claim is allocated to TCPI Acquisition, LLC.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 12 | DUKE ENERGY PROGRESS C/O HAYNSWORTH SINKLER BOYD, PA ATTN: MARY M. CASKEY, ESQ. PO BOX 11889 COLUMBIA, SC 29211 | 266 | NeighborCare Pharmacies, LLC | Unsecured | $228.70 | Omnicare of New York, LLC | Unsecured | $228.70 |

Reason: Proof of Claim asserts $228.70 for unpaid invoices filed at NeighborCare Pharmacies, LLC. The liability asserted on the proof of claim is allocated to Omnicare of New York, LLC.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 13 | DUQUESNE LIGHT COMPANY C/O BERNSTEIN-BURKLEY, PC ATTN: KERI P. EBECK 601 GRANT STREET, 9TH FLOOR PITTSBURGH, PA 15219 | 179 | Omnicare, LLC | Unsecured | $1,695.14 | Omnicare Pharmacies of Pennsylvania West LLC | Unsecured | $1,695.14 |

Reason: Proof of Claim asserts $1,695.14 for unpaid invoices filed at Omnicare, LLC. The liability asserted on the proof of claim is allocated to Omnicare Pharmacies of Pennsylvania West LLC.

Omnicare, LLC Case No. 25-80486 (SGJ)
Second Omnibus Objection
Exhibit 2 - Incorrect Debtor Claims

| | NAME | CLAIM # | ASSERTED CLAIMS DEBTOR | PRIORITY STATUS | AMOUNT | SURVIVING MODIFIED CLAIMS DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 14 | ENSTAR NATURAL GAS COMPANY ATTN: PAMELA HARDY PO BOX 190288 ANCHORAGE, AK 99519 | 204 | Omnicare, LLC | Unsecured | $913.42 | Geneva Woods Pharmacy, LLC | Unsecured | $913.42 |

Reason:  Proof of Claim asserts $913.42 for unpaid invoices filed at Omnicare, LLC. The liability asserted on the proof of claim is allocated to Geneva Woods Pharmacy, LLC.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 15 | ENTERGY LOUISIANA LLC ATTN: KAREN HARRISON 4809 JEFFERSON HIGHWAY L-JEF-359 NEW ORLEANS, LA 70121-3138 | 127 | Omnicare, LLC | Unsecured | $708.49 | Campo's Medical Pharmacy, LLC | Unsecured | $708.49 |

Reason:  Proof of Claim asserts $708.49 for unpaid invoices filed at Omnicare, LLC. The liability asserted on the proof of claim is allocated to Campo's Medical Pharmacy, LLC.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 16 | ENTERGY MISSISSIPPI LLC ATTN: KAREN HARRISON 4809 JEFFERSON HIGHWAY L-JEF-359 NEW ORLEANS, LA 70121-3138 | 128 | Omnicare, LLC | Unsecured | $4,390.53 | Compscript, LLC | Unsecured | $4,390.53 |

Reason:  Proof of Claim asserts $4,390.53 for unpaid invoices filed at Omnicare, LLC. The liability asserted on the proof of claim is allocated to Compscript, LLC.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 17 | INDIANA MICHIGAN POWER COMPANY [AMERICAN ELECTRIC POWER] | 144 | Omnicare, LLC | Unsecured | $3,191.09 | NeighborCare of Indiana, LLC | Unsecured | $3,191.09 |

Reason:  Proof of Claim asserts $3,191.09 for unpaid invoices filed at Omnicare, LLC. The liability asserted on the proof of claim is allocated to NeighborCare of Indiana, LLC.

Omnicare, LLC Case No. 25-80486 (SGJ)
Second Omnibus Objection
Exhibit 2 - Incorrect Debtor Claims

| | NAME | CLAIM # | ASSERTED CLAIMS DEBTOR | PRIORITY STATUS | AMOUNT | SURVIVING MODIFIED CLAIMS DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 18 | MIDAMERICAN ENERGY COMPANY ATTN: CREDIT PO BOX 4350 DAVENPORT, IA 52808-4350 | 41 | Omnicare, LLC | Unsecured | $3,193.15 | Enloe Drugs LLC | Unsecured | $598.88 |
| | | | | | | NCS Healthcare of Iowa, LLC | Unsecured | $2,594.27 |
| | | | | | | | Subtotal | $3,193.15 |

Reason:  Proof of claim asserts $3,193.15 for unpaid invoices filed at Omnicare, LLC. Invoices for account 09390-40036 and 03671-07051 are allocated to NCS Healthcare of Iowa, LLC in the amount of $2,594.27 and invoices for account 16351-42019 are allocated to Enloe Drugs LLC in the amount of $598 .88.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 19 | NATIONAL GRID ATTN: LISA MUSUMECI 300 ERIE BLVD W SYRACUSE, NY 13202 | 205 | Omnicare, LLC | Unsecured | $2,599.42 | Pharmacy Associates of Glens Falls, LLC | Unsecured | $2,599.42 |

Reason:  Proof of Claim asserts $2,599.42 for unpaid invoices filed at Omnicare, LLC. The liability asserted on the proof of claim is allocated to Pharmacy Associates of Glens Falls, LLC.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 20 | NEVADA POWER COMPANY D/B/A NV ENERGY CANDACE R. HARRIMAN NV ENERGY PO BOX 10100 RENO, NV 89520 | 175 | Omnicare, LLC | Unsecured | $584.57 | Omnicare of Nevada, LLC | Unsecured | $584.57 |

Reason:  Proof of Claim asserts $584.57 for unpaid invoices filed at Omnicare, LLC. The liability asserted on the proof of claim is allocated to Omnicare of Nevada, LLC.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 21 | NORTHWESTERN ENERGY ATTN: TONY FLYNN 11 E PARK ST BUTTE, MT 59701 | 234 | Omnicare, LLC | Unsecured | $547.05 | NCS Healthcare of Montana, LLC | Unsecured | $547.05 |

Reason:  Proof of Claim asserts $547.05 for unpaid invoices filed at Omnicare, LLC. The liability asserted on the proof of claim is allocated to NCS Healthcare of Montana, LLC.

Omnicare, LLC Case No. 25-80486 (SGJ)

Second Omnibus Objection

Exhibit 2 - Incorrect Debtor Claims

| | NAME | CLAIM # | ASSERTED CLAIMS | | | SURVIVING MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|---|
| | | | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 22 | OKLAHOMA GAS AND ELECTRIC COMPANY ATTN: NATE KERN PO BOX 321 M223 OKLAHOMA CITY, OK 73101 | 310 | NeighborCare Pharmacies, LLC | Unsecured | $2,432.18 | Langsam Health Services, LLC | Unsecured | $2,432.18 |
| | Reason:  Proof of Claim asserts $2,432.18 for unpaid invoices filed at NeighborCare Pharmacies, LLC. The liability asserted on the proof of claim is allocated to Langsam Health Services, LLC. | | | | | | | |
| 23 | OKLAHOMA NATURAL GAS ATTN: KRISTIN JOHNSON PO BOX 401 OKLAHOMA CITY, OK 73101-0401 | 221 | Omnicare, LLC | Unsecured | $1,009.78 | Langsam Health Services, LLC | Unsecured | $1,009.78 |
| | Reason:  Proof of Claim asserts $1,009.78 for unpaid invoices filed at Omnicare, LLC. The liability asserted on the proof of claim is allocated to Langsam Health Services, LLC. | | | | | | | |
| 24 | OMAHA PUBLIC POWER DISTRICT [OPPD] PO BOX 3995 OMAHA, NE 68103-0995 | 40 | Omnicare Pharmacy and Supply Services LLC | Unsecured | $5,017.41 | Omnicare Pharmacy of Nebraska, LLC | Unsecured | $5,017.41 |
| | Reason:  Proof of Claim asserts $5,017.41 for unpaid invoices filed at Omnicare Pharmacy and Supply Services LLC. The liability asserted on the proof of claim is allocated to Omnicare Pharmacy of Nebraska, LLC. | | | | | | | |
| 25 | PNM PNM 414 SILVER AVE SW ALBUQUERQUE, NM 87102 | 159 | Omnicare, LLC | Unsecured | $8,325.42 | NCS Healthcare of New Mexico, LLC | Unsecured | $8,325.42 |
| | Reason:  Proof of Claim asserts $8,325.42 for unpaid invoices filed at Omnicare, LLC. The liability asserted on the proof of claim is allocated to NCS Healthcare of New Mexico, LLC. | | | | | | | |

Omnicare, LLC Case No. 25-80486 (SGJ)
Second Omnibus Objection
Exhibit 2 - Incorrect Debtor Claims

| | NAME | CLAIM # | ASSERTED CLAIMS DEBTOR | PRIORITY STATUS | AMOUNT | SURVIVING MODIFIED CLAIMS DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 26 | PRATTVILLE WATER WORKS BOARD ATTN: LEE RADCLIFF 114 E MAIN ST PRATTVILLE, AL 36067 | 374 | Omnicare, LLC | Unsecured | $36.08 | UC Acquisition, LLC | Unsecured | $36.08 |

Reason:  Proof of Claim asserts $36.08 for unpaid invoices filed at Omnicare, LLC. The liability asserted on the proof of claim is allocated to UC Acquisition, LLC.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 27 | PSEG BANKRUPTCY DEPT. PO BOX 709 NEWARK, NJ 07101 | 233 | Omnicare, LLC | Unsecured | $5,175.11 | Care4, L.P. | Unsecured | $4,917.11 |
| | | | | | | CHP Acquisition, LLC | Unsecured | $258.00 |
| | | | | | | | Subtotal | $5,175.11 |

Reason:  Proof of claim asserts $5,175.11 for unpaid invoices filed at Omnicare, LLC. Invoices for account 42 130 014 07 are allocated to Care4, L.P. in the amount of $4,917.11. Invoices for account 66 876 530 08, 67 200 363 00, and 67 405 673 01 are allocated to CHP Acquisition, LLC in the amount of $258.00.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 28 | PUBLIC SERVICE COMPANY DBA XCEL ENERGY ATTN: BANKRUPTCY DEPARTMENT 414 NICOLLET MALL MINNEAPOLIS, MN 55401 | 69 | NeighborCare Pharmacies, LLC | Unsecured | $5,847.38 | Omnicare of New York, LLC | Unsecured | $5,847.38 |

Reason:  Proof of Claim asserts $5,847.38 for unpaid invoices filed at NeighborCare Pharmacies, LLC. The liability asserted on the proof of claim is allocated to Omnicare of New York, LLC.

Omnicare, LLC Case No. 25-80486 (SGJ)
Second Omnibus Objection
Exhibit 2 - Incorrect Debtor Claims

|  | NAME | CLAIM # | ASSERTED CLAIMS DEBTOR | PRIORITY STATUS | AMOUNT | SURVIVING MODIFIED CLAIMS DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 29 | PUBLIC SERVICE OF NEW HAMPSHIRE DBA EVERSOURCE C/O LEGAL DEPT ATTN: HONOR HEATH 107 SELDEN AVE BERLIN, CT 06037 | 94 | Omnicare, LLC | Unsecured | $10,121.86 | NeighborCare of New Hampshire, L.L.C. | Unsecured | $10,121.86 |

Reason:  Proof of Claim asserts $10,121.86 for unpaid invoices filed at Omnicare, LLC. The liability asserted on the proof of claim is allocated to NeighborCare of New Hampshire, L.L.C..

|  | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 30 | SIERRA PACIFIC POWER COMPANY D/B/A NV ENERGY ATTN: CANDACE R. HARRIMAN NV ENERGY PO BOX 10100 RENO, NV 89520 | 176 | Omnicare, LLC | Unsecured | $644.03 | Omnicare of Nevada, LLC | Unsecured | $644.03 |

Reason:  Proof of Claim asserts $644.03 for unpaid invoices filed at Omnicare, LLC. The liability asserted on the proof of claim is allocated to Omnicare of Nevada, LLC.

|  | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 31 | SOUTHERN CALIFORNIA EDISON COMPANY PO BOX 6109 COVINA, CA 91722 | 400 | Omnicare, LLC | Unsecured | $10,457.98 | Evergreen Pharmaceutical of California, LLC | Unsecured | $10,457.98 |

Reason:  Proof of Claim asserts $10,457.98 for unpaid invoices filed at Omnicare, LLC. The liability asserted on the proof of claim is allocated to Evergreen Pharmaceutical of California, LLC.

Omnicare, LLC Case No. 25-80486 (SGJ)
Second Omnibus Objection
Exhibit 2 - Incorrect Debtor Claims

| | NAME | CLAIM # | ASSERTED CLAIMS DEBTOR | PRIORITY STATUS | AMOUNT | SURVIVING MODIFIED CLAIMS DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 32 | TECO TAMPA ELECTRIC COMPANY ATTN: CREDIT & COLLEDTIONS PO BOX 111 TAMPA, FL 33604 | 299 | Omnicare, LLC | Unsecured | $3,852.38 | Omnicare Pharmacy of Florida, LLC | Unsecured | $3,852.38 |

Reason:  Proof of Claim asserts $3,852.38 for unpaid invoices filed at Omnicare, LLC. The liability asserted on the proof of claim is allocated to Omnicare Pharmacy of Florida, LLC.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 33 | TEXAS GAS SERVICE ATTN: KRISTIN JOHNSON PO BOX 401 OKLAHOMA CITY, OK 73101-0401 | 220 | Omnicare, LLC | Unsecured | $19.66 | APS-Summit Care Pharmacy, L.L.C. | Unsecured | $19.66 |

Reason:  Proof of Claim asserts $19.66 for unpaid invoices filed at Omnicare, LLC. The liability asserted on the proof of claim is allocated to APS-Summit Care Pharmacy, L.L.C..

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 34 | UNITIL ME GAS OPERATIONS ATTN: UNITIL CREDIT DEPARMENT 5 MCGUIRE ST PO BOX 981077 BOSTON, MA 02298-1010 | 212 | Omnicare, LLC | Unsecured | $255.56 | Uni-Care Health Services of Maine, LLC | Unsecured | $255.56 |

Reason:  Proof of Claim asserts $255.56 for unpaid invoices filed at Omnicare, LLC. The liability asserted on the proof of claim is allocated to Uni-Care Health Services of Maine, LLC.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 35 | UPPER MERION TOWNSHIP [UPPER MERION SEWER REVENUE] ATTN: DAWN ZADROGA 175 W. VALLEY FORGE RD KING OF PRUSSIA, PA 19406 | 172 | Omnicare, LLC | Unsecured | $979.22 | Suburban Medical Services, LLC | Unsecured | $979.22 |

Reason:  Proof of Claim asserts $979.22 for unpaid invoices filed at Omnicare, LLC. The liability asserted on the proof of claim is allocated to Suburban Medical Services, LLC.

10

Omnicare, LLC Case No. 25-80486 (SGJ)
Second Omnibus Objection
Exhibit 2 - Incorrect Debtor Claims

| | NAME | CLAIM # | ASSERTED CLAIMS DEBTOR | PRIORITY STATUS | AMOUNT | SURVIVING MODIFIED CLAIMS DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 36 | WE ENERGIES ATTN: BANKRUPTCY; TONI SMITH 333 W EVERETT ST MILWAUKEE, WI 53203 | 235 | Omnicare, LLC | Unsecured | $595.12 | NCS Healthcare of Wisconsin, LLC | Unsecured | $595.12 |

Reason:  Proof of Claim asserts $595.12 for unpaid invoices filed at Omnicare, LLC. The liability asserted on the proof of claim is allocated to NCS Healthcare of Wisconsin, LLC.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 37 | YANKEE GAS COMPANY DBA EVERSOURCE ATTN:  HONOR HEATH, LEGAL DEPT 107 SELDEN AVE BERLIN, CT 06037 | 96 | Omnicare, LLC | Unsecured | $1,083.00 | Value Health Care Services LLC | Unsecured | $1,083.00 |

Reason:  Proof of Claim asserts $1,083.00 for unpaid invoices filed at Omnicare, LLC. The liability asserted on the proof of claim is allocated to Value Health Care Services LLC.

| | | | TOTAL | | $138,528.08 | TOTAL | | $138,528.08 |

11

**Exhibit 3**

**Incorrect Debtor and Incorrect Amount**

Omnicare, LLC Case No. 25-80486 (SGJ)
Second Omnibus Objection

## Exhibit 3 - Incorrect Debtor and Incorrect Amount Claims

| | | | ASSERTED CLAIMS | | | SURVIVING MODIFIED CLAIMS | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
| 1 | APPALACHIAN POWER COMPANY [AMERICAN ELECTRIC POWER] 4001 MAYFLOWER DR LYNCHBURG, VA 24501 | 143 | Omnicare, LLC | Unsecured | $1,798.67 | Williamson Drug Company, LLC | Unsecured | $1,087.62 |

Reason: Proof of claim asserts $1,798.67 for unpaid invoices filed at Omnicare, LLC. The invoice dated 09/05/2025 for account *6637 was paid in full, and a subsequent credit was applied to the post-petition account. The claim has been modified to reflect the remaining balance of $1,087.62 and is allocated to Williamson Drug Company, LLC.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2 | DOMINION ENERGY SOUTH CAROLINA ATTN: BANKRUPTCY 220 OPERATION WAY MC - OSC 1A CAYCE, SC 29033 | 344 | Omnicare, LLC | Unsecured | $1,500.81 | NCS Healthcare of South Carolina, LLC | Unsecured | $1,471.27 |

Reason: Proof of claim asserts $1,500.81 for unpaid invoices filed at Omnicare, LLC. Invoice for account *0851 asserts post-petition charges in the amount of $29.54, which were paid on 11/21/2025. The claim has been modified to reflect the total remaining balance of $1,471.27 and is allocated to NCS Healthcare of South Carolina, LLC.

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 3 | DUKE ENERGY CAROLINAS C/O HAYNSWORTH SINKLER BOYD, PA ATTN: MARY M. CASKEY, ESQ. PO BOX 11889 COLUMBIA, SC 29211 | 271 | Omnicare, LLC | Unsecured | $3,424.62 | Omnicare Pharmacy of North Carolina, LLC | Unsecured | $2,592.70 |

Reason: Proof of claim asserts $3,424.62 for unpaid invoices filed at Omnicare, LLC. Invoices for accounts 910036284195, 910036283491 and 910034593353 are allocated to a non-debtor affiliate in the amount of $831.92. Invoices for account 910035400775 are allocated to Omnicare Pharmacy of North Carolina, LLC in the amount of $2,592.70.

*Indicates claim contains unliquidated and/or undetermined amounts

Omnicare, LLC Case No. 25-80486 (SGJ)
Second Omnibus Objection
Exhibit 3 - Incorrect Debtor and Incorrect Amount Claims

| | NAME | CLAIM # | ASSERTED CLAIMS DEBTOR | PRIORITY STATUS | AMOUNT | SURVIVING MODIFIED CLAIMS DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 4 | DUKE ENERGY KENTUCKY C/O HAYNSWORTH SINKLER BOYD, PA ATTN: MARY M. CASKEY, ESQ. PO BOX 11889 COLUMBIA, SC 29211 | 269 | Omnicare, LLC | Unsecured | $5,418.71 | D&R Pharmaceutical Services, LLC | Unsecured | $650.60 |

Reason:  Proof of claim asserts $5,418.71 for unpaid invoices filed at Omnicare, LLC. Invoices for account 910120216348 were partially satisfied in the amount of $133.75. Invoices for account 910118665875 were partially satisfied in the amount of $4,136.55. Invoices for account 910117753812 were partially satisfied in the amount of $497.81. The claim has been modified to reflect the total remaining balance of $650.60 and is allocated to D&R Pharmaceutical Services, LLC.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 5 | LOUISVILLE GAS AND ELECTRIC COMPANY C/O REMITTANCE & COLLECTION ATTN: KATHERINE BULLOCK 820 W BROADWAY LOUISVILLE, KY 40202 | 111 | Omnicare, LLC | Unsecured | $2,619.88 | D&R Pharmaceutical Services, LLC | Unsecured | $6.53 |

Reason:  Proof of claim asserts $2,619.88 for unpaid invoices filed at Omnicare, LLC. Invoice for account 300010409401 was partially satisfied in the amount of $2,316.93. Invoice for account 300010409872 was fully paid in the amount of $296.42. The claim has been modified to reflect the remaining balance of $6.53 and is allocated to D&R Pharmaceutical Services, LLC.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 6 | NICOR GAS PO BOX 549 AURORA, IL 60507 | 373 | Omnicare, LLC | Unsecured | $736.45 | JHC Acquisition LLC | Unsecured | $575.97 |

Reason:  Proof of claim asserts $736.45 for unpaid invoices filed at Omnicare, LLC. Invoices for account 33-33-24-00002 were partially satisfied in the amount of $160.48. The claim has been modified to reflect the total remaining balance of $575.97 and is allocated to JHC Acquisition LLC.

*Indicates claim contains unliquidated and/or undetermined amounts

Omnicare, LLC Case No. 25-80486 (SGJ)

Second Omnibus Objection

## Exhibit 3 - Incorrect Debtor and Incorrect Amount Claims

| | NAME | CLAIM # | ASSERTED CLAIMS DEBTOR | PRIORITY STATUS | AMOUNT | SURVIVING MODIFIED CLAIMS DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 7 | OHIO POWER COMPANY [AMERICAN ELECTRIC POWER OHIO, AEP OHIO] 1 RIVERSIDE PLAZA COLUMBUS, OH 43215 | 142 | Omnicare, LLC | Unsecured | $1,744.50 | NCS Healthcare of Ohio, LLC | Unsecured | $536.90 |

Reason:  Proof of claim asserts $1,744.50 for unpaid invoices filed at Omnicare, LLC. Invoices for account *7389 were partially satisfied in the amount of $899.97. Invoices for account *7382 were partially satisfied in the amount of $251.86. Invoices for account *7335 were partially satisfied in the amount of $55.77. The claim has been modified to reflect the remaining balance of $536.90 and is allocated to NCS Healthcare of Ohio, LLC.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 8 | PIEDMONT NATURAL GAS C/O HAYNSWORTH SINKLER BOYD, PA ATTN: MARY M. CASKEY, ESQ. PO BOX 11889 COLUMBIA, SC 29211 | 267 | Omnicare, LLC | Unsecured | $194.68 | AMC-Tennessee, LLC | Unsecured | $50.47 |
| | | | | | | CCRx of North Carolina, LLC | Unsecured | $47.08 |
| | | | | | | Omnicare Pharmacy of North Carolina, LLC | Unsecured | $50.05 |
| | | | | | | Subtotal | | $147.60 |

Reason:  Proof of claim asserts $194.68 for unpaid invoices filed at Omnicare, LLC. Invoices for accounts 610007667198 and 610007667320 are allocated to a non-debtor affiliate in the amount of $47.08. Invoices for account 610008828357 are allocated to CCRx of North Carolina, LLC in the amount of $47.08. Invoices for account 610009515034 are allocated to AMC-Tennessee, LLC in the amount of $50.47. Invoices for account 610002446022 and 610002446155 are allocated to Omnicare Pharmacy of North Carolina , LLC in the amount of $50.05.

| | NAME | CLAIM # | DEBTOR | PRIORITY STATUS | AMOUNT | DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 9 | SOUTHWESTERN ELECTRIC POWER COMPANY [AEP SWEPCO, AMERICAN ELECTRIC POWER] 428 TRAVIS ST SHREVEPORT, LA 71101 | 145 | Omnicare, LLC | Unsecured | $1,996.83 | Sterling Healthcare Services, LLC | Unsecured | $306.07 |

Reason:  Proof of claim asserts $1,996.83 for unpaid invoices filed at Omnicare, LLC. Asserted invoices totaling $768.91 for account *5026 do not have a basis in the Debtors' books and records. Invoices for account *5001 were partially satisfied in the amount of $298.14. Invoices for account *5002 were partially satisfied in the amount of $623.71. The claim has been modified to reflect the total remaining balance of $306.07 and is allocated to Sterling Healthcare Services, LLC.

*Indicates claim contains unliquidated and/or undetermined amounts

Omnicare, LLC Case No. 25-80486 (SGJ)
Second Omnibus Objection
Exhibit 3 - Incorrect Debtor and Incorrect Amount Claims

| | NAME | CLAIM # | ASSERTED CLAIMS DEBTOR | PRIORITY STATUS | AMOUNT | SURVIVING MODIFIED CLAIMS DEBTOR | PRIORITY STATUS | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 10 | WISCONSIN AIRPORT WAREHOUSE LLC C/O LEJ CAPITAL LLC ATTN: JONAH LOWENFELD 701 W 246TH ST NEW YORK, NY 10025 | 347 | Omnicare, LLC | Unsecured | $155,400.40* | NCS Healthcare of Wisconsin, LLC | Unsecured | $90,190.32 |

Reason:  Proof of claim asserts $155,400.40 for lease rejection damages for the entire remaining lease term. Under 11 U.S.C. § 502(b)(6) the debtors have calculated the revised claim amount to be $90,190.32. The claim has been modified to reflect the amount of $90,190.32 and allocated to NCS Healthcare of Wisconsin, LLC.

| | | TOTAL | | | $174,835.55* | TOTAL | | $97,565.58 |

*Indicates claim contains unliquidated and/or undetermined amounts